<u>**EXHIBIT A**</u>

**Unsecured Personal Installment Loan by Greenline Loans**

**PLEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE PAYMENT CHOICE AUTHORIZATION.**

**Loan # 2297**█

| Agreement Date: 06/01/2020 | Loan #: 2297█ |
|---|---|
| Greenline Loans<br>P.O.Box 507<br>Ft. Belknap Agency<br>Hays MT 59527 | NAME: MARY SPURR<br>ADDRESS: ████████<br><br>HOME PHONE:    CELL PHONE: ████████ |

In this Loan Agreement (this "Loan Agreement") the words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" mean Greenline Loans. We are an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Ft. Belknap Indian Community of the Ft. Belknap Reservation Montana (the "Tribe").

**We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Reservation.**

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 719.12% | $1249.21 | $600.00 | $1849.21 |

**Your Payment Schedule will be:**

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $184.95 | 06/15/2020 |
| 1 | $184.95 | 06/30/2020 |
| 1 | $184.95 | 07/15/2020 |
| 1 | $184.95 | 07/31/2020 |
| 1 | $184.95 | 08/15/2020 |
| 1 | $184.95 | 08/31/2020 |
| 1 | $184.95 | 09/15/2020 |
| 1 | $184.95 | 09/30/2020 |
| 1 | $184.95 | 10/15/2020 |
| 1 | $184.66 | 10/31/2020 |

*Late Payment Fee*: If a payment is not paid within 5 business days you will pay a late fee in an amount equal to 10% of the amount of the payment not paid in full.

**Prepayment**: If you pay off early, you will not have to pay a penalty.

See the terms of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed/Amount given to you directly 600.00

**SPECIAL NOTICES:**

*Page 1 of 9*

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **NON-PROFIT CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY:** You promise to pay us the Amount Financed and finance charges according to the payment schedule in the Truth in Lending Disclosures plus all other amounts owed to us under this Loan Agreement. You agree that your finance charges will be calculated at the Annual Percentage Rate in the Truth in Lending Disclosures. You will pay us as you chose in your Payment Choice Authorization. All payments will be applied first to finance charges and fees and then to principal. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date the payment is made.

**FINANCE CHARGES:** This is a "simple interest" loan. Your actual finance charges may be more than the disclosed finance charge if you make your payments late or less if you make your payments early. Your finance charges start on the Disbursement Date of your loan. Finance charges are earned on a daily basis by applying the Annual Percentage Rate in the Truth in Lending Disclosures to your unpaid principal balance for the time that your principal balance is owed.
**PREPAYMENT:** You may prepay all or part of your loan at any time without penalty.
**DISBURSEMENT:** If your Loan is approved, we will process disbursement of your loan proceeds within 3 business days of the day your loan is approved. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into Your Bank Account described in your Disbursement and Payment Choice Authorization. The date that your loan proceeds are deposited to Your Bank Account is the "Disbursement Date". Unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of god", or "acts of terror" may extend the time for the deposit.

**CANCELLATION.** You may cancel your payment obligations under this Loan Agreement, without cost or finance charges, no later than 3:00 p.m. Mountain Time of the next business day immediately following the Disbursement Date ("Cancellation Deadline"). Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us **in writing**, by or before the Cancellation Deadline, either by email to cs@greenlineloans.com or by fax (866) 571-3685, that you want to cancel the future payment obligations on this loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but **before** the loan proceeds have been deposited to Your Bank Account, then we will not debit Your Bank Account and both your and our obligations under this Loan Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but **after** the loan proceeds have been deposited to Your Bank Account, then you authorize us to effect a debit to Your Bank Account or your debit card as you chose in your Payment Choice Authorization for the principal amount of this Loan Agreement. If we receive payment of the principal amount via the debit, then both your and our obligations under this Loan Agreement will be rescinded. If we do not receive payment of the principal amount by debit to Your Bank Account or your debit card, then this Loan Agreement will remain in full force and effect.
**ASSIGNMENT.** This Loan Agreement may not be assigned by you. We may assign or transfer this Loan Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.
**DEFAULT.** You will be in default under this Agreement if you do not pay us a scheduled payment or any other amounts you owe us when due or your chosen payment method is stopped, denied or otherwise dishonored. If you default on your loan, we can choose to declare all principal, finance charges and other amounts that you owe us to be immediately due and payable in full. If you are in default and you authorized debits from Your Bank Account, you agree that we can debit Your Bank Account or debit card, as applicable, for the full amount that you owe us. Additionally, if you do not cooperate with us on repaying your debt to us we may submit your name to a collection agency and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.
**LATE CHARGE.** You agree to pay a late charge of $30 if a payment is 5 days or more late. If you authorized debits from Your Bank Account in your Payment Choice Authorization, you agree that we may debit your Bank Account for any late charges.
**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30. If you authorized debits from either Your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any refused instrument charges. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.
**CONSUMER REPORTS:** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Loan Agreement.
**GOVERNING LAW.** The laws of the Tribe will govern this Loan Agreement, without regard to the laws of any state or

other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY**: This Loan Agreement and all related documents are being submitted by you to us as an economic arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally-recognized American Indian Tribe and enjoys governmental sovereign immunity. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against the Tribe and us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to the Tribe for review as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY:** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive either in whole or in part, exclusive jurisdiction, sovereign governmental immunity, and any other rights, titles, privileges, and immunities, to which we and the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Loan Agreement or your Payment Choice Authorization.

**TRIBAL HOTLINE:** If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Ft. Belknap Tribal Hotline at 1-888-517-3696 between the hours of 9am and 5pm Mountain Time.

**TRIBAL DISPUTE RESOLUTION PROCEDURE PROVISION**

As an accommodation to consumers, the Tribe has established the following Tribal Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at cs@greenlineloans.com or by fax at (866) 571-3685. A person's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. In the event that the consumer is dissatisfied with our initial determination, then he or she may request review of our initial determination by submitting such request in writing to the Ft. Belknap Indian Community Tribal Council, re: Tribal Financial Services Dispute Resolution, P.O. Box 568, Hays, MT 59527 no later than 10 days after receiving our initial determination. Any determination by or on behalf of the Tribe, whether procedural or substantive, shall be made by the Tribe in its sovereign discretion.

**THIS DISPUTE RESOLUTION OPPORTUNITY WITH THE TRIBAL COUNCIL IS INTENDED AS THE SOLE DISPUTE RESOLUTION MECHANISM FOR DISPUTES AND CLAIMS ARISING UNDER THIS AGREEMENT. THIS MEANS THAT YOU ARE EFFECTIVELY WAIVING YOUR RIGHT TO A JURY TRIAL.**

The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Tribal Dispute Resolution Provision, ("this provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Loan Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Loan Agreement or Agreements between you and us; (c) all counterclaims, cross-claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

All disputes including any Representative Claims against us and/or related third parties shall be resolved by the Tribal Dispute Resolution Procedure in this Provision only on an individual basis with you. Any party to a dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their dispute and setting forth the subject of the dispute along with the relief requested.

This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any

cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

**THIS TRIBAL DISPUTE RESOLUTION PROCEDURE PROVISION MEANS THAT:**

- **YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY.**
- **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**
- **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND**
- **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

## CONSENT TO ELECTRONIC COMMUNICATIONS

The following terms and conditions govern electronic communications in connection with this Loan Agreement and the transaction evidenced by this Loan Agreement (this "Consent"). By electronically signing this Loan Agreement by clicking the "I AGREE" button and entering your name below, you are confirming that you have agreed to the terms and conditions of this Consent and that you have the ability to download or print a copy of this Consent for your records. You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Loan Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by sending it to you by e-mail or by posting the information at our web site, www.greenlineloans.com.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.
- You may obtain a copy of any Communication by contacting us at www.greenlineloans.com, writing to us at cs@greenlineloans.com, or by calling us at 1-877-596-1337. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in paper or non-electronic form, we may elect to terminate this Loan Agreement and demand payment of the amount then due by the date of your withdrawal of consent; or by the expiration of any minimum term mandated by law, whichever is later.
- You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the change.
- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice.

## CONSENT TO RECEIVE OF TEXT MESSAGES

As used in this Consent, "Text Message" means any text messaging communication from us to you pertaining to your loan, including but not limited to payment information, account information, due dates, delinquent accounts, and program updates relating to your loan. All Text Messages from us in electronic format to you will be considered "in writing."

- How To Unsubscribe: You may withdraw your consent to receive Text Messages by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive Text Messages. Any withdrawal of your consent to use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.
- In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3)

sufficient storage capacity on your mobile phone.

- To request additional information, contact us by telephone at 1-877-596-1337
- The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.
- There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.
- You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend and hold us harmless from and against all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state or local law, regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Loan Agreement. You agree that Text Messages are provided for your convenience only.
- Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.
- We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

**CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS**

By signing this section, you consent to our sending you advertising and telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice.

Signing this section will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing Text Messages and telephone calls as described above to your mobile phone at

You are not required to consent to advertising or telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive marketing text messages or marketing calls to the mobile number provided by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com

You understand that: any Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Text Messages that we send you, and you agree that we shall have no liability for the cost of any Text Messages.

**SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS**

**BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:**

- **THE TRIBAL DISPUTE RESOLUTION PROCEDURES PROVISION**
- **THE CONSENT TO ELECTRONIC COMMUNICATIONS**

**THE CONSENT TO RECEIVE TEXT MESSAGES**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.**

DocuSigned by:

**[I AGREE]  Print Name:**                                    **Date:**  6/1/2020
**Please type your name above** 8C309CBA09AD4BC...

DocuSign Envelope ID: 4A11E1FA-4911-424F-958B-7AA4B6193C12

| DISBURSMENT AND PAYMENT CHOICE AUTHORIZATION FOR Greenline Loans | Loan #: 2297█ | |
|---|---|---|

**REVIEW VERY CAREFULLY BEFORE EXECUTING THE LOAN AGREEMENT**

**DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION**

By electronically signing this Disbursement and Payment Choice Authorization below, you voluntarily authorize us to initiate disbursement credits and payment debits you have authorized, This Disbursement and Payment Choice Authorization is a part of and relates to the Loan Agreement dated 06/01/2020 (the "Loan Agreement"). The words "you" and "your" mean the borrower who has electronically signed this Disbursement and Payment Choice Authorization. The words "we", "us" and "our" mean Greenline Loans, Credit and our successors and assigns.

**Disbursements to Your Bank Account.  Unless otherwise agreed, disbursement credits of your loan proceeds will be made to the following bank account ("Your Bank Account"):**

| YOUR BANK ACCOUNT INFO: | |
|---|---|
| Bank Name: | BANK OF AMERICA N A |
| Transit ABA Number: | █████████ |
| Deposit Account Number: | █████████ |

**We will make these disbursement credits by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing Your Bank Account. As a data security measure, you will separately provide us with your debit card information.**

Your Payment Choice (check applicable box):

☐ **Payments You will Make Directly.** You agree to make each of your scheduled payments in your payment schedule in the Truth in Lending Disclosures above by cashier's check, money order or bill pay service through your bank, that we receive no later than your payment due date to::
Greenline Loans
P.O. Box 507
Hays, MT 59527

☒**Automatic Payment From Your Bank Account via ACH:**
☐**Automatic Payment From Your Bank Account via Debit Card:**

You authorize us to process payment debit entries out of Your Bank Account by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing Your Bank Account. You specifically authorize us to use any of these methods to process debit entries from Your Bank Account for each of your scheduled payments in the Truth in Lending Disclosures above plus any late charges, returned payment fees and the actual amount of your last scheduled payment to pay your loan in full.

If you are in default, you authorize us to process one or more debit entries to pay all principal, finance charges and other amounts due to us as provided in the Loan Agreement. You authorize us to re-process debit entries for the same amounts if any attempted payment transaction is dishonored. We will provide you with 10 days notice prior to processing a debit entry that is larger than the scheduled payment detailed above.

You agree that this Disbursement and Payment Choice Authorization will remain in effect until your loan, including principal, finance charges and other charges, is paid in full. However, you may revoke the above authorization by contacting us directly at 1-877-596-1337 or cs@greenlineloans.com. If you revoke your authorization, you agree to make payments directly to us as explained above.

**BY TYPING YOUR NAME AND TODAY'SDATE AND CLICKING THE "I AGREE"BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION FOR YOUR RECORDS.**

**[I AGREE] Print Name:** ▇▇▇▇▇▇▇▇▇▇     **Date:**   6/1/2020
**Please type your name above** 9C30BCBA09AD4BC...

---

**COVERED BORROWER IDENTIFICATION STATEMENT**

**Federal law provides important protections to active duty members of the Armed Forces and their dependents. To ensure that these protections are provided to eligible applicants, we require you to select and electronically sign ONE of the following statements as applicable:**

☐ **I AM a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer, or such member serving on Active National Guard duty.**

☐ **I AM a dependent of a member of the Armed Forces on active duty as described above, because I am the member's spouse, the member's child under the age of eighteen years old, or I am an individual for whom the member provided more than one-half of my financial support for 180 days immediately preceding today's date.**

**--OR--**

☒ **AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer (or a dependent of such a member).**

**[I AGREE] Print Name:** ▇▇▇▇▇▇▇▇▇     **Date:**   6/1/2020
9C30BCBA09AD4BC...

**PRIVACY POLICY**

**FACTS**    **WHAT DOES Greenline Loans, DOWITH YOUR PERSONAL INFORMATION?**

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and checking account information<br>• Payment history and income<br>• Employment information and wire transfer instructions |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Greenline Loans chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Greenline Loans share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We Do Not Share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| To limit our sharing | • Call 1-877-596-1337– our menu will prompt you through your choices<br>• Visit us on the web at www.greenlineloans.com<br>• Contact us via email at cs@greenlineloans.com<br>Please note:<br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we can share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 1-877-596-1337 or go to www.greenlineloans.com |

| Who we are | |
|---|---|
| Who is providing this notice? | Greenline Loans, a business wholly-owned by the *Ft. Belknap Indian Community*, is providing this privacy policy. |

| What we do | |
|---|---|
| How does Green Line Loans protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings. |
| How does Green Line Loans collect my personal information? | We collect your personal information, for example, when you<br>• Apply for a loan<br>• Give us your income information<br>• Tell us where to send the money<br>• Provide account information<br>• Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only<br>• sharing for non affiliates to market to you<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and non financial companies. Our affiliates include other business entities of the *Ft. Belknap Indian Community*<br>• *Our affiliates include other business entities of the Ft. Belknap Indian Community* |

| Nonaffiliates | Companies not related by common ownership or control.  They can be financial and non financial companies. |
|---|---|
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. *Greenline Loans does not jointly market.* |

06/01/2020

**EXHIBIT B**

**Unsecured Personal Installment Loan by Greenline Loans**

**PLEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE PAYMENT CHOICE AUTHORIZATION.**

**Loan # 2333**■

| Agreement Date: 06/30/2020 | Loan #: 2333■ |
| --- | --- |
| Greenline Loans<br>P.O.Box 507<br>Ft. Belknap Agency<br>Hays MT 59527 | **NAME:** MARY SPURR<br>**ADDRESS:**<br><br>**HOME PHONE:**   **CELL PHONE:** |

In this Loan Agreement (this "Loan Agreement") the words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" mean Greenline Loans. We are an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Ft. Belknap Indian Community of the Ft. Belknap Reservation Montana (the "Tribe").

**We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Reservation.**

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate.<br><br>727.10% | FINANCE CHARGE<br>The dollar amount the credit will cost you.<br><br>$2414.60 | Amount Financed<br>The amount of credit provided to you or on your behalf.<br><br>$1000.00 | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled.<br><br>$3414.60 |
| --- | --- | --- | --- |

**Your Payment Schedule will be:**

| Number of Payments | Payment Due | Payment Date |
| --- | --- | --- |
| 1 | $310.47 | 07/15/2020 |
| 1 | $310.47 | 07/31/2020 |
| 1 | $310.47 | 08/15/2020 |
| 1 | $310.47 | 08/31/2020 |
| 1 | $310.47 | 09/15/2020 |
| 1 | $310.47 | 09/30/2020 |
| 1 | $310.47 | 10/15/2020 |
| 1 | $310.47 | 10/31/2020 |
| 1 | $310.47 | 11/15/2020 |
| 1 | $310.47 | 11/30/2020 |
| 1 | $309.90 | 12/15/2020 |

*Late Payment Fee*: If a payment is not paid within 5 business days you will pay a late fee in an amount equal to 10% of the amount of the payment not paid in full.

**Prepayment**: If you pay off early, you will not have to pay a penalty.

See the terms of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed/Amount given to you directly 1000.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **NON-PROFIT CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY:** You promise to pay us the Amount Financed and finance charges according to the payment schedule in the Truth in Lending Disclosures plus all other amounts owed to us under this Loan Agreement. You agree that your finance charges will be calculated at the Annual Percentage Rate in the Truth in Lending Disclosures. You will pay us as you chose in your Payment Choice Authorization. All payments will be applied first to finance charges and fees and then to principal. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date the payment is made.

**FINANCE CHARGES:** This is a "simple interest" loan. Your actual finance charges may be more than the disclosed finance charge if you make your payments late or less if you make your payments early. Your finance charges start on the Disbursement Date of your loan. Finance charges are earned on a daily basis by applying the Annual Percentage Rate in the Truth in Lending Disclosures to your unpaid principal balance for the time that your principal balance is owed.
**PREPAYMENT:** You may prepay all or part of your loan at any time without penalty.
**DISBURSEMENT:** If your Loan is approved, we will process disbursement of your loan proceeds within 3 business days of the day your loan is approved. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into Your Bank Account described in your Disbursement and Payment Choice Authorization. The date that your loan proceeds are deposited to Your Bank Account is the "Disbursement Date". Unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of god", or "acts of terror" may extend the time for the deposit.

**CANCELLATION.** You may cancel your payment obligations under this Loan Agreement, without cost or finance charges, no later than 3:00 p.m. Mountain Time of the next business day immediately following the Disbursement Date ("Cancellation Deadline"). Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us **in writing**, by or before the Cancellation Deadline, either by email to cs@greenlineloans.com or by fax (866) 571-3685, that you want to cancel the future payment obligations on this loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but **before** the loan proceeds have been deposited to Your Bank Account, then we will not debit Your Bank Account and both your and our obligations under this Loan Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but **after** the loan proceeds have been deposited to Your Bank Account, then you authorize us to effect a debit to Your Bank Account or your debit card as you chose in your Payment Choice Authorization for the principal amount of this Loan Agreement. If we receive payment of the principal amount via the debit, then both your and our obligations under this Loan Agreement will be rescinded. If we do not receive payment of the principal amount by debit to Your Bank Account or your debit card, then this Loan Agreement will remain in full force and effect.
**ASSIGNMENT.** This Loan Agreement may not be assigned by you. We may assign or transfer this Loan Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.
**DEFAULT.** You will be in default under this Agreement if you do not pay us a scheduled payment or any other amounts you owe us when due or your chosen payment method is stopped, denied or otherwise dishonored. If you default on your loan, we can choose to declare all principal, finance charges and other amounts that you owe us to be immediately due and payable in full. If you are in default and you authorized debits from Your Bank Account, you agree that we can debit Your Bank Account or debit card, as applicable, for the full amount that you owe us. Additionally, if you do not cooperate with us on repaying your debt to us we may submit your name to a collection agency and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.
**LATE CHARGE.** You agree to pay a late charge of $30 if a payment is 5 days or more late. If you authorized debits from Your Bank Account in your Payment Choice Authorization, you agree that we may debit your Bank Account for any late charges.
**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30. If you authorized debits from either Your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any refused instrument charges. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.
**CONSUMER REPORTS:** You authorize us to obtain consumer reports about you now or in the future as long as you owe

us money under this Loan Agreement.

**GOVERNING LAW.** The laws of the Tribe will govern this Loan Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY:** This Loan Agreement and all related documents are being submitted by you to us as an economic arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally-recognized American Indian Tribe and enjoys governmental sovereign immunity. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against the Tribe and us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to the Tribe for review as described below. **PRESERVATION OF SOVEREIGN IMMUNITY:** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive either in whole or in part, exclusive jurisdiction, sovereign governmental immunity, and any other rights, titles, privileges, and immunities, to which we and the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Loan Agreement or your Payment Choice Authorization.

**TRIBAL HOTLINE:** If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Ft. Belknap Tribal Hotline at 1-888-517-3696 between the hours of 9am and 5pm Mountain Time.

## TRIBAL DISPUTE RESOLUTION PROCEDURE PROVISION

As an accommodation to consumers, the Tribe has established the following Tribal Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at cs@greenlineloans.com or by fax at (866) 571-3685. A person's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. In the event that the consumer is dissatisfied with our initial determination, then he or she may request review of our initial determination by submitting such request in writing to the Ft. Belknap Indian Community Tribal Council, re: Tribal Financial Services Dispute Resolution, P.O. Box 568, Hays, MT 59527 no later than 10 days after receiving our initial determination. Any determination by or on behalf of the Tribe, whether procedural or substantive, shall be made by the Tribe in its sovereign discretion.

**THIS DISPUTE RESOLUTION OPPORTUNITY WITH THE TRIBAL COUNCIL IS INTENDED AS THE SOLE DISPUTE RESOLUTION MECHANISM FOR DISPUTES AND CLAIMS ARISING UNDER THIS AGREEMENT. THIS MEANS THAT YOU ARE EFFECTIVELY WAIVING YOUR RIGHT TO A JURY TRIAL.**

The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Tribal Dispute Resolution Provision, ("this provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Loan Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Loan Agreement or Agreements between you and us; (c) all counterclaims, cross-claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

All disputes including any Representative Claims against us and/or related third parties shall be resolved by the Tribal Dispute Resolution Procedure in this Provision only on an individual basis with you. Any party to a dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their dispute and setting forth the subject of the dispute along with the relief requested.

This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding

upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

**THIS TRIBAL DISPUTE RESOLUTION PROCEDURE PROVISION MEANS THAT:**

- **YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY.**
- **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**
- **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND**
- **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

## CONSENT TO ELECTRONIC COMMUNICATIONS

The following terms and conditions govern electronic communications in connection with this Loan Agreement and the transaction evidenced by this Loan Agreement (this "Consent"). By electronically signing this Loan Agreement by clicking the "I AGREE" button and entering your name below, you are confirming that you have agreed to the terms and conditions of this Consent and that you have the ability to download or print a copy of this Consent for your records. You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Loan Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by sending it to you by e-mail or by posting the information at our web site, www.greenlineloans.com.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.
- You may obtain a copy of any Communication by contacting us at www.greenlineloans.com, writing to us at cs@greenlineloans.com, or by calling us at 1-877-596-1337. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in paper or non-electronic form, we may elect to terminate this Loan Agreement and demand payment of the amount then due by the date of your withdrawal of consent; or by the expiration of any minimum term mandated by law, whichever is later.
- You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the change.
- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice.

## CONSENT TO RECEIVE OF TEXT MESSAGES

As used in this Consent, "Text Message" means any text messaging communication from us to you pertaining to your loan, including but not limited to payment information, account information, due dates, delinquent accounts, and program updates relating to your loan. All Text Messages from us in electronic format to you will be considered "in writing."

- How To Unsubscribe: You may withdraw your consent to receive Text Messages by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive Text Messages. Any withdrawal of your consent to use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

- In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.
- To request additional information, contact us by telephone at 1-877-596-1337
- The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.
- There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.
- You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend and hold us harmless from and against all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state or local law, regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Loan Agreement. You agree that Text Messages are provided for your convenience only.
- Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.
- We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

**CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS**

By signing this section, you consent to our sending you advertising and telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice.

Signing this section will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing Text Messages and telephone calls as described above to your mobile phone at

You are not required to consent to advertising or telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive marketing text messages or marketing calls to the mobile number provided by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com

You understand that: any Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Text Messages that we send you, and you agree that we shall have no liability for the cost of any Text Messages.

**SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS**

**BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:**

- **THE TRIBAL DISPUTE RESOLUTION PROCEDURES PROVISION**
- **THE CONSENT TO ELECTRONIC COMMUNICATIONS**

**THE CONSENT TO RECEIVE TEXT MESSAGES**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.**

[I AGREE] **Print Name:** ⎯DocuSigned by:⎯ **Date:** 6/30/2020
**Please type your name above** 8C30BCBA09AD4BC...

DocuSign Envelope ID: 3A1B58A8-6D69-48B3-985F-331F1A65FA45

| DISBURSMENT AND PAYMENT CHOICE AUTHORIZATION FOR Greenline Loans | Loan #: 2333 ▮ | |
|---|---|---|

**REVIEW VERY CAREFULLY BEFORE EXECUTING THE LOAN AGREEMENT**

**DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION**

By electronically signing this Disbursement and Payment Choice Authorization below, you voluntarily authorize us to initiate disbursement credits and payment debits you have authorized, This Disbursement and Payment Choice Authorization is a part of and relates to the Loan Agreement dated 06/30/2020 (the "Loan Agreement"). The words "you" and "your" mean the borrower who has electronically signed this Disbursement and Payment Choice Authorization. The words "we", "us" and "our" mean Greenline Loans, Credit and our successors and assigns.

**Disbursements to Your Bank Account. Unless otherwise agreed, disbursement credits of your loan proceeds will be made to the following bank account ("Your Bank Account"):**

| YOUR BANK ACCOUNT INFO: | |
|---|---|
| Bank Name: | BANK OF AMERICA N A |
| Transit ABA Number: | ▮ |
| Deposit Account Number: ▮ | ▮ |

**We will make these disbursement credits by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing Your Bank Account. As a data security measure, you will separately provide us with your debit card information.**

Your Payment Choice (check applicable box):

☐ **Payments You will Make Directly.** You agree to make each of your scheduled payments in your payment schedule in the Truth in Lending Disclosures above by cashier's check, money order or bill pay service through your bank, that we receive no later than your payment due date to::
Greenline Loans
P.O. Box 507
Hays, MT 59527

☒**Automatic Payment From Your Bank Account via ACH:**
☐**Automatic Payment From Your Bank Account via Debit Card:**

You authorize us to process payment debit entries out of Your Bank Account by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing Your Bank Account. You specifically authorize us to use any of these methods to process debit entries from Your Bank Account for each of your scheduled payments in the Truth in Lending Disclosures above plus any late charges, returned payment fees and the actual amount of your last scheduled payment to pay your loan in full.

If you are in default, you authorize us to process one or more debit entries to pay all principal, finance charges and other amounts due to us as provided in the Loan Agreement. You authorize us to re-process debit entries for the same amounts if any attempted payment transaction is dishonored. We will provide you with 10 days notice prior to processing a debit entry that is larger than the scheduled payment detailed above.

You agree that this Disbursement and Payment Choice Authorization will remain in effect until your loan, including principal, finance charges and other charges, is paid in full. However, you may revoke the above authorization by contacting us directly at 1-877-596-1337 or cs@greenlineloans.com. If you revoke your authorization, you agree to make payments directly to us as explained above.

**BY TYPING YOUR NAME AND TODAY'SDATE AND CLICKING THE "I AGREE"BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION FOR YOUR RECORDS.**

[I AGREE]  Print Name: [signature] **Date:** 6/30/2020
Please type your name above 9C30BCBA09AD4BC...

COVERED BORROWER IDENTIFICATION STATEMENT

Federal law provides important protections to active duty members of the Armed Forces and their dependents. To ensure that these protections are provided to eligible applicants, we require you to select and electronically sign **ONE** of the following statements as applicable:

☐ I AM a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer, or such member serving on Active National Guard duty.

☐ I AM a dependent of a member of the Armed Forces on active duty as described above, because I am the member's spouse, the member's child under the age of eighteen years old, or I am an individual for whom the member provided more than one-half of my financial support for 180 days immediately preceding today's date.

--OR--

☒ AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer (or a dependent of such a member).

[I AGREE]  Print Name: [DocuSigned by signature] **Date:** 6/30/2020
9C30BCBA09AD4BC...

PRIVACY POLICY

| FACTS | WHAT DOES Greenline Loans, DOWITH YOUR PERSONAL INFORMATION? |
|---|---|

| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing.  This notice tells you how we collect, share, and protect your personal information.  Please read this notice carefully to understand what we do. |
|---|---|
| What? | The types of personal information we collect and share depend on the product or service you have with us.  This information can include:<br>• Social Security number and checking account  information<br>• Payment history and income<br>• Employment information and wire transfer instructions |
| How? | All financial companies need to share customers' personal information to run their everyday business.  In the section below, we list the reasons financial companies can share their customers' personal information; the reason Greenline Loans chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Greenline Loans share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We Do Not Share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| To limit our sharing | • Call 1-877-596-1337– our menu will prompt you through your choices<br>• Visit us on the web at www.greenlineloans.com<br>• Contact us via email at cs@greenlineloans.com<br>Please note:<br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we can share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 1-877-596-1337 or go to www.greenlineloans.com |

| Who we are | |
|---|---|
| Who is providing this notice? | Greenline Loans, a business wholly-owned by the *Ft. Belknap Indian Community*, is providing this privacy policy. |

| What we do | |
|---|---|
| How does Green Line Loans protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings. |
| How does Green Line Loans collect my personal information? | We collect your personal information, for example, when you<br>• Apply for a loan<br>• Give us your income information<br>• Tell us where to send the money<br>• Provide account information<br>• Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only<br>• sharing for non affiliates to market to you<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and non financial companies. Our affiliates include other business entities of the *Ft. Belknap Indian Community*<br>• *Our affiliates include other business entities of the Ft. Belknap Indian Community* |

DocuSign Envelope ID: 3A1B58A8-6D69-48B3-985F-331F1A65FA45

| | |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and non financial companies. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>*Greenline Loans does not jointly market.* |

06/30/2020

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB46DD9187AF

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

You must consent to transact business with **Waawaatesi LLC d/b/a Greenline Loans** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.
- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.

- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.
- You may obtain a copy of any Communication by contacting us at cs@greenlineloans.com or by calling us at 1-877-596-1337. You can withdraw your consent to ongoing electronic communications in the same manner, and ask that Communications be sent to you in paper or non-electronic form. We will provide you with paper copies at no charge.
- You agree to provide us with your current email address for notices, which unless notified otherwise we assume is the email address indicated above. If your email address, telephone number(s), or residence address changes, you must send us a notice of the new address/telephone number(s) by sending us an email, using secure messaging, at least five (5) days before the change.
- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet.
- In order to access and retain electronic Communications, you will need the following computer or mobile device hardware and software:
  - a computer or mobile device with an Internet connection;
  - a current web browser that includes 128-bit encryption (e.g. Internet Explorer version 6.0 and above, Firefox version 2.0 and above, Chrome version 3.0 and above, or Safari 3.0 and above) with cookies enabled;
  - a valid email address; and
  - A current version of a program that accurately reads and displays Portable Document Format or "PDF" files (such as Adobe® Reader®); and Either sufficient computer memory, an external storage device or the ability to store past communications
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You agree that you are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to 597 Peace Pipe Road P.O. Box 294, Lac du Flambeau, WI 54538 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

[I AGREE]

Date: 6/28/2021

**EXHIBIT C**

DocuSign Envelope ID: 354A6AAF-5CBA-4F07-921F-4B4A19EB2F02

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

You must consent to transact business with **Waawaatesi LLC d/b/a Greenline Loans** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.

- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.
- You may obtain a copy of any Communication by contacting us at cs@greenlineloans.com or by calling us at 1-877-596-1337. You can withdraw your consent to ongoing electronic communications in the same manner, and ask that Communications be sent to you in paper or non-electronic form. We will provide you with paper copies at no charge.
- You agree to provide us with your current email address for notices, which unless notified otherwise we assume is the email address indicated above. If your email address, telephone number(s), or residence address changes, you must send us a notice of the new address/telephone number(s) by sending us an email, using secure messaging, at least five (5) days before the change.
- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet.
- In order to access and retain electronic Communications, you will need the following computer or mobile device hardware and software:

  ○ a computer or mobile device with an Internet connection;
  ○ a current web browser that includes 128-bit encryption (e.g. Internet Explorer version 6.0 and above, Firefox version 2.0 and above, Chrome version 3.0 and above, or Safari 3.0 and above) with cookies enabled;
  ○ a valid email address; and
  ○ A current version of a program that accurately reads and displays Portable Document Format or "PDF" files (such as Adobe® Reader®); and Either sufficient computer memory, an external storage device or the ability to store past communications

- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You agree that you are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to 597 Peace Pipe Road P.O. Box 294, Lac du Flambeau, WI 54538 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

[I AGREE] 

Date: 9/3/2020

**PLEASE REVIEW LOAN AGREEMENT CAREFULLY.**

**BY SIGNING, YOU ARE ENTERING INTO AN AGREEMENT GOVERNED BY THE LAWS OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS**

### INSTALLMENT LOAN AGREEMENT

| | |
|---|---|
| Application Date: 09/03/2020<br>Effective Date (you may get funds prior to this date): 09/08/2020 | Loan No.: 2398█<br>Final Maturity Date: Monday February 1, 2021 |
| Waawaatesi LLC d/b/a Greenline Loans<br>597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538<br>Phone: 1-877-596-1337<br>Email Address: cs@greenlineloans.com | Borrower Name: MARY SPURR<br>Borrower Address: █<br>Phone:<br>Cell Phone: █<br>Email Address: █ |

In order to complete your transaction with us, you must electronically sign and date this Agreement. A loan will not be made until your completed application is received and approved by us. Once you sign and submit this Agreement, the final approval for credit will be made from our office located on the Tribe's Reservation. If your information cannot be verified by the Effective Date, your request for credit will not be approved, we will not fund the loan, and you will not incur any finance charge or fees. If we approve your request, this Agreement will be consummated on the Tribe's Reservation.

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after making all payments as scheduled. |
|---|---|---|---|
| 718.22% | $1098.67 | $600.00 | $1698.67 |

**Payment Schedule:** Your Payment Schedule will be:

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $169.90 | 09/15/2020 |
| 1 | $169.90 | 09/30/2020 |
| 1 | $169.90 | 10/15/2020 |
| 1 | $169.90 | 10/31/2020 |
| 1 | $169.90 | 11/15/2020 |
| 1 | $169.90 | 11/30/2020 |
| 1 | $169.90 | 12/15/2020 |
| 1 | $169.90 | 12/31/2020 |
| 1 | $169.90 | 01/15/2021 |
| 1 | $169.57 | 01/31/2021 |

**Security:** If you decide to authorize automatic payments from your bank account, then you are giving a security interest in the Payment Authorization.

**Late Charge:** If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment.

**Prepayment:** If you prepay in full or in part, you will not have to pay a penalty.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

**Itemization of Amount Financed**: Amount given to you directly: $600.00

Amount paid on account with us: $0.00

**SPECIAL NOTICES:**

- THIS LOAN IS GOVERNED BY APPLICABLE TRIBAL AND U.S. FEDERAL LAW
- YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
- YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
- YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
- NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

**Definitions:** In this Installment Loan Agreement (the "Agreement") the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we," "us," "our," and "Lender" mean **Waawaatesi LLC d/b/a Greenline Loans,** an economic development arm, of instrumentality of, and a limited liability company wholly-owned and controlled by, the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Tribe"), and any authorized representative, agent, independent contractor, affiliate or assignee we use in the provision of your loan. The term "business day" means any calendar day, other than a Saturday, Sunday or a bank or federal holiday, between the hours of 9AM and 5PM CST. **PLEASE NOTE: This Agreement is governed by the laws of the Tribe and applicable federal laws.**

**Approval and Obtaining Loan Proceeds:** In order to complete your transaction with us, you must electronically sign this Agreement by clicking the acknowledgement button below. We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Reservation. Once you sign and submit this Agreement to us, we will confirm your information and either approve or deny the loan request from our office located on tribal land. If approved, then we will use commercially reasonable efforts to initiate a credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date listed above. We will deposit the loan proceeds directly to your Bank Account via an ACH Credit, unless the proceeds of this loan are used to repay an existing obligation to us.

**Consent to Credit Loan Proceeds:** You hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Bank routing and transit number** ▮▮▮▮ **and Account Number:** ▮▮▮▮▮▮ ("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. You also agree that if we credit any amount in error, we may debit the Bank Account to correct the error. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, the untimely receipt of borrower verification details (if required), inadvertent processing errors, "acts of God," and/or "acts of terror" may extend the time for the deposit. If we are unable to verify your information by the Effective Date your loan request will not be approved, this agreement will not be consummated, we will not fund the loan, and you will not incur a finance charge or any fees.

**Promise to Pay:** You promise to pay Lender the principal sum of $600.00 plus interest at a rate of 718.22% per year ("Contract Rate"). The daily rate of interest is the Contract Rate divided by 365. You agree to make payments on the dates and in the amounts shown in the Payment Schedule above, or as may be later modified ("Payment Due Dates") by agreement of the parties. You also promise to pay the Lender all other charges provided for under this Agreement.

**Interest:** Interest: Interest will accrue daily on the unpaid principal balance of this Loan, beginning on the Effective Date. Interest will accrue until you pay the unpaid principal balance in full. If a Loan is refinanced with a new loan from us, the effective date of the new loan is the date of the refinance. We calculate interest based on a 365-day year (unless otherwise required by state law). In calculating your payments, we have assumed you will make each payment on the day and in the amount due set forth in the Payment Scheduled. Late payments will increase interest owed while early payments will decrease interest owed. If any Payment Due Date falls on a non-banking business day, then you agree to pay on the next banking business day, and we will credit such payment as if it was received on the Payment Due Date. The amount of any decrease or increase in interest due will affect the amount of your final payment. If the amount of any payment is not enough to pay the interest due, the unpaid interest will be paid from your next payment(s), if any, and will not be added to the principal balance. Time is of the essence. Interest will continue to accrue on past due amounts in accordance with this Agreement and as permitted by applicable Tribal law. The interest rate and other charges under this Agreement will never exceed the highest rate or charge allowed by applicable Tribal law for this Loan. If the amount collected is found to have exceeded the highest rate or charge allowed, Lender will refund an amount necessary to comply with the law.

**Partial Prepayment, and Prepayment in Full:** You may prepay us in part or in full at any time, without incurring an additional charge, fee, or penalty. To make arrangements for prepayment, you must contact us by email at cs@greenlineloans.com or phone at 1-877-596-1337. We will then communicate with you to arrange an authorization to debit funds from your bank account or make other arrangements for the prepayment. If you make a partial prepayment, then you are still obligated to make the regular scheduled payment unless the outstanding balance is less than the regular scheduled payment.

**Application of Payments.** We credit all payments received first to any charges and fees owing, then earned but unpaid interest, and finally to principal. Any late payments may extend the term of your loan.

**Right to Cancel**: YOU MAY CANCEL THIS LOAN, WITHOUT FINANCE CHARGES OR ANY COSTS, NO LATER THAN 3:00 PM CENTRAL TIME OF THE NEXT BANKING DAY IMMEDIATELY FOLLOWING THE EFFECTIVE DATE ("CANCELLATION DEADLINE") BY EMAILING cs@greenlineloans.com. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **BEFORE** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, BOTH YOUR PAYMENT OBLIGATIONS AND OUR FUNDING OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **AFTER** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, THEN YOU AUTHORIZE US TO EFFECT A DEBIT ENTRY TO YOUR BANK ACCOUNT FOR THE PRINCIPAL AMOUNT OF YOUR LOAN SUBJECT TO THE FOLLOWING: (1) IF WE RECEIVE THE PAYMENT OF THE PRINCIPAL AMOUNT BY THE DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN YOUR PAYMENT OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED, OR (2) IF WE DO NOT RECEIVE PAYMENT OF THE PRINCIPAL AMOUNT OF YOUR LOAN BY DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN THIS AGREEMENT WILL REMAIN IN FULL FORCE AND EFFECT.

**Payment Methods**: You are required to make the payments for each installment period on or before the Payment Due Dates and if on the final scheduled Payment Due Date you still owe amounts under this Agreement you will pay those amounts in full on that date. You can select your preferred payment option below in the "Payment Method Option" section. If you elect to make your payments electronically, such as by automatic electronic debits (ACH or debit card), then your payments plus any fees due to us (if applicable) will be automatically initiated by us in accordance with this Agreement. PLEASE NOTE: If you revoke your Payment Authorization, then you are still obligated to pay the amounts owed as scheduled. If you elect to mail your payments by certified check or money order (i) all payments must be mailed to: P.O. Box 294, Lac du Flambeau, WI 54538 and (ii) payment must reach this address by 4:00 pm Central Time on or before the scheduled Payment Due Date. Please contact us at 1-877-596-1337 for other payment methods that may be available. Regardless of the payment method used, a payment must be received by us on or before the scheduled Payment Due Date.

**Verification**: You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan determine Payment Due Dates and administer your account with us. **You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through electronic or telephone-initiated bank records**. You also give us consent to obtain information about you from consumer reporting agencies or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for bankruptcy relief.

**Security Interest**: If you decide to authorize automatic payments from your bank account, then for federal law purposes only we have disclosed that you are giving a security interest in the Payment Authorization. The disclosure is not intended to create a security interest under Tribal law.

**Late Charge**: If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment. The late charge may not be collected more than once for the same default.

**Returned Payment Charge**: If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of **$30.00**. You authorize us to initiate a one-time ACH debit to your Bank Account for any returned payment charge. Your returned payment may also cause your payment to be late which could result in your having to also pay a late charge.

**Default.** You will be in default if you fail to make a scheduled payment on or before the due date or if you fail to comply with any of the terms of this Agreement. If you default, then we may declare the entire outstanding principal balance plus all accrued and unpaid interest that you owe under this Agreement at once due and payable. Additionally, we may submit your name to a collection agency, and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

**Our Rights and Remedies.** By choosing any one or more of the remedies provided, we do not give up our right to use another remedy later. By deciding not to use any remedy if you are in default for a particular event, we do not give up our right to consider the same event a default if it happens again. We may delay or refrain from enforcing any of its rights without waiving those rights. We reserve all other rights under Tribal law.

**Consumer Reports:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**Report of Negative Credit Information:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

**Assignment and Execution:** We may assign or transfer this Agreement or any of our rights hereunder. If this Agreement is consummated, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties.

**Governing Law:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**Sovereign Immunity and Preservation of Sovereign Immunity:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Agreement or your Disbursement and Payment Authorization. As set forth below, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe. As an economic development arm and instrumentality of the Tribe, we are entitled to sovereign immunity to the same extent as the Tribe. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Dispute Resolution Procedure and Arbitration Provision below and the complaint is limited by the Dispute Resolution Procedure and Arbitration Provision.

## DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION:

- **Dispute Resolution Procedure:** As an accommodation to consumers, we have established the following Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at customerservice@ldfcallcenter.com or by mail at P.O. Box 231, Lac du Flambeau, WI 54538 A consumer's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. We will investigate the consumer's complaint and provide our initial determination as soon as is reasonably practicable. If the dispute is not resolved to your satisfaction, you and we agree that we shall arbitrate that dispute in accordance with the terms of the Arbitration Provision, described below.

- **Arbitration Provision:** PLEASE READ THE FOLLOWING CAREFULLY AS IT IMPACTS YOUR LEGAL RIGHTS.

WE, AS A WHOLLY OWNED ECONOMIC DEVELOPMENT ARM, INSTRUMENTALITY, AND LIMITED LIABILITY COMPANY OF THE TRIBE, AND OUR DIRECTORS, OFFICERS, AND EMPLOYEES ACTING WITHIN THE SCOPE OF THEIR AUTHORITY, ARE NOT SUBJECT TO SUIT IN ANY COURT IN ANY JURISDICTION, OR ANY OTHER FORUM, ABSENT A WAIVER OF SOVEREIGN IMMUNITY. In order to resolve a dispute that we

cannot resolve to your satisfaction as set forth above, we consent to a limited waiver of sovereign immunity as expressly set forth below, which is expressly limited by the Arbitration Provision in this Agreement. This limited waiver is strictly limited to individual arbitration claims set forth below and judicial actions to enforce such individual arbitration awards as strictly limited herein.

Definitions: The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Dispute Resolution Procedure and Arbitration Provision ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Agreement or Agreements between you and us; (c) all counterclaims, cross claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by

us or related third parties of any nonpublic personal information about you.

Notice: Any party to a dispute, including you, us and/or related third parties, may send the other party(s) written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, the arbitration shall occur before the American Arbitration Association (1-800-778-7879; http://www.adr.org). However, the parties may mutually agree to select a different arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration shall respond in writing by certified mail return receipt requested within twenty (20) calendar days. All parties to such dispute will be governed by the rules and procedures of the American Arbitration Association applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement or this Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the American Arbitration Association (1-800-778-7879; http://www.adr.org).

Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the Governing Law set forth above, and the Federal Arbitration Act, 9 U.S.C. §§1-16 ("FAA") and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, unless you agree to a different location. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If the arbitrator renders a decision or an award in your favor resolving the dispute, the arbitrator shall award you reasonable attorneys' fees. If the arbitrator renders a decision or an award in your favor resolving the dispute then you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we will reimburse you for any Arbitration Fees you have previously paid. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we are not entitled to an award of attorneys' fees. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having competent jurisdiction.

You and we expressly acknowledge and agree that this Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision survives the termination of the relationship between you and us, and continues in full force and effect, even if your obligations have been cancelled by prepayment, paid or discharged through bankruptcy. This Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. You hereby acknowledge and expressly agree to the following by executing this Agreement, submitting it to us, and accepting the loan proceeds without cancelling your Loan:

**YOU AGREE TO THE TERMS OF THIS ARBITRATION PROVISION AND YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**WAIVER OF JURY TRIAL: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR AGAINST A RELATED THIRD PARTY.**

**CLASS-ACTION/REPRESENTATIVE WAIVER: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO PURSUE OR PARTICIPATE IN REPRESENTATIVE CLAIMS AND YOU THEREFORE WILL NOT BE ALLOWED TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

By electronically signing this Agreement, you hereby acknowledge that you have read the Agreement in its entirety, that you have carefully reviewed all of the terms and provisions contained in this Agreement, that you fully understand and comprehend the meaning of each and every word, phrase and provision contained in this Agreement and that you hereby agree to abide by and be bound by all of the terms and provisions in this Agreement, including the terms and provisions of this Agreement dealing with the limited waiver of sovereign immunity and the ARBITRATION PROVISION.

**Account -Related Telephone and Text Communications:** By providing us with your mobile number, you consent to

receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message capable mobile phone; (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 1-877-596-1337

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend, and hold us harmless from and against all claims, losses, liability, costs, and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, or local law, or regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Agreement. You agree that Text Messages are provided for your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, nondelivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

---

**CONSENT TO RECEIVE MARKETING VIA CALLS AND/OR TEXT MESSAGING:**

☒ By clicking the box and signing the Agreement, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

Your mobile phone at ▬▬▬▬▬▬▬

.

You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com.

You understand that any Advertising and Telemarketing Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Advertising and Telemarketing Text Messages that we send you, and you agree that we shall have no liability for the cost of any Advertising and Telemarketing Text Messages.

**PAYMENT METHOD OPTIONS (select only one):**

**Option #1 ☒CONVENIENT ELECTRONIC DEBITS** – By checking this box, you agree to make your payments by automatic recurring electronic debits, in accordance with this authorization ("Payment Authorization").

**Only check this box and sign this Payment Authorization if you want to make your loan payments by automatic recurring electronic debits.**

**Bank Account.** By checking the box above and signing this Agreement, you voluntarily authorize us, and our successor and assigns, to initiate automatic electronic funds transfers by Debit Card entries (if provided) and/or Automated Clearinghouse debit entries ("ACH") as set forth below for scheduled payments in accordance with this Payment Authorization and your Payment Schedule (including as modified) from the following bank account (your "Bank Account"):

Bank Name: BANK OF AMERICA N A; Bank ABA routing number:　　　　　; Bank Account number:

Debit Card number (if provided): No Authorized Card

If you have provided us with a Debit Card, then you represent that the Debit Card is linked to your Bank Account.

**Debit Entries and Re-initiation:** You authorize us to initiate payments to be debited from your Bank Account on each payment due date or thereafter for the amount owed, or any lesser amount you owe under your Agreement with us. The funds may be debited by Debit Card or ACH as set forth below. You authorize us to re-initiate any debit entry up to two additional times (unless otherwise limited by applicable law) for the same amount if the debit entry is dishonored.

**Correction of Errors:** You also authorize us to make debits or credits to your Bank Account to correct any error we make in crediting or debiting funds.

**Payment Method Order:** We will always initiate debit entries first through ACH (if available). If funds are not collected or ACH is not available, then we will initiate debit entries for the same payment to the Debit Card. No more than three (3) debit entries will be submitted for each payment.

**Transfers of Varying Amounts:** You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The range of any debit will be in an amount up to the scheduled payment amount owed under the Agreement plus $75. For any recurring debit entry outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this Payment Authorization you choose to receive notice only when a recurring debit entry amount exceeds the range specified. You agree that the debit entries authorized herein are voluntary, and that the scheduled entries will recur at substantially regular intervals.

**Verification:** If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card (if provided), then you authorize us to verify and correct such information.

**Revocation:** You may revoke this Payment Authorization or request a change to the timing of scheduled electronic debits by contacting us in writing at cs@greenlineloans.com, or by phone at 1-877-596-1337. You must contact us at least three (3) business days prior to when you wish to revoke the Payment Authorization. You acknowledge that your Payment Authorization will remain in effect until the earlier of the following occurs: (1) You pay in full or, (2) You revoke the Payment Authorization. If you revoke the Payment Authorization you are still responsible for making your payment and you must make arrangement with us to do so. If you revoke this Payment Authorization, such revocation will not adversely affect our decision to extend credit to you in the future.

You acknowledge that the debit entries you authorize comply with U.S. law.

**Optional EFT Authorization:** PLEASE NOTE - YOU ARE NOT REQUIRED TO SELECT THIS METHOD OF PAYMENT TO OBTAIN A LOAN FROM US. THIS PAYMENT AUTHORIZATION IS FOR YOUR CONVENIENCE IN MAKING PAYMENTS UNDER THE AGREEMENT. BY SELECTING THIS PAYMENT OPTION AND SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU ARE VOLUNTARILY CHOOSING TO PAY ELECTRONICALLY, AND YOU ARE CHOOSING ONLY TO RECEIVE NOTICE OF VARYING TRANSFERS WHEN A TRANSFER EXCEEDS THE RANGE SPECIFIED ABOVE.

**Option #2 ☐ MAIL A CERTIFIED CHECK OR MONEY ORDER TO PAY** – By checking this box, you agree to make your payments by mailing a certified check or money order to Quick Help Loans each time your payment is due.

If you choose to make your payments by certified check or money order, then you must ensure that we receive the certified check or money order on or before the Payment Due Date, in order for us to credit your payment on the Payment Due Date. Payments must be mailed to: Quick Help, 597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538.

**Privacy Policy:** By signing this Agreement, you acknowledge and agree to the Greenline Loans Privacy Policy as stated on our website or as contained below and further agree that you have reviewed and are in possession of a copy of the Privacy Policy.

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL ITS TERMS INCLUDING BUT NOT LIMITED TO:

- TRIBAL LAW AND APPLICABLE U.S. FEDERAL LAW GOVERNS
- THE DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION
- THE CONSENT TO ELECTRONIC COMMUNICATIONS
- THE CONSENT TO RECEIVE MARKETING CALLS AND/OR TEXT MESSAGING (IF SELECTED)
- THE PAYMENT METHOD OPTIONS SELECTION

YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.

[I AGREE] 
Date:    9/3/2020   9F338CBA09AD4BC..

| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | |
|---|---|---|
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include, but is not limited to:<br>· Social Security number and checking account information<br>· Payment history and income<br>· Employment information and wire transfer instructions | |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Greenline Loans chooses to share; and whether you can limit this sharing. | |

| For our everyday business purposes -<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
|---|---|---|
| For our marketing purposes -<br>to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | Yes |
| For our affiliates' everyday business purposes -<br>information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes -<br>information about your credit worthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For non-affiliates to market to you | Yes | Yes |
| To limit our sharing | Call 1-877-596-1337, or Login to into your account at https://www.greenlineloans.com.<br><br>**Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. | |
| Questions? | Call 1-877-596-1337 or go https://www.greenlineloans.com | |

| | |
|---|---|
| **Who is providing this notice?** | Greenline Loans is providing this privacy policy. |
| **How does Greenline Loans protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings |
| **How does Greenline Loans collect my personal information?** | We collect your personal information, for example, when you<br>· Apply for a loan<br>· Give us your income information<br>· Tell us where to send the money<br>· Provide account information<br>· Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>· sharing for affiliates' everyday business purposes-information about your credit worthiness<br>· sharing for non-affiliates to market to you<br>· affiliates from using your information to market to you<br>Individual companies may give you additional rights to limit sharing. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. Our affiliates include other business entities of the Big Valley Band of Pomo Indians of the Big Valley Rancheria. |
| **Non-affiliate** | Companies not related by common ownership or control. They can be financial and non-financial companies. |
| **Joint marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>· Greenline Loans does not jointly market. |

**EXHIBIT D**

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

You must consent to transact business with **Waawaatesi LLC d/b/a Greenline Loans** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.

- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.

- You may obtain a copy of any Communication by contacting us at cs@greenlineloans.com or by calling us at 1-877-596-1337. You can withdraw your consent to ongoing electronic communications in the same manner, and ask that Communications be sent to you in paper or non-electronic form. We will provide you with paper copies at no charge.

- You agree to provide us with your current email address for notices, which unless notified otherwise we assume is the email address indicated above. If your email address, telephone number(s), or residence address changes, you must send us a notice of the new address/telephone number(s) by sending us an email, using secure messaging, at least five (5) days before the change.

- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet.

- In order to access and retain electronic Communications, you will need the following computer or mobile device hardware and software:

    - a computer or mobile device with an Internet connection;
    - a current web browser that includes 128-bit encryption (e.g. Internet Explorer version 6.0 and above, Firefox version 2.0 and above, Chrome version 3.0 and above, or Safari 3.0 and above) with cookies enabled;
    - a valid email address; and
    - A current version of a program that accurately reads and displays Portable Document Format or "PDF" files (such as Adobe® Reader®); and Either sufficient computer memory, an external storage device or the ability to store past communications

- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You agree that you are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to 597 Peace Pipe Road P.O. Box 294, Lac du Flambeau, WI 54538 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

[I AGREE]

Date:    9/16/2020

## PLEASE REVIEW LOAN AGREEMENT CAREFULLY.

## BY SIGNING, YOU ARE ENTERING INTO AN AGREEMENT GOVERNED BY THE LAWS OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS

### INSTALLMENT LOAN AGREEMENT

| Application Date: 09/16/2020<br>Effective Date (you may get funds prior to this date): 09/18/2020 | Loan No.: 2409<br>Final Maturity Date: Tuesday February 16, 2021 |
|---|---|
| Waawaatesi LLC d/b/a Greenline Loans<br>597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538<br>Phone: 1-877-596-1337<br>Email Address: cs@greenlineloans.com | Borrower Name: MARY SPURR<br>Borrower Address:<br><br>Phone:<br>Cell Phone:<br>Email Address: |

In order to complete your transaction with us, you must electronically sign and date this Agreement. A loan will not be made until your completed application is received and approved by us. Once you sign and submit this Agreement, the final approval for credit will be made from our office located on the Tribe's Reservation. If your information cannot be verified by the Effective Date, your request for credit will not be approved, we will not fund the loan, and you will not incur any finance charge or fees. If we approve your request, this Agreement will be consummated on the Tribe's Reservation.

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate.<br>720.66% | FINANCE CHARGE<br>The dollar amount the credit will cost you.<br>$834.76 | Amount Financed<br>The amount of credit provided to you or on your behalf.<br>$400.00 | Total of Payments<br>The amount you will have paid after making all payments as scheduled.<br>$1234.76 |
|---|---|---|---|

**Payment Schedule:** Your Payment Schedule will be:

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $123.51 | 09/30/2020 |
| 1 | $123.51 | 10/15/2020 |
| 1 | $123.51 | 10/31/2020 |
| 1 | $123.51 | 11/15/2020 |
| 1 | $123.51 | 11/30/2020 |
| 1 | $123.51 | 12/15/2020 |
| 1 | $123.51 | 12/31/2020 |
| 1 | $123.51 | 01/15/2021 |
| 1 | $123.51 | 01/31/2021 |
| 1 | $123.17 | 02/15/2021 |

**Security:** If you decide to authorize automatic payments from your bank account, then you are giving a security interest in the Payment Authorization.

**Late Charge:** If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment.

**Prepayment:** If you prepay in full or in part, you will not have to pay a penalty.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

**Itemization of Amount Financed**: Amount given to you directly: $400.00

Amount paid on account with us: $0.00

**SPECIAL NOTICES:**

- THIS LOAN IS GOVERNED BY APPLICABLE TRIBAL AND U.S. FEDERAL LAW
- YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
- YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
- YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
- NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

**Definitions:** In this Installment Loan Agreement (the "Agreement") the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we," "us," "our," and "Lender" mean **Waawaatesi LLC d/b/a Greenline Loans,** an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Tribe"), and any authorized representative, agent, independent contractor, affiliate or assignee we use in the provision of your loan. The term "business day" means any calendar day, other than a Saturday, Sunday or a bank or federal holiday, between the hours of 9AM and 5PM CST. **PLEASE NOTE: This Agreement is governed by the laws of the Tribe and applicable federal laws.**

**Approval and Obtaining Loan Proceeds:** In order to complete your transaction with us, you must electronically sign this Agreement by clicking the acknowledgement button below. We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Reservation. Once you sign and submit this Agreement to us, we will confirm your information and either approve or deny the loan request from our office located on tribal land. If approved, then we will use commercially reasonable efforts to initiate a credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date listed above. We will deposit the loan proceeds directly to your Bank Account via an ACH Credit, unless the proceeds of this loan are used to repay an existing obligation to us.

**Consent to Credit Loan Proceeds:** You hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Bank routing and transit number**:                , **and Account Number:**
               ("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. You also agree that if we credit any amount in error, we may debit the Bank Account to correct the error. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, the untimely receipt of borrower verification details (if required), inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit. If we are unable to verify your information by the Effective Date your loan request will not be approved, this agreement will not be consummated, we will not fund the loan, and you will not incur a finance charge or any fees.

**Promise to Pay:** You promise to pay Lender the principal sum of $400.00 plus interest at a rate of 720.66% per year ("Contract Rate"). The daily rate of interest is the Contract Rate divided by 365. You agree to make payments on the dates and in the amounts shown in the Payment Schedule above, or as may be later modified ("Payment Due Dates") by agreement of the parties. You also promise to pay the Lender all other charges provided for under this Agreement.

**Interest:** Interest: Interest will accrue daily on the unpaid principal balance of this Loan, beginning on the Effective Date. Interest will accrue until you pay the unpaid principal balance in full. If a Loan is refinanced with a new loan from us, the effective date of the new loan is the date of the refinance. We calculate interest based on a 365-day year (unless otherwise required by state law). In calculating your payments, we have assumed you will make each payment on the day and in the amount due set forth in the Payment Scheduled. Late payments will increase interest owed while early payments will decrease interest owed. If any Payment Due Date falls on a non-banking business day, then you agree to pay on the next banking business day, and we will credit such payment as if it was received on the Payment Due Date. The amount of any decrease or increase in interest due will affect the amount of your final payment. If the amount of any payment is not enough to pay the interest due, the unpaid interest will be paid from your next payment(s), if any, and will not be added to the principal balance. Time is of the essence. Interest will continue to accrue on past due amounts in accordance with this Agreement and as permitted by applicable Tribal law. The interest rate and other charges under this Agreement will never exceed the highest rate or charge allowed by applicable Tribal law for this Loan. If the amount collected is found to have exceeded the highest rate or charge allowed, Lender will refund an amount necessary to comply with the law.

**Partial Prepayment, and Prepayment in Full:** You may prepay us in part or in full at any time, without incurring an additional charge, fee, or penalty. To make arrangements for prepayment, you must contact us by email at cs@greenlineloans.com or phone at 1-877-596-1337. We will then communicate with you to arrange an authorization to debit funds from your bank account or make other arrangements for the prepayment. If you make a partial prepayment, then you are still obligated to make the regular scheduled payment unless the outstanding balance is less than the regular scheduled payment.

**Application of Payments.** We credit all payments received first to any charges and fees owing, then earned but unpaid interest, and finally to principal. Any late payments may extend the term of your loan.

**Right to Cancel**: YOU MAY CANCEL THIS LOAN, WITHOUT FINANCE CHARGES OR ANY COSTS, NO LATER THAN 3:00 PM CENTRAL TIME OF THE NEXT BANKING DAY IMMEDIATELY FOLLOWING THE EFFECTIVE DATE ("CANCELLATION DEADLINE") BY EMAILING cs@greenlineloans.com. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **BEFORE** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, BOTH YOUR PAYMENT OBLIGATIONS AND OUR FUNDING OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **AFTER** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, THEN YOU AUTHORIZE US TO EFFECT A DEBIT ENTRY TO YOUR BANK ACCOUNT FOR THE PRINCIPAL AMOUNT OF YOUR LOAN SUBJECT TO THE FOLLOWING: (1) IF WE RECEIVE THE PAYMENT OF THE PRINCIPAL AMOUNT BY THE DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN YOUR PAYMENT OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED, OR (2) IF WE DO NOT RECEIVE PAYMENT OF THE PRINCIPAL AMOUNT OF YOUR LOAN BY DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN THIS AGREEMENT WILL REMAIN IN FULL FORCE AND EFFECT.

**Payment Methods**: You are required to make the payments for each installment period on or before the Payment Due Dates and if on the final scheduled Payment Due Date you still owe amounts under this Agreement you will pay those amounts in full on that date. You can select your preferred payment option below in the "Payment Method Option" section. If you elect to make your payments electronically, such as by automatic electronic debits (ACH or debit card), then your payments plus any fees due to us (if applicable) will be automatically initiated by us in accordance with this Agreement. PLEASE NOTE: If you revoke your Payment Authorization, then you are still obligated to pay the amounts owed as scheduled. If you elect to mail your payments by certified check or money order (i) all payments must be mailed to: P.O. Box 294, Lac du Flambeau, WI 54538 and (ii) payment must reach this address by 4:00 pm Central Time on or before the scheduled Payment Due Date. Please contact us at 1-877-596-1337 for other payment methods that may be available. Regardless of the payment method used, a payment must be received by us on or before the scheduled Payment Due Date.

**Verification**: You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan determine Payment Due Dates and administer your account with us. **You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through electronic or telephone-initiated bank records**. You also give us consent to obtain information about you from consumer reporting agencies or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for bankruptcy relief.

**Security Interest**: If you decide to authorize automatic payments from your bank account, then for federal law purposes only we have disclosed that you are giving a security interest in the Payment Authorization. The disclosure is not intended to create a security interest under Tribal law.

**Late Charge**: If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment. The late charge may not be collected more than once for the same default.

**Returned Payment Charge**: If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of **$30.00**. You authorize us to initiate a one-time ACH debit to your Bank Account for any returned payment charge. Your returned payment may also cause your payment to be late which could result in your having to also pay a late charge.

**Default.** You will be in default if you fail to make a scheduled payment on or before the due date or if you fail to comply with any of the terms of this Agreement. If you default, then we may declare the entire outstanding principal balance plus all accrued and unpaid interest that you owe under this Agreement at once due and payable. Additionally, we may submit your name to a collection agency, and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

**Our Rights and Remedies.** By choosing any one or more of the remedies provided, we do not give up our right to use another remedy later. By deciding not to use any remedy if you are in default for a particular event, we do not give up our right to consider the same event a default if it happens again. We may delay or refrain from enforcing any of its rights without waiving those rights. We reserve all other rights under Tribal law.

**Consumer Reports:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**Report of Negative Credit Information:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

**Assignment and Execution:** We may assign or transfer this Agreement or any of our rights hereunder. If this Agreement is consummated, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties.

**Governing Law:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**Sovereign Immunity and Preservation of Sovereign Immunity:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Agreement or your Disbursement and Payment Authorization. As set forth below, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe. As an economic development arm and instrumentality of the Tribe, we are entitled to sovereign immunity to the same extent as the Tribe. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Dispute Resolution Procedure and Arbitration Provision below and the complaint is limited by the Dispute Resolution Procedure and Arbitration Provision.

**DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION:**

- **Dispute Resolution Procedure:** As an accommodation to consumers, we have established the following Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at customerservice@ldfcallcenter.com or by mail at P.O. Box 231, Lac du Flambeau, WI 54538 A consumer's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. We will investigate the consumer's complaint and provide our initial determination as soon as is reasonably practicable. If the dispute is not resolved to your satisfaction, you and we agree that we shall arbitrate that dispute in accordance with the terms of the Arbitration Provision, described below.

- **Arbitration Provision:** PLEASE READ THE FOLLOWING CAREFULLY AS IT IMPACTS YOUR LEGAL RIGHTS.

WE, AS A WHOLLY OWNED ECONOMIC DEVELOPMENT ARM, INSTRUMENTALITY, AND LIMITED LIABILITY COMPANY OF THE TRIBE, AND OUR DIRECTORS, OFFICERS, AND EMPLOYEES ACTING WITHIN THE SCOPE OF THEIR AUTHORITY, ARE NOT SUBJECT TO SUIT IN ANY COURT IN ANY JURISDICTION, OR ANY OTHER FORUM, ABSENT A WAIVER OF SOVEREIGN IMMUNITY. In order to resolve a dispute that we

cannot resolve to your satisfaction as set forth above, we consent to a limited waiver of sovereign immunity as expressly set forth below, which is expressly limited by the Arbitration Provision in this Agreement. This limited waiver is strictly limited to individual arbitration claims set forth below and judicial actions to enforce such individual arbitration awards as strictly limited herein.

Definitions: The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Dispute Resolution Procedure and Arbitration Provision ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Agreement or Agreements between you and us; (c) all counterclaims, cross claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by

us or related third parties of any nonpublic personal information about you.

Notice: Any party to a dispute, including you, us and/or related third parties, may send the other party(s) written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, the arbitration shall occur before the American Arbitration Association (1-800-778-7879; http://www.adr.org). However, the parties may mutually agree to select a different arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration shall respond in writing by certified mail return receipt requested within twenty (20) calendar days. All parties to such dispute will be governed by the rules and procedures of the American Arbitration Association applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement or this Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the American Arbitration Association (1-800-778-7879; http://www.adr.org).

Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the Governing Law set forth above, and the Federal Arbitration Act, 9 U.S.C. §§1-16 ("FAA") and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, unless you agree to a different location. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If the arbitrator renders a decision or an award in your favor resolving the dispute, the arbitrator shall award you reasonable attorneys' fees. If the arbitrator renders a decision or an award in your favor resolving the dispute then you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we will reimburse you for any Arbitration Fees you have previously paid. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we are not entitled to an award of attorneys' fees. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having competent jurisdiction.

You and we expressly acknowledge and agree that this Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision survives the termination of the relationship between you and us, and continues in full force and effect, even if your obligations have been cancelled by prepayment, paid or discharged through bankruptcy. This Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. You hereby acknowledge and expressly agree to the following by executing this Agreement, submitting it to us, and accepting the loan proceeds without cancelling your Loan:

**YOU AGREE TO THE TERMS OF THIS ARBITRATION PROVISION AND YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**WAIVER OF JURY TRIAL: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR AGAINST A RELATED THIRD PARTY.**

**CLASS-ACTION/REPRESENTATIVE WAIVER: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO PURSUE OR PARTICIPATE IN REPRESENTATIVE CLAIMS AND YOU THEREFORE WILL NOT BE ALLOWED TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

By electronically signing this Agreement, you hereby acknowledge that you have read the Agreement in its entirety, that you have carefully reviewed all of the terms and provisions contained in this Agreement, that you fully understand and comprehend the meaning of each and every word, phrase and provision contained in this Agreement and that you hereby agree to abide by and be bound by all of the terms and provisions in this Agreement, including the terms and provisions of this Agreement dealing with the limited waiver of sovereign immunity and the ARBITRATION PROVISION.

**Account -Related Telephone and Text Communications:** By providing us with your mobile number, you consent to

receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message capable mobile phone; (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 1-877-596-1337

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend, and hold us harmless from and against all claims, losses, liability, costs, and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, or local law, or regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Agreement. You agree that Text Messages are provided for your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, nondelivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

---

**CONSENT TO RECEIVE MARKETING VIA CALLS AND/OR TEXT MESSAGING:**

☒ By clicking the box and signing the Agreement, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

Your mobile phone at ( ▮▮▮▮▮▮▮▮
.

You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com.

You understand that any Advertising and Telemarketing Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Advertising and Telemarketing Text Messages that we send you, and you agree that we shall have no liability for the cost of any Advertising and Telemarketing Text Messages.

---

**PAYMENT METHOD OPTIONS (select only one):**

**Option #1** ⊠**CONVENIENT ELECTRONIC DEBITS** – By checking this box, you agree to make your payments by automatic recurring electronic debits, in accordance with this authorization ("Payment Authorization").

**Only check this box and sign this Payment Authorization if you want to make your loan payments by automatic recurring electronic debits.**

**Bank Account.** By checking the box above and signing this Agreement, you voluntarily authorize us, and our successor and assigns, to initiate automatic electronic funds transfers by Debit Card entries (if provided) and/or Automated Clearinghouse debit entries ("ACH") as set forth below for scheduled payments in accordance with this Payment Authorization and your Payment Schedule (including as modified) from the following bank account (your "Bank Account"):

Bank Name: BANK OF AMERICA N A; Bank ABA routing number:            ; Bank Account number:

Debit Card number (if provided): No Authorized Card

If you have provided us with a Debit Card, then you represent that the Debit Card is linked to your Bank Account.

**Debit Entries and Re-initiation:** You authorize us to initiate payments to be debited from your Bank Account on each payment due date or thereafter for the amount owed, or any lesser amount you owe under your Agreement with us. The funds may be debited by Debit Card or ACH as set forth below. You authorize us to re-initiate any debit entry up to two additional times (unless otherwise limited by applicable law) for the same amount if the debit entry is dishonored.

**Correction of Errors:** You also authorize us to make debits or credits to your Bank Account to correct any error we make in crediting or debiting funds.

**Payment Method Order:** We will always initiate debit entries first through ACH (if available). If funds are not collected or ACH is not available, then we will initiate debit entries for the same payment to the Debit Card. No more than three (3) debit entries will be submitted for each payment.

**Transfers of Varying Amounts:** You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The range of any debit will be in an amount up to the scheduled payment amount owed under the Agreement plus $75. For any recurring debit entry outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this Payment Authorization you choose to receive notice only when a recurring debit entry amount exceeds the range specified. You agree that the debit entries authorized herein are voluntary, and that the scheduled entries will recur at substantially regular intervals.

**Verification:** If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card (if provided), then you authorize us to verify and correct such information.

**Revocation:** You may revoke this Payment Authorization or request a change to the timing of scheduled electronic debits by contacting us in writing at cs@greenlineloans.com, or by phone at 1-877-596-1337. You must contact us at least three (3) business days prior to when you wish to revoke the Payment Authorization. You acknowledge that your Payment Authorization will remain in effect until the earlier of the following occurs: (1) You pay in full or, (2) You revoke the Payment Authorization. If you revoke the Payment Authorization you are still responsible for making your payment and you must make arrangement with us to do so. If you revoke this Payment Authorization, such revocation will not adversely affect our decision to extend credit to you in the future.

You acknowledge that the debit entries you authorize comply with U.S. law.

**Optional EFT Authorization:** PLEASE NOTE - YOU ARE NOT REQUIRED TO SELECT THIS METHOD OF PAYMENT TO OBTAIN A LOAN FROM US. THIS PAYMENT AUTHORIZATION IS FOR YOUR CONVENIENCE IN MAKING PAYMENTS UNDER THE AGREEMENT. BY SELECTING THIS PAYMENT OPTION AND SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU ARE VOLUNTARILY CHOOSING TO PAY ELECTRONICALLY, AND YOU ARE CHOOSING ONLY TO RECEIVE NOTICE OF VARYING TRANSFERS WHEN A TRANSFER EXCEEDS THE RANGE SPECIFIED ABOVE.

**Option #2** ☐ **MAIL A CERTIFIED CHECK OR MONEY ORDER TO PAY** – By checking this box, you agree to make your payments by mailing a certified check or money order to Quick Help Loans each time your payment is due.

If you choose to make your payments by certified check or money order, then you must ensure that we receive the certified check or money order on or before the Payment Due Date, in order for us to credit your payment on the Payment Due Date. Payments must be mailed to: Quick Help, 597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538.

**Privacy Policy:** By signing this Agreement, you acknowledge and agree to the Greenline Loans Privacy Policy as stated on our website or as contained below and further agree that you have reviewed and are in possession of a copy of the Privacy Policy.

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL ITS TERMS INCLUDING BUT NOT LIMITED TO:

- TRIBAL LAW AND APPLICABLE U.S. FEDERAL LAW GOVERNS
- THE DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION
- THE CONSENT TO ELECTRONIC COMMUNICATIONS
- THE CONSENT TO RECEIVE MARKETING CALLS AND/OR TEXT MESSAGING (IF SELECTED)
- THE PAYMENT METHOD OPTIONS SELECTION

YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.



[I AGREE]
Date:    9/16/2020    DocuSigned by:    PC2096BA09AD4BC...

| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | |
|---|---|---|
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include, but is not limited to:<br>· Social Security number and checking account information<br>· Payment history and income<br>· Employment information and wire transfer instructions | |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Greenline Loans chooses to share; and whether you can limit this sharing. | |
| | | |
| For our everyday business purposes -<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes -<br>to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | Yes |
| For our affiliates' everyday business purposes -<br>information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes -<br>information about your credit worthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For non-affiliates to market to you | Yes | Yes |
| To limit our sharing | Call 1-877-596-1337, or Login to into your account at https://www.greenlineloans.com.<br><br>**Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. | |
| Questions? | Call 1-877-596-1337 or go https://www.greenlineloans.com | |

| Who is providing this notice? | Greenline Loans is providing this privacy policy. |
|---|---|

| How does Greenline Loans protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings |
|---|---|
| How does Greenline Loans collect my personal information? | We collect your personal information, for example, when you<br>· Apply for a loan<br>· Give us your income information<br>· Tell us where to send the money<br>· Provide account information<br>· Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>· sharing for affiliates' everyday business purposes-information about your credit worthiness<br>· sharing for non-affiliates to market to you<br>· affiliates from using your information to market to you<br>Individual companies may give you additional rights to limit sharing. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account |

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. Our affiliates include other business entities of the Big Valley Band of Pomo Indians of the Big Valley Rancheria. |
|---|---|
| Non-affiliate | Companies not related by common ownership or control. They can be financial and non-financial companies. |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>· Greenline Loans does not jointly market. |

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

You must consent to transact business with **Waawaatesi LLC d/b/a Greenline Loans** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.
- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.

- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.
- You may obtain a copy of any Communication by contacting us at cs@greenlineloans.com or by calling us at 1-877-596-1337. You can withdraw your consent to ongoing electronic communications in the same manner, and ask that Communications be sent to you in paper or non-electronic form. We will provide you with paper copies at no charge.
- You agree to provide us with your current email address for notices, which unless notified otherwise we assume is the email address indicated above. If your email address, telephone number(s), or residence address changes, you must send us a notice of the new address/telephone number(s) by sending us an email, using secure messaging, at least five (5) days before the change.
- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet.
- In order to access and retain electronic Communications, you will need the following computer or mobile device hardware and software:
  - a computer or mobile device with an Internet connection;
  - a current web browser that includes 128-bit encryption (e.g. Internet Explorer version 6.0 and above, Firefox version 2.0 and above, Chrome version 3.0 and above, or Safari 3.0 and above) with cookies enabled;
  - a valid email address; and
  - A current version of a program that accurately reads and displays Portable Document Format or "PDF" files (such as Adobe® Reader®); and Either sufficient computer memory, an external storage device or the ability to store past communications
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You agree that you are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to 597 Peace Pipe Road P.O. Box 294, Lac du Flambeau, WI 54538 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

[I AGREE]
Date: 9/29/2021

**EXHIBIT E**

**PLEASE REVIEW LOAN AGREEMENT CAREFULLY.**

**BY SIGNING, YOU ARE ENTERING INTO AN AGREEMENT GOVERNED BY THE LAWS OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS**

**INSTALLMENT LOAN AGREEMENT**

| | |
|---|---|
| Application Date: 10/21/2020<br>Effective Date (you may get funds prior to this date): 10/23/2020 | Loan No.: 2435█<br>Final Maturity Date: Wednesday March 31, 2021 |
| Waawaatesi LLC d/b/a Greenline Loans<br>597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538<br>Phone: 1-877-596-1337<br>Email Address: cs@greenlineloans.com | Borrower Name: MARY SPURR<br>Borrower Address: █<br><br>Phone: █<br>Cell Phone: █<br>Email Address: █ |

In order to complete your transaction with us, you must electronically sign and date this Agreement. A loan will not be made until your completed application is received and approved by us. Once you sign and submit this Agreement, the final approval for credit will be made from our office located on the Tribe's Reservation. If your information cannot be verified by the Effective Date, your request for credit will not be approved, we will not fund the loan, and you will not incur any finance charge or fees. If we approve your request, this Agreement will be consummated on the Tribe's Reservation.

**TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate.<br>715.06% | FINANCE CHARGE<br>The dollar amount the credit will cost you.<br>$2102.39 | Amount Financed<br>The amount of credit provided to you or on your behalf.<br>$1000.00 | Total of Payments<br>The amount you will have paid after making all payments as scheduled.<br>$3102.39 |
|---|---|---|---|

**Payment Schedule:** Your Payment Schedule will be:

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $282.04 | 10/31/2020 |
| 1 | $282.04 | 11/15/2020 |
| 1 | $282.04 | 11/30/2020 |
| 1 | $282.04 | 12/15/2020 |
| 1 | $282.04 | 12/31/2020 |
| 1 | $282.04 | 01/15/2021 |
| 1 | $282.04 | 01/31/2021 |
| 1 | $282.04 | 02/15/2021 |
| 1 | $282.04 | 02/28/2021 |
| 1 | $282.04 | 03/15/2021 |
| 1 | $281.99 | 03/31/2021 |

**Security:** If you decide to authorize automatic payments from your bank account, then you are giving a security interest in the Payment Authorization.

**Late Charge:** If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment.

**Prepayment:** If you prepay in full or in part, you will not have to pay a penalty.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

**Itemization of Amount Financed**: Amount given to you directly: $1000.00

Amount paid on account with us: $0.00

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

**SPECIAL NOTICES:**

- THIS LOAN IS GOVERNED BY APPLICABLE TRIBAL AND U.S. FEDERAL LAW
- YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
- YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
- YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
- NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

**Definitions:** In this Installment Loan Agreement (the "Agreement") the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we," "us," "our," and "Lender" mean **Waawaatesi LLC d/b/a Greenline Loans,** an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Tribe"), and any authorized representative, agent, independent contractor, affiliate or assignee we use in the provision of your loan. The term "business day" means any calendar day, other than a Saturday, Sunday or a bank or federal holiday, between the hours of 9AM and 5PM CST. **PLEASE NOTE: This Agreement is governed by the laws of the Tribe and applicable federal laws.**

**Approval and Obtaining Loan Proceeds:** In order to complete your transaction with us, you must electronically sign this Agreement by clicking the acknowledgement button below. We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Reservation. Once you sign and submit this Agreement to us, we will confirm your information and either approve or deny the loan request from our office located on tribal land. If approved, then we will use commercially reasonable efforts to initiate a credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date listed above. We will deposit the loan proceeds directly to your Bank Account via an ACH Credit, unless the proceeds of this loan are used to repay an existing obligation to us.

**Consent to Credit Loan Proceeds:** You hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Bank routing and transit number**:       ; **and Account Number:**        ("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. You also agree that if we credit any amount in error, we may debit the Bank Account to correct the error. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, the untimely receipt of borrower verification details (if required), inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit. If we are unable to verify your information by the Effective Date your loan request will not be approved, this agreement will not be consummated, we will not fund the loan, and you will not incur a finance charge or any fees.

**Promise to Pay:** You promise to pay Lender the principal sum of $1000.00 plus interest at a rate of 715.06% per year ("Contract Rate"). The daily rate of interest is the Contract Rate divided by 365. You agree to make payments on the dates and in the amounts shown in the Payment Schedule above, or as may be later modified ("Payment Due Dates") by agreement of the parties. You also promise to pay the Lender all other charges provided for under this Agreement.

**Interest:** Interest: Interest will accrue daily on the unpaid principal balance of this Loan, beginning on the Effective Date. Interest will accrue until you pay the unpaid principal balance in full. If a Loan is refinanced with a new loan from us, the effective date of the new loan is the date of the refinance. We calculate interest based on a 365-day year (unless otherwise required by state law). In calculating your payments, we have assumed you will make each payment on the day and in the amount due set forth in the Payment Scheduled. Late payments will increase interest owed while early payments will decrease interest owed. If any Payment Due Date falls on a non-banking business day, then you agree to pay on the next banking business day, and we will credit such payment as if it was received on the Payment Due Date. The amount of any decrease or increase in interest due will affect the amount of your final payment. If the amount of any payment is not enough to pay the interest due, the unpaid interest will be paid from your next payment(s), if any, and will not be added to the principal balance. Time is of the essence. Interest will continue to accrue on past due amounts in accordance with this Agreement and as permitted by applicable Tribal law. The interest rate and other charges under this Agreement will never exceed the highest rate or charge allowed by applicable Tribal law for this Loan. If the amount collected is found to have exceeded the highest rate or charge allowed, Lender will refund an amount necessary to comply with the law.

**Partial Prepayment, and Prepayment in Full:** You may prepay us in part or in full at any time, without incurring an additional charge, fee, or penalty. To make arrangements for prepayment, you must contact us by email at cs@greenlineloans.com or phone at 1-877-596-1337. We will then communicate with you to arrange an authorization to debit funds from your bank account or make other arrangements for the prepayment. If you make a partial prepayment, then you are still obligated to make the regular scheduled payment unless the outstanding balance is less than the regular scheduled payment.

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

**Application of Payments**. We credit all payments received first to any charges and fees owing, then earned but unpaid interest, and finally to principal. Any late payments may extend the term of your loan.

**Right to Cancel**: YOU MAY CANCEL THIS LOAN, WITHOUT FINANCE CHARGES OR ANY COSTS, NO LATER THAN 3:00 PM CENTRAL TIME OF THE NEXT BANKING DAY IMMEDIATELY FOLLOWING THE EFFECTIVE DATE ("CANCELLATION DEADLINE") BY EMAILING cs@greenlineloans.com. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **BEFORE** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, BOTH YOUR PAYMENT OBLIGATIONS AND OUR FUNDING OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **AFTER** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, THEN YOU AUTHORIZE US TO EFFECT A DEBIT ENTRY TO YOUR BANK ACCOUNT FOR THE PRINCIPAL AMOUNT OF YOUR LOAN SUBJECT TO THE FOLLOWING: (1) IF WE RECEIVE THE PAYMENT OF THE PRINCIPAL AMOUNT BY THE DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN YOUR PAYMENT OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED, OR (2) IF WE DO NOT RECEIVE PAYMENT OF THE PRINCIPAL AMOUNT OF YOUR LOAN BY DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN THIS AGREEMENT WILL REMAIN IN FULL FORCE AND EFFECT.

**Payment Methods**: You are required to make the payments for each installment period on or before the Payment Due Dates and if on the final scheduled Payment Due Date you still owe amounts under this Agreement you will pay those amounts in full on that date. You can select your preferred payment option below in the "Payment Method Option" section. If you elect to make your payments electronically, such as by automatic electronic debits (ACH or debit card), then your payments plus any fees due to us (if applicable) will be automatically initiated by us in accordance with this Agreement. PLEASE NOTE: If you revoke your Payment Authorization, then you are still obligated to pay the amounts owed as scheduled. If you elect to mail your payments by certified check or money order (i) all payments must be mailed to: P.O. Box 294, Lac du Flambeau, WI 54538 and (ii) payment must reach this address by 4:00 pm Central Time on or before the scheduled Payment Due Date. Please contact us at 1-877-596-1337 for other payment methods that may be available. Regardless of the payment method used, a payment must be received by us on or before the scheduled Payment Due Date.

**Verification**: You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan determine Payment Due Dates and administer your account with us. **You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through electronic or telephone-initiated bank records.** You also give us consent to obtain information about you from consumer reporting agencies or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for bankruptcy relief.

**Security Interest**: If you decide to authorize automatic payments from your bank account, then for federal law purposes only we have disclosed that you are giving a security interest in the Payment Authorization. The disclosure is not intended to create a security interest under Tribal law.

**Late Charge**: If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment. The late charge may not be collected more than once for the same default.

**Returned Payment Charge**: If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of **$30.00**. You authorize us to initiate a one-time ACH debit to your Bank Account for any returned payment charge. Your returned payment may also cause your payment to be late which could result in your having to also pay a late charge.

**Default.** You will be in default if you fail to make a scheduled payment on or before the due date or if you fail to comply with any of the terms of this Agreement. If you default, then we may declare the entire outstanding principal balance plus all accrued and unpaid interest that you owe under this Agreement at once due and payable. Additionally, we may submit your name to a collection agency, and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

**Our Rights and Remedies.** By choosing any one or more of the remedies provided, we do not give up our right to use another remedy later. By deciding not to use any remedy if you are in default for a particular event, we do not give up our right to consider the same event a default if it happens again. We may delay or refrain from enforcing any of its rights without waiving those rights. We reserve all other rights under Tribal law.

**Consumer Reports:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**Report of Negative Credit Information:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

**Assignment and Execution:** We may assign or transfer this Agreement or any of our rights hereunder. If this Agreement is consummated, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties.

**Governing Law:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**Sovereign Immunity and Preservation of Sovereign Immunity:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Agreement or your Disbursement and Payment Authorization. As set forth below, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe. As an economic development arm and instrumentality of the Tribe, we are entitled to sovereign immunity to the same extent as the Tribe. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Dispute Resolution Procedure and Arbitration Provision below and the complaint is limited by the Dispute Resolution Procedure and Arbitration Provision.

**DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION:**

- **Dispute Resolution Procedure:** As an accommodation to consumers, we have established the following Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at customerservice@ldfcallcenter.com or by mail at P.O. Box 231, Lac du Flambeau, WI 54538 A consumer's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. We will investigate the consumer's complaint and provide our initial determination as soon as is reasonably practicable. If the dispute is not resolved to your satisfaction, you and we agree that we shall arbitrate that dispute in accordance with the terms of the Arbitration Provision, described below.

- **Arbitration Provision:** PLEASE READ THE FOLLOWING CAREFULLY AS IT IMPACTS YOUR LEGAL RIGHTS.

WE, AS A WHOLLY OWNED ECONOMIC DEVELOPMENT ARM, INSTRUMENTALITY, AND LIMITED LIABILITY COMPANY OF THE TRIBE, AND OUR DIRECTORS, OFFICERS, AND EMPLOYEES ACTING WITHIN THE SCOPE OF THEIR AUTHORITY, ARE NOT SUBJECT TO SUIT IN ANY COURT IN ANY JURISDICTION, OR ANY OTHER FORUM, ABSENT A WAIVER OF SOVEREIGN IMMUNITY. In order to resolve a dispute that we

cannot resolve to your satisfaction as set forth above, we consent to a limited waiver of sovereign immunity as expressly set forth below, which is expressly limited by the Arbitration Provision in this Agreement. This limited waiver is strictly limited to individual arbitration claims set forth below and judicial actions to enforce such individual arbitration awards as strictly limited herein.

Definitions: The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Dispute Resolution Procedure and Arbitration Provision ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Agreement or Agreements between you and us; (c) all counterclaims, cross claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

us or related third parties of any nonpublic personal information about you.

Notice: Any party to a dispute, including you, us and/or related third parties, may send the other party(s) written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, the arbitration shall occur before the American Arbitration Association (1-800-778-7879; http://www.adr.org). However, the parties may mutually agree to select a different arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration shall respond in writing by certified mail return receipt requested within twenty (20) calendar days. All parties to such dispute will be governed by the rules and procedures of the American Arbitration Association applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement or this Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the American Arbitration Association (1-800-778-7879; http://www.adr.org).

Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the Governing Law set forth above, and the Federal Arbitration Act, 9 U.S.C. §§1-16 ("FAA") and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, unless you agree to a different location. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If the arbitrator renders a decision or an award in your favor resolving the dispute, the arbitrator shall award you reasonable attorneys' fees. If the arbitrator renders a decision or an award in your favor resolving the dispute then you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we will reimburse you for any Arbitration Fees you have previously paid. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we are not entitled to an award of attorneys' fees. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having competent jurisdiction.

You and we expressly acknowledge and agree that this Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision survives the termination of the relationship between you and us, and continues in full force and effect, even if your obligations have been cancelled by prepayment, paid or discharged through bankruptcy. This Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. You hereby acknowledge and expressly agree to the following by executing this Agreement, submitting it to us, and accepting the loan proceeds without cancelling your Loan:

**YOU AGREE TO THE TERMS OF THIS ARBITRATION PROVISION AND YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**WAIVER OF JURY TRIAL: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR AGAINST A RELATED THIRD PARTY.**

**CLASS-ACTION/REPRESENTATIVE WAIVER: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO PURSUE OR PARTICIPATE IN REPRESENTATIVE CLAIMS AND YOU THEREFORE WILL NOT BE ALLOWED TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

By electronically signing this Agreement, you hereby acknowledge that you have read the Agreement in its entirety, that you have carefully reviewed all of the terms and provisions contained in this Agreement, that you fully understand and comprehend the meaning of each and every word, phrase and provision contained in this Agreement and that you hereby agree to abide by and be bound by all of the terms and provisions in this Agreement, including the terms and provisions of this Agreement dealing with the limited waiver of sovereign immunity and the ARBITRATION PROVISION.

**Account -Related Telephone and Text Communications:** By providing us with your mobile number, you consent to

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message capable mobile phone; (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 1-877-596-1337

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend, and hold us harmless from and against all claims, losses, liability, costs, and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, or local law, or regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Agreement. You agree that Text Messages are provided for your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, nondelivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

---

**CONSENT TO RECEIVE MARKETING VIA CALLS AND/OR TEXT MESSAGING:**

☒ By clicking the box and signing the Agreement, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

Your mobile phone at

.

You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com.

You understand that any Advertising and Telemarketing Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Advertising and Telemarketing Text Messages that we send you, and you agree that we shall have no liability for the cost of any Advertising and Telemarketing Text Messages.

---

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

**PAYMENT METHOD OPTIONS (select only one):**

**Option #1** ☒**CONVENIENT ELECTRONIC DEBITS** – By checking this box, you agree to make your payments by automatic recurring electronic debits, in accordance with this authorization ("Payment Authorization").

**Only check this box and sign this Payment Authorization if you want to make your loan payments by automatic recurring electronic debits.**

**Bank Account.** By checking the box above and signing this Agreement, you voluntarily authorize us, and our successor and assigns, to initiate automatic electronic funds transfers by Debit Card entries (if provided) and/or Automated Clearinghouse debit entries ("ACH") as set forth below for scheduled payments in accordance with this Payment Authorization and your Payment Schedule (including as modified) from the following bank account (your "Bank Account"):

Bank Name: BANK OF AMERICA N A; Bank ABA routing number:     ; Bank Account number:

Debit Card number (if provided): No Authorized Card

If you have provided us with a Debit Card, then you represent that the Debit Card is linked to your Bank Account.

**Debit Entries and Re-initiation:** You authorize us to initiate payments to be debited from your Bank Account on each payment due date or thereafter for the amount owed, or any lesser amount you owe under your Agreement with us. The funds may be debited by Debit Card or ACH as set forth below. You authorize us to re-initiate any debit entry up to two additional times (unless otherwise limited by applicable law) for the same amount if the debit entry is dishonored.

**Correction of Errors:** You also authorize us to make debits or credits to your Bank Account to correct any error we make in crediting or debiting funds.

**Payment Method Order:** We will always initiate debit entries first through ACH (if available). If funds are not collected or ACH is not available, then we will initiate debit entries for the same payment to the Debit Card. No more than three (3) debit entries will be submitted for each payment.

**Transfers of Varying Amounts:** You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The range of any debit will be in an amount up to the scheduled payment amount owed under the Agreement plus $75. For any recurring debit entry outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this Payment Authorization you choose to receive notice only when a recurring debit entry amount exceeds the range specified. You agree that the debit entries authorized herein are voluntary, and that the scheduled entries will recur at substantially regular intervals.

**Verification:** If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card (if provided), then you authorize us to verify and correct such information.

**Revocation:** You may revoke this Payment Authorization or request a change to the timing of scheduled electronic debits by contacting us in writing at cs@greenlineloans.com, or by phone at 1-877-596-1337. You must contact us at least three (3) business days prior to when you wish to revoke the Payment Authorization. You acknowledge that your Payment Authorization will remain in effect until the earlier of the following occurs: (1) You pay in full or, (2) You revoke the Payment Authorization. If you revoke the Payment Authorization you are still responsible for making your payment and you must make arrangement with us to do so. If you revoke this Payment Authorization, such revocation will not adversely affect our decision to extend credit to you in the future.

You acknowledge that the debit entries you authorize comply with U.S. law.

**Optional EFT Authorization**: PLEASE NOTE - YOU ARE NOT REQUIRED TO SELECT THIS METHOD OF PAYMENT TO OBTAIN A LOAN FROM US. THIS PAYMENT AUTHORIZATION IS FOR YOUR CONVENIENCE IN MAKING PAYMENTS UNDER THE AGREEMENT. BY SELECTING THIS PAYMENT OPTION AND SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU ARE VOLUNTARILY CHOOSING TO PAY ELECTRONICALLY, AND YOU ARE CHOOSING ONLY TO RECEIVE NOTICE OF VARYING TRANSFERS WHEN A TRANSFER EXCEEDS THE RANGE SPECIFIED ABOVE.

**Option #2** ☐ **MAIL A CERTIFIED CHECK OR MONEY ORDER TO PAY** – By checking this box, you agree to make your payments by mailing a certified check or money order to Quick Help Loans each time your payment is due.

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

If you choose to make your payments by certified check or money order, then you must ensure that we receive the certified check or money order on or before the Payment Due Date, in order for us to credit your payment on the Payment Due Date. Payments must be mailed to: Quick Help, 597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538.

**Privacy Policy:** By signing this Agreement, you acknowledge and agree to the Greenline Loans Privacy Policy as stated on our website or as contained below and further agree that you have reviewed and are in possession of a copy of the Privacy Policy.

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL ITS TERMS INCLUDING BUT NOT LIMITED TO:

- TRIBAL LAW AND APPLICABLE U.S. FEDERAL LAW GOVERNS
- THE DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION
- THE CONSENT TO ELECTRONIC COMMUNICATIONS
- THE CONSENT TO RECEIVE MARKETING CALLS AND/OR TEXT MESSAGING (IF SELECTED)
- THE PAYMENT METHOD OPTIONS SELECTION

YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.

[I AGREE] 
Date: 10/21/2020

| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | | |
|---|---|---|---|
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include, but is not limited to:<br>· Social Security number and checking account information<br>· Payment history and income<br>· Employment information and wire transfer instructions | | |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Greenline Loans chooses to share; and whether you can limit this sharing. | | |
| | | | |
| **For our everyday business purposes -**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No | |
| **For our marketing purposes -**<br>to offer our products and services to you | Yes | No | |
| **For joint marketing with other financial companies** | Yes | Yes | |
| **For our affiliates' everyday business purposes -**<br>information about your transactions and experiences | Yes | No | |
| **For our affiliates' everyday business purposes -**<br>information about your credit worthiness | Yes | Yes | |
| **For our affiliates to market to you** | Yes | Yes | |
| **For non-affiliates to market to you** | Yes | Yes | |
| **To limit our sharing** | Call 1-877-596-1337, or Login to into your account at https://www.greenlineloans.com.<br><br>**Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we can continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. | | |
| **Questions?** | Call 1-877-596-1337 or go https://www.greenlineloans.com | | |

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

| | |
|---|---|
| **Who is providing this notice?** | Greenline Loans is providing this privacy policy. |
| | |
| **How does Greenline Loans protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings |
| **How does Greenline Loans collect my personal information?** | We collect your personal information, for example, when you<br>· Apply for a loan<br>· Give us your income information<br>· Tell us where to send the money<br>· Provide account information<br>· Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>· sharing for affiliates' everyday business purposes-information about your credit worthiness<br>· sharing for non-affiliates to market to you<br>· affiliates from using your information to market to you<br>Individual companies may give you additional rights to limit sharing. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account |
| | |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. Our affiliates include other business entities of the Big Valley Band of Pomo Indians of the Big Valley Rancheria. |
| **Non-affiliate** | Companies not related by common ownership or control. They can be financial and non-financial companies. |
| **Joint marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>· Greenline Loans does not jointly market. |

**EXHIBIT F**

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

You must consent to transact business with **Waawaatesi LLC d/b/a Greenline Loans** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.
- You may obtain a copy of any Communication by contacting us at cs@greenlineloans.com or by calling us at 1-877-596-1337. You can withdraw your consent to ongoing electronic communications in the same manner, and ask that Communications be sent to you in paper or non-electronic form. We will provide you with paper copies at no charge.
- You agree to provide us with your current email address for notices, which unless notified otherwise we assume is the email address indicated above. If your email address, telephone number(s), or residence address changes, you must send us a notice of the new address/telephone number(s) by sending us an email, using secure messaging, at least five (5) days before the change.
- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet.
- In order to access and retain electronic Communications, you will need the following computer or mobile device hardware and software:
    - a computer or mobile device with an Internet connection;
    - a current web browser that includes 128-bit encryption (e.g. Internet Explorer version 6.0 and above, Firefox version 2.0 and above, Chrome version 3.0 and above, or Safari 3.0 and above) with cookies enabled;
    - a valid email address; and
    - A current version of a program that accurately reads and displays Portable Document Format or "PDF" files (such as Adobe® Reader®); and Either sufficient computer memory, an external storage device or the ability to store past communications
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You agree that you are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to 597 Peace Pipe Road P.O. Box 294, Lac du Flambeau, WI 54538 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

[I AGREE] 
Date: 1/20/2021

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

**PLEASE REVIEW LOAN AGREEMENT CAREFULLY.**

**BY SIGNING, YOU ARE ENTERING INTO AN AGREEMENT GOVERNED BY THE LAWS OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS**

**INSTALLMENT LOAN AGREEMENT**

| | |
|---|---|
| Application Date: 01/20/2021<br>Effective Date (you may get funds prior to this date): 01/22/2021 | Loan No.: 2515█<br>Final Maturity Date: Tuesday June 1, 2021 |
| Waawaatesi LLC d/b/a Greenline Loans<br>597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538<br>Phone: 1-877-596-1337<br>Email Address: cs@greenlineloans.com | Borrower Name:<br>Borrower Address:<br>Phone:<br>Cell Phone:<br>Email Address: |

In order to complete your transaction with us, you must electronically sign and date this Agreement. A loan will not be made until your completed application is received and approved by us. Once you sign and submit this Agreement, the final approval for credit will be made from our office located on the Tribe's Reservation. If your information cannot be verified by the Effective Date, your request for credit will not be approved, we will not fund the loan, and you will not incur any finance charge or fees. If we approve your request, this Agreement will be consummated on the Tribe's Reservation.

**TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate.<br>697.69% | FINANCE CHARGE<br>The dollar amount the credit will cost you.<br>$493.82 | Amount Financed<br>The amount of credit provided to you or on your behalf.<br>$300.00 | Total of Payments<br>The amount you will have paid after making all payments as scheduled.<br>$793.82 |
|---|---|---|---|

**Payment Schedule:** Your Payment Schedule will be:

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $88.24 | 01/31/2021 |
| 1 | $88.24 | 02/15/2021 |
| 1 | $88.24 | 02/28/2021 |
| 1 | $88.24 | 03/15/2021 |
| 1 | $88.24 | 03/31/2021 |
| 1 | $88.24 | 04/15/2021 |
| 1 | $88.24 | 04/30/2021 |
| 1 | $88.24 | 05/15/2021 |
| 1 | $87.90 | 05/31/2021 |

**Security:** If you decide to authorize automatic payments from your bank account, then you are giving a security interest in the Payment Authorization.

**Late Charge:** If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment.

**Prepayment:** If you prepay in full or in part, you will not have to pay a penalty.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

**Itemization of Amount Financed**: Amount given to you directly: $300.00

Amount paid on account with us: $0.00

**SPECIAL NOTICES:**

- THIS LOAN IS GOVERNED BY APPLICABLE TRIBAL AND U.S. FEDERAL LAW
- YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
- YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
- YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
- NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

**Definitions:** In this Installment Loan Agreement (the "Agreement") the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we," "us," "our," and "Lender" mean **Waawaatesi LLC d/b/a Greenline Loans,** an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Tribe"), and any authorized representative, agent, independent contractor, affiliate or assignee we use in the provision of your loan. The term "business day" means any calendar day, other than a Saturday, Sunday or a bank or federal holiday, between the hours of 9AM and 5PM CST. **PLEASE NOTE: This Agreement is governed by the laws of the Tribe and applicable federal laws.**

**Approval and Obtaining Loan Proceeds:** In order to complete your transaction with us, you must electronically sign this Agreement by clicking the acknowledgement button below. We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Reservation. Once you sign and submit this Agreement to us, we will confirm your information and either approve or deny the loan request from our office located on tribal land. If approved, then we will use commercially reasonable efforts to initiate a credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date listed above. We will deposit the loan proceeds directly to your Bank Account via an ACH Credit, unless the proceeds of this loan are used to repay an existing obligation to us.

**Consent to Credit Loan Proceeds:** You hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Bank routing and transit number**: 071103619; **and Account Number:** XXXXXXXX2561 ("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. You also agree that if we credit any amount in error, we may debit the Bank Account to correct the error. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, the untimely receipt of borrower verification details (if required), inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit. If we are unable to verify your information by the Effective Date your loan request will not be approved, this agreement will not be consummated, we will not fund the loan, and you will not incur a finance charge or any fees.

**Promise to Pay:** You promise to pay Lender the principal sum of $300.00 plus interest at a rate of 697.69% per year ("Contract Rate"). The daily rate of interest is the Contract Rate divided by 365. You agree to make payments on the dates and in the amounts shown in the Payment Schedule above, or as may be later modified ("Payment Due Dates") by agreement of the parties. You also promise to pay the Lender all other charges provided for under this Agreement.

**Interest:** Interest: Interest will accrue daily on the unpaid principal balance of this Loan, beginning on the Effective Date. Interest will accrue until you pay the unpaid principal balance in full. If a Loan is refinanced with a new loan from us, the effective date of the new loan is the date of the refinance. We calculate interest based on a 365-day year (unless otherwise required by state law). In calculating your payments, we have assumed you will make each payment on the day and in the amount due set forth in the Payment Scheduled. Late payments will increase interest owed while early payments will decrease interest owed. If any Payment Due Date falls on a non-banking business day, then you agree to pay on the next banking business day, and we will credit such payment as if it was received on the Payment Due Date. The amount of any decrease or increase in interest due will affect the amount of your final payment. If the amount of any payment is not enough to pay the interest due, the unpaid interest will be paid from your next payment(s), if any, and will not be added to the principal balance. Time is of the essence. Interest will continue to accrue on past due amounts in accordance with this Agreement and as permitted by applicable Tribal law. The interest rate and other charges under this Agreement will never exceed the highest rate or charge allowed by applicable Tribal law for this Loan. If the amount collected is found to have exceeded the highest rate or charge allowed, Lender will refund an amount necessary to comply with the law.

**Partial Prepayment, and Prepayment in Full:** You may prepay us in part or in full at any time, without incurring an additional charge, fee, or penalty. To make arrangements for prepayment, you must contact us by email at cs@greenlineloans.com or phone at 1-877-596-1337. We will then communicate with you to arrange an authorization to debit funds from your bank account or make other arrangements for the prepayment. If you make a partial prepayment, then you are still obligated to make the regular scheduled payment unless the outstanding balance is less than the regular scheduled payment.

**Application of Payments**. We credit all payments received first to any charges and fees owing, then earned but unpaid

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

interest, and finally to principal. Any late payments may extend the term of your loan.

**Right to Cancel**: YOU MAY CANCEL THIS LOAN, WITHOUT FINANCE CHARGES OR ANY COSTS, NO LATER THAN 3:00 PM CENTRAL TIME OF THE NEXT BANKING DAY IMMEDIATELY FOLLOWING THE EFFECTIVE DATE ("CANCELLATION DEADLINE") BY EMAILING cs@greenlineloans.com. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **BEFORE** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, BOTH YOUR PAYMENT OBLIGATIONS AND OUR FUNDING OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **AFTER** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, THEN YOU AUTHORIZE US TO EFFECT A DEBIT ENTRY TO YOUR BANK ACCOUNT FOR THE PRINCIPAL AMOUNT OF YOUR LOAN SUBJECT TO THE FOLLOWING: (1) IF WE RECEIVE THE PAYMENT OF THE PRINCIPAL AMOUNT BY THE DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN YOUR PAYMENT OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED, OR (2) IF WE DO NOT RECEIVE PAYMENT OF THE PRINCIPAL AMOUNT OF YOUR LOAN BY DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN THIS AGREEMENT WILL REMAIN IN FULL FORCE AND EFFECT.

**Payment Methods**: You are required to make the payments for each installment period on or before the Payment Due Dates and if on the final scheduled Payment Due Date you still owe amounts under this Agreement you will pay those amounts in full on that date. You can select your preferred payment option below in the "Payment Method Option" section. If you elect to make your payments electronically, such as by automatic electronic debits (ACH or debit card), then your payments plus any fees due to us (if applicable) will be automatically initiated by us in accordance with this Agreement. PLEASE NOTE: If you revoke your Payment Authorization, then you are still obligated to pay the amounts owed as scheduled. If you elect to mail your payments by certified check or money order (i) all payments must be mailed to: P.O. Box 294, Lac du Flambeau, WI 54538 and (ii) payment must reach this address by 4:00 pm Central Time on or before the scheduled Payment Due Date. Please contact us at 1-877-596-1337 for other payment methods that may be available. Regardless of the payment method used, a payment must be received by us on or before the scheduled Payment Due Date.

**Verification**: You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan determine Payment Due Dates and administer your account with us. **You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through electronic or telephone-initiated bank records.** You also give us consent to obtain information about you from consumer reporting agencies or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for bankruptcy relief.

**Security Interest**: If you decide to authorize automatic payments from your bank account, then for federal law purposes only we have disclosed that you are giving a security interest in the Payment Authorization. The disclosure is not intended to create a security interest under Tribal law.

**Late Charge**: If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment. The late charge may not be collected more than once for the same default.

**Returned Payment Charge**: If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of **$30.00**. You authorize us to initiate a one-time ACH debit to your Bank Account for any returned payment charge. Your returned payment may also cause your payment to be late which could result in your having to also pay a late charge.

**Default.** You will be in default if you fail to make a scheduled payment on or before the due date or if you fail to comply with any of the terms of this Agreement. If you default, then we may declare the entire outstanding principal balance plus all accrued and unpaid interest that you owe under this Agreement at once due and payable. Additionally, we may submit your name to a collection agency, and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

**Our Rights and Remedies.** By choosing any one or more of the remedies provided, we do not give up our right to use another remedy later. By deciding not to use any remedy if you are in default for a particular event, we do not give up our right to consider the same event a default if it happens again. We may delay or refrain from enforcing any of its rights without waiving those rights. We reserve all other rights under Tribal law.

**Consumer Reports:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**Report of Negative Credit Information:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

**Assignment and Execution:** We may assign or transfer this Agreement or any of our rights hereunder. If this Agreement is

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

consummated, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties.

**Governing Law:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**Sovereign Immunity and Preservation of Sovereign Immunity:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Agreement or your Disbursement and Payment Authorization. As set forth below, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe. As an economic development arm and instrumentality of the Tribe, we are entitled to sovereign immunity to the same extent as the Tribe. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Dispute Resolution Procedure and Arbitration Provision below and the complaint is limited by the Dispute Resolution Procedure and Arbitration Provision.

### DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION:

- **Dispute Resolution Procedure:** As an accommodation to consumers, we have established the following Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at customerservice@ldfcallcenter.com or by mail at P.O. Box 231, Lac du Flambeau, WI 54538 A consumer's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. We will investigate the consumer's complaint and provide our initial determination as soon as is reasonably practicable. If the dispute is not resolved to your satisfaction, you and we agree that we shall arbitrate that dispute in accordance with the terms of the Arbitration Provision, described below.

- **Arbitration Provision:** PLEASE READ THE FOLLOWING CAREFULLY AS IT IMPACTS YOUR LEGAL RIGHTS.

WE, AS A WHOLLY OWNED ECONOMIC DEVELOPMENT ARM, INSTRUMENTALITY, AND LIMITED LIABILITY COMPANY OF THE TRIBE, AND OUR DIRECTORS, OFFICERS, AND EMPLOYEES ACTING WITHIN THE SCOPE OF THEIR AUTHORITY, ARE NOT SUBJECT TO SUIT IN ANY COURT IN ANY JURISDICTION, OR ANY OTHER FORUM, ABSENT A WAIVER OF SOVEREIGN IMMUNITY. In order to resolve a dispute that we

cannot resolve to your satisfaction as set forth above, we consent to a limited waiver of sovereign immunity as expressly set forth below, which is expressly limited by the Arbitration Provision in this Agreement. This limited waiver is strictly limited to individual arbitration claims set forth below and judicial actions to enforce such individual arbitration awards as strictly limited herein.

Definitions: The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Dispute Resolution Procedure and Arbitration Provision ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Agreement or Agreements between you and us; (c) all counterclaims, cross claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

Notice: Any party to a dispute, including you, us and/or related third parties, may send the other party(s) written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, the arbitration shall occur before the American Arbitration Association (1-800-778-7879; http://www.adr.org). However, the parties may mutually agree to select a different arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration shall respond in writing by certified mail return receipt requested within twenty (20) calendar days. All parties to such dispute will be governed by the rules and procedures of the American Arbitration Association applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement or this Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the American Arbitration Association (1-800-778-7879; http://www.adr.org).

Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the Governing Law set forth above, and the Federal Arbitration Act, 9 U.S.C. §§1-16 ("FAA") and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, unless you agree to a different location. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If the arbitrator renders a decision or an award in your favor resolving the dispute, the arbitrator shall award you reasonable attorneys' fees. If the arbitrator renders a decision or an award in your favor resolving the dispute then you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we will reimburse you for any Arbitration Fees you have previously paid. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we are not entitled to an award of attorneys' fees. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having competent jurisdiction.

You and we expressly acknowledge and agree that this Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision survives the termination of the relationship between you and us, and continues in full force and effect, even if your obligations have been cancelled by prepayment, paid or discharged through bankruptcy. This Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. You hereby acknowledge and expressly agree to the following by executing this Agreement, submitting it to us, and accepting the loan proceeds without cancelling your Loan:

**YOU AGREE TO THE TERMS OF THIS ARBITRATION PROVISION AND YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**WAIVER OF JURY TRIAL: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR AGAINST A RELATED THIRD PARTY.**

**CLASS-ACTION/REPRESENTATIVE WAIVER: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO PURSUE OR PARTICIPATE IN REPRESENTATIVE CLAIMS AND YOU THEREFORE WILL NOT BE ALLOWED TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

By electronically signing this Agreement, you hereby acknowledge that you have read the Agreement in its entirety, that you have carefully reviewed all of the terms and provisions contained in this Agreement, that you fully understand and comprehend the meaning of each and every word, phrase and provision contained in this Agreement and that you hereby agree to abide by and be bound by all of the terms and provisions in this Agreement, including the terms and provisions of this Agreement dealing with the limited waiver of sovereign immunity and the ARBITRATION PROVISION.

**Account -Related Telephone and Text Communications:** By providing us with your mobile number, you consent to receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message capable mobile phone; (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 1-877-596-1337

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend, and hold us harmless from and against all claims, losses, liability, costs, and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, or local law, or regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Agreement. You agree that Text Messages are provided for your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, nondelivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

---

**CONSENT TO RECEIVE MARKETING VIA CALLS AND/OR TEXT MESSAGING:**

☒ By clicking the box and signing the Agreement, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

Your mobile phone at

.

You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com.

You understand that any Advertising and Telemarketing Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Advertising and Telemarketing Text Messages that we send you, and you agree that we shall have no liability for the cost of any Advertising and Telemarketing Text Messages.

---

**PAYMENT METHOD OPTIONS (select only one):**

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

**Option #1** ☒**CONVENIENT ELECTRONIC DEBITS** – By checking this box, you agree to make your payments by automatic recurring electronic debits, in accordance with this authorization ("Payment Authorization").

**Only check this box and sign this Payment Authorization if you want to make your loan payments by automatic recurring electronic debits.**

**Bank Account.** By checking the box above and signing this Agreement, you voluntarily authorize us, and our successor and assigns, to initiate automatic electronic funds transfers by Debit Card entries (if provided) and/or Automated Clearinghouse debit entries ("ACH") as set forth below for scheduled payments in accordance with this Payment Authorization and your Payment Schedule (including as modified) from the following bank account (your "Bank Account"):

Bank Name: BANK OF AMERICA N A; Bank ABA routing number:       ; Bank Account number:

Debit Card number (if provided): No Authorized Card

If you have provided us with a Debit Card, then you represent that the Debit Card is linked to your Bank Account.

**Debit Entries and Re-initiation:** You authorize us to initiate payments to be debited from your Bank Account on each payment due date or thereafter for the amount owed, or any lesser amount you owe under your Agreement with us. The funds may be debited by Debit Card or ACH as set forth below. You authorize us to re-initiate any debit entry up to two additional times (unless otherwise limited by applicable law) for the same amount if the debit entry is dishonored.

**Correction of Errors:** You also authorize us to make debits or credits to your Bank Account to correct any error we make in crediting or debiting funds.

**Payment Method Order:** We will always initiate debit entries first through ACH (if available). If funds are not collected or ACH is not available, then we will initiate debit entries for the same payment to the Debit Card. No more than three (3) debit entries will be submitted for each payment.

**Transfers of Varying Amounts:** You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The range of any debit will be in an amount up to the scheduled payment amount owed under the Agreement plus $75. For any recurring debit entry outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this Payment Authorization you choose to receive notice only when a recurring debit entry amount exceeds the range specified. You agree that the debit entries authorized herein are voluntary, and that the scheduled entries will recur at substantially regular intervals.

**Verification:** If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card (if provided), then you authorize us to verify and correct such information.

**Revocation:** You may revoke this Payment Authorization or request a change to the timing of scheduled electronic debits by contacting us in writing at cs@greenlineloans.com, or by phone at 1-877-596-1337. You must contact us at least three (3) business days prior to when you wish to revoke the Payment Authorization. You acknowledge that your Payment Authorization will remain in effect until the earlier of the following occurs: (1) You pay in full or, (2) You revoke the Payment Authorization. If you revoke the Payment Authorization you are still responsible for making your payment and you must make arrangement with us to do so. If you revoke this Payment Authorization, such revocation will not adversely affect our decision to extend credit to you in the future.

You acknowledge that the debit entries you authorize comply with U.S. law.

**Optional EFT Authorization**: PLEASE NOTE - YOU ARE NOT REQUIRED TO SELECT THIS METHOD OF PAYMENT TO OBTAIN A LOAN FROM US. THIS PAYMENT AUTHORIZATION IS FOR YOUR CONVENIENCE IN MAKING PAYMENTS UNDER THE AGREEMENT. BY SELECTING THIS PAYMENT OPTION AND SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU ARE VOLUNTARILY CHOOSING TO PAY ELECTRONICALLY, AND YOU ARE CHOOSING ONLY TO RECEIVE NOTICE OF VARYING TRANSFERS WHEN A TRANSFER EXCEEDS THE RANGE SPECIFIED ABOVE.

**Option #2** ☐ **MAIL A CERTIFIED CHECK OR MONEY ORDERTO PAY** – By checking this box, you agree to make your payments by mailing a certified check or money order to Greenline Loans each time your payment is due.

If you choose to make your payments by certified check or money order, then you must ensure that we receive the certified check or money order on or before the Payment Due Date, in order for us to credit your payment on the Payment Due Date. Payments must be mailed to: Greenline Loans, 597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538.

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

**Privacy Policy:** By signing this Agreement, you acknowledge and agree to the Greenline Loans Privacy Policy as stated on our website or as contained below and further agree that you have reviewed and are in possession of a copy of the Privacy Policy.

### SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL ITS TERMS INCLUDING BUT NOT LIMITED TO:

- TRIBAL LAW AND APPLICABLE U.S. FEDERAL LAW GOVERNS
- THE DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION
- THE CONSENT TO ELECTRONIC COMMUNICATIONS
- THE CONSENT TO RECEIVE MARKETING CALLS AND/OR TEXT MESSAGING (IF SELECTED)
- THE PAYMENT METHOD OPTIONS SELECTION

YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.



[I AGREE]
Date:   1/20/2021

| FACTS | WHAT DOES GREENLINE LOANS DO WITH YOUR PERSONAL INFORMATION? | | |
|---|---|---|---|
| **Why?** | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | | |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include, but is not limited to: <br> · Social Security number and checking account information <br> · Payment history and income <br> · Employment information and wire transfer instructions | | |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Greenline Loans chooses to share; and whether you can limit this sharing. | | |
| Reasons we can share your personal information | | Does Greenline Loans share? | Can you limit this sharing? |
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | | Yes | No |
| For our marketing purposes - to offer our products and services to you | | Yes | No |
| For joint marketing with other financial companies | | Yes | Yes |
| For our affiliates' everyday business purposes - information about your transactions and experiences | | Yes | No |
| For our affiliates' everyday business purposes - information about your credit worthiness | | Yes | Yes |
| For our affiliates to market to you | | Yes | Yes |
| For non-affiliates to market to you | | Yes | Yes |
| To limit our sharing | | Call 1-877-596-1337, or Login to into your account at https://www.greenlineloans.com. <br><br> **Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. | |
| **Questions?** | | Call 1-877-596-1337 or go https://www.greenlineloans.com | |
| Who we are | | | |
| Who is providing this notice? | Greenline Loans is providing this privacy policy. | | |
| What we do | | | |

DocuSign Envelope ID: 9BC8EE7A-7230-4C80-9751-11356017E09F

| How does Greenline Loans protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings |
|---|---|
| How does Greenline Loans collect my personal information? | We collect your personal information, for example, when you<br>· Apply for a loan<br>· Give us your income information<br>· Tell us where to send the money<br>· Provide account information<br>· Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>· sharing for affiliates' everyday business purposes-information about your credit worthiness<br>· sharing for non-affiliates to market to you<br>· affiliates from using your information to market to you<br>Individual companies may give you additional rights to limit sharing. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. Our affiliates include other business entities of the Big Valley Band of Pomo Indians of the Big Valley Rancheria. |
| Non-affiliate | Companies not related by common ownership or control. They can be financial and non-financial companies. |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>· Greenline Loans does not jointly market. |

**EXHIBIT G**

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

**PLEASE REVIEW LOAN AGREEMENT CAREFULLY.**

**BY SIGNING, YOU ARE ENTERING INTO AN AGREEMENT GOVERNED BY THE LAWS OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS**

**INSTALLMENT LOAN AGREEMENT**

| | |
|---|---|
| Application Date: 06/28/2021 | Loan No.: 2695 |
| Effective Date (you may get funds prior to this date): 06/30/2021 | Final Maturity Date: Wednesday December 15, 2021 |
| Waawaatesi LLC d/b/a Greenline Loans<br><br>597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538<br><br>Phone: 1-877-596-1337<br><br>Email Address: cs@greenlineloans.com | Borrower Name: MARY SPURR<br><br>Borrower Address:<br><br>Phone:<br><br>Cell Phone:<br><br>Email Address: |

In order to complete your transaction with us, you must electronically sign and date this Agreement. A loan will not be made until your completed application is received and approved by us. Once you sign and submit this Agreement, the final approval for credit will be made from our office located on the Tribe's Reservation. If your information cannot be verified by the Effective Date, your request for credit will not be approved, we will not fund the loan, and you will not incur any finance charge or fees. If we approve your request, this Agreement will be consummated on the Tribe's Reservation.

**TRUTH-IN-LENDING DISCLOSURES**

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid after making all payments as scheduled. |
|---|---|---|---|
| 402.56% | $1254.47 | $1000.00 | $2254.47 |

**Payment Schedule:** Your Payment Schedule will be:

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $204.97 | 07/15/2021 |
| 1 | $204.97 | 07/31/2021 |
| 1 | $204.97 | 08/15/2021 |
| 1 | $204.97 | 08/31/2021 |
| 1 | $204.97 | 09/15/2021 |
| 1 | $204.97 | 09/30/2021 |
| 1 | $204.97 | 10/15/2021 |
| 1 | $204.97 | 10/31/2021 |
| 1 | $204.97 | 11/15/2021 |
| 1 | $204.97 | 11/30/2021 |
| 1 | $204.77 | 12/15/2021 |

**Security:** If you decide to authorize automatic payments from your bank account, then you are giving a security interest in the Payment Authorization.

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

**Late Charge:** If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment.

**Prepayment:** If you prepay in full or in part, you will not have to pay a penalty.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

**Itemization of Amount Financed**: Amount given to you directly: $1000.00

Amount paid on account with us: $0.00

**SPECIAL NOTICES:**

- THIS LOAN IS GOVERNED BY APPLICABLE TRIBAL AND U.S. FEDERAL LAW
- YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
- YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
- YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
- NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

**Definitions:** In this Installment Loan Agreement (the "Agreement") the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we," "us," "our," and "Lender" mean **Waawaatesi LLC d/b/a Greenline Loans,** an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Tribe"), and any authorized representative, agent, independent contractor, affiliate or assignee we use in the provision of your loan. The term "business day" means any calendar day, other than a Saturday, Sunday or a bank or federal holiday, between the hours of 9AM and 5PM CST. **PLEASE NOTE: This Agreement is governed by the laws of the Tribe and applicable federal laws.**

**Approval and Obtaining Loan Proceeds:** In order to complete your transaction with us, you must electronically sign this Agreement by clicking the acknowledgement button below. We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Reservation. Once you sign and submit this Agreement to us, we will confirm your information and either approve or deny the loan request from our office located on tribal land. If approved, then we will use commercially reasonable efforts to initiate a credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date listed above. We will deposit the loan proceeds directly to your Bank Account via an ACH Credit, unless the proceeds of this loan are used to repay an existing obligation to us.

**Consent to Credit Loan Proceeds:** You hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Bank routing and transit number:** and Account Number: ("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. You also agree that if we credit any amount in error, we may debit the Bank Account to correct the error. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, the untimely receipt of borrower verification details (if required), inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit. If we are unable to verify your information by the Effective Date your loan request will not be approved, this agreement will not be consummated, we will not fund the loan, and you will not incur a finance charge or any fees.

**Promise to Pay:** You promise to pay Lender the principal sum of $1000.00 plus interest at a rate of 402.56% per year ("Contract Rate"). The daily rate of interest is the Contract Rate divided by 365. You agree to make payments on the dates and in the amounts shown in the Payment Schedule above, or as may be later modified ("Payment Due Dates") by agreement of the parties. You also promise to pay the Lender all other charges provided for under this Agreement.

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

**Interest:** Interest: Interest will accrue daily on the unpaid principal balance of this Loan, beginning on the Effective Date. Interest will accrue until you pay the unpaid principal balance in full. If a Loan is refinanced with a new loan from us, the effective date of the new loan is the date of the refinance. We calculate interest based on a 365-day year (unless otherwise required by state law). In calculating your payments, we have assumed you will make each payment on the day and in the amount due set forth in the Payment Scheduled. Late payments will increase interest owed while early payments will decrease interest owed. If any Payment Due Date falls on a non-banking business day, then you agree to pay on the next banking business day, and we will credit such payment as if it was received on the Payment Due Date. The amount of any decrease or increase in interest due will affect the amount of your final payment. If the amount of any payment is not enough to pay the interest due, the unpaid interest will be paid from your next payment(s), if any, and will not be added to the principal balance. Time is of the essence. Interest will continue to accrue on past due amounts in accordance with this Agreement and as permitted by applicable Tribal law. The interest rate and other charges under this Agreement will never exceed the highest rate or charge allowed by applicable Tribal law for this Loan. If the amount collected is found to have exceeded the highest rate or charge allowed, Lender will refund an amount necessary to comply with the law.

**Partial Prepayment, and Prepayment in Full:** You may prepay us in part or in full at any time, without incurring an additional charge, fee, or penalty. To make arrangements for prepayment, you must contact us by email at cs@greenlineloans.com or phone at 1-877-596-1337. We will then communicate with you to arrange an authorization to debit funds from your bank account or make other arrangements for the prepayment. If you make a partial prepayment, then you are still obligated to make the regular scheduled payment unless the outstanding balance is less than the regular scheduled payment.

**Application of Payments.** We credit all payments received first to any charges and fees owing, then earned but unpaid interest, and finally to principal. Any late payments may extend the term of your loan.

**Right to Cancel:** YOU MAY CANCEL THIS LOAN, WITHOUT FINANCE CHARGES OR ANY COSTS, NO LATER THAN 3:00 PM CENTRAL TIME OF THE NEXT BANKING DAY IMMEDIATELY FOLLOWING THE EFFECTIVE DATE ("CANCELLATION DEADLINE") BY EMAILING cs@greenlineloans.com. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **BEFORE** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, BOTH YOUR PAYMENT OBLIGATIONS AND OUR FUNDING OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **AFTER** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, THEN YOU AUTHORIZE US TO EFFECT A DEBIT ENTRY TO YOUR BANK ACCOUNT FOR THE PRINCIPAL AMOUNT OF YOUR LOAN SUBJECT TO THE FOLLOWING: (1) IF WE RECEIVE THE PAYMENT OF THE PRINCIPAL AMOUNT BY THE DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN YOUR PAYMENT OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED, OR (2) IF WE DO NOT RECEIVE PAYMENT OF THE PRINCIPAL AMOUNT OF YOUR LOAN BY DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN THIS AGREEMENT WILL REMAIN IN FULL FORCE AND EFFECT.

**Payment Methods:** You are required to make the payments for each installment period on or before the Payment Due Dates and if on the final scheduled Payment Due Date you still owe amounts under this Agreement you will pay those amounts in full on that date. You can select your preferred payment option below in the "Payment Method Option" section. If you elect to make your payments electronically, such as by automatic electronic debits (ACH or debit card), then your payments plus any fees due to us (if applicable) will be automatically initiated by us in accordance with this Agreement. PLEASE NOTE: If you revoke your Payment Authorization, then you are still obligated to pay the amounts owed as scheduled. If you elect to mail your payments by certified check or money order (i) all payments must be mailed to: P.O. Box 294, Lac du Flambeau, WI 54538 and (ii) payment must reach this address by 4:00 pm Central Time on or before the scheduled Payment Due Date. Please contact us at 1-877-596-1337 for other payment methods that may be available. Regardless of the payment method used, a payment must be received by us on or before the scheduled Payment Due Date.

**Verification:** You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan determine Payment Due Dates and administer your account with us. **You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through electronic or telephone-initiated bank records** . You also give us consent to obtain information about you from consumer reporting agencies or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for bankruptcy relief.

**Security Interest:** If you decide to authorize automatic payments from your bank account, then for federal law purposes only we have disclosed that you are giving us a security interest in the Payment Authorization. The disclosure is not intended to create a security interest under Tribal law.

**Late Charge:** If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment. The late charge may not be collected more than once for the same default.

**Returned Payment Charge:** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30.00. You authorize us to initiate a one-time ACH debit to your Bank Account for any returned payment charge. Your returned payment may also cause your payment to be late which could result in your having to also pay a late charge.

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

**Default.** You will be in default if you fail to make a scheduled payment on or before the due date or if you fail to comply with any of the terms of this Agreement. If you default, then we may declare the entire outstanding principal balance plus all accrued and unpaid interest that you owe under this Agreement at once due and payable. Additionally, we may submit your name to a collection agency, and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

**Our Rights and Remedies.** By choosing any one or more of the remedies provided, we do not give up our right to use another remedy later. By deciding not to use any remedy if you are in default for a particular event, we do not give up our right to consider the same event a default if it happens again. We may delay or refrain from enforcing any of its rights without waiving those rights. We reserve all other rights under Tribal law.

**Consumer Reports:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**Report of Negative Credit Information:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

**Assignment and Execution:** We may assign or transfer this Agreement or any of our rights hereunder. If this Agreement is consummated, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties.

> **Governing Law:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**Sovereign Immunity and Preservation of Sovereign Immunity:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Agreement or your Disbursement and Payment Authorization. As set forth below, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe. As an economic development arm and instrumentality of the Tribe, we are entitled to sovereign immunity to the same extent as the Tribe. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Dispute Resolution Procedure and Arbitration Provision below and the complaint is limited by the Dispute Resolution Procedure and Arbitration Provision.

### DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION:

- **Dispute Resolution Procedure:** As an accommodation to consumers, we have established the following Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at customerservice@ldfcallcenter.com or by mail at P.O. Box 231, Lac du Flambeau, WI 54538 A consumer's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. We will investigate the consumer's complaint and provide our initial determination as soon as is reasonably practicable. If the dispute is not resolved to your satisfaction, you and we agree that we shall arbitrate that dispute in accordance with the terms of the Arbitration Provision, described below.

- **Arbitration Provision:** PLEASE READ THE FOLLOWING CAREFULLY AS IT IMPACTS YOUR LEGAL RIGHTS.

WE, AS A WHOLLY OWNED ECONOMIC DEVELOPMENT ARM, INSTRUMENTALITY, AND LIMITED LIABILITY COMPANY OF THE TRIBE, AND OUR DIRECTORS, OFFICERS, AND EMPLOYEES ACTING WITHIN THE SCOPE OF THEIR AUTHORITY, ARE NOT SUBJECT TO SUIT IN ANY COURT IN ANY JURISDICTION, OR ANY OTHER FORUM, ABSENT A WAIVER OF SOVEREIGN IMMUNITY. In order to resolve a dispute that we

cannot resolve to your satisfaction as set forth above, we consent to a limited waiver of sovereign immunity as expressly set forth below, which is expressly limited by the Arbitration Provision in this Agreement. This limited waiver is strictly limited to individual arbitration claims set forth below and judicial actions to enforce such individual arbitration awards as strictly limited herein.

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

Definitions: The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Dispute Resolution Procedure and Arbitration Provision ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Agreement or Agreements between you and us (c) all counterclaims, cross claims and third-party claims (d) all common law claims, based upon contract, tort, fraud, or other intentional torts (e) all claims based upon a violation of any state or federal constitution, statute or regulation (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief (h) all claims asserted on your behalf by another person (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims") and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

Notice: Any party to a dispute, including you, us and/or related third parties, may send the other party(s) written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, the arbitration shall occur before the American Arbitration Association (1-800-778-7879; http://www.adr.org). However, the parties may mutually agree to select a different arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration shall respond in writing by certified mail return receipt requested within twenty (20) calendar days. All parties to such dispute will be governed by the rules and procedures of the American Arbitration Association applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement or this Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the American Arbitration Association (1-800-778-7879; http://www.adr.org).

Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the Governing Law set forth above, and the Federal Arbitration Act, 9 U.S.C. §§1-16 ("FAA") and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, unless you agree to a different location. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If the arbitrator renders a decision or an award in your favor resolving the dispute, the arbitrator shall award you reasonable attorneys' fees. If the arbitrator renders a decision or an award in your favor resolving the dispute then you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we will reimburse you for any Arbitration Fees you have previously paid. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we are not entitled to an award of attorneys' fees. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having competent jurisdiction.

You and we expressly acknowledge and agree that this Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision survives the termination of the relationship between you and us, and continues in full force and effect, even if your obligations have been cancelled by prepayment, paid or discharged through bankruptcy. This Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. You hereby acknowledge and expressly agree to the following by executing this Agreement, submitting it to us, and accepting the loan proceeds without cancelling your Loan:

**YOU AGREE TO THE TERMS OF THIS ARBITRATION PROVISION AND YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**WAIVER OF JURY TRIAL: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR AGAINST A RELATED THIRD PARTY.**

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

**CLASS-ACTION/REPRESENTATIVE WAIVER: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO PURSUE OR PARTICIPATE IN REPRESENTATIVE CLAIMS AND YOU THEREFORE WILL NOT BE ALLOWED TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

By electronically signing this Agreement, you hereby acknowledge that you have read the Agreement in its entirety, that you have carefully reviewed all of the terms and provisions contained in this Agreement, that you fully understand and comprehend the meaning of each and every word, phrase and provision contained in this Agreement and that you hereby agree to abide by and be bound by all of the terms and provisions in this Agreement, including the terms and provisions of this Agreement dealing with the limited waiver of sovereign immunity and the ARBITRATION PROVISION.

**Account -Related Telephone and Text Communications:** By providing us with your mobile number, you consent to receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message capable mobile phone; (2) an active mobile phone account with a communication service provider and (3) sufficient storage capacity on your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 1-877-596-1337

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend, and hold us harmless from and against all claims, losses, liability, costs, and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, or local law, or regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Agreement. You agree that Text Messages are provided for your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, nondelivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

**CONSENT TO RECEIVE MARKETING VIA CALLS AND/OR TEXT MESSAGING:**

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

☑ By clicking the box and signing the Agreement, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

Your mobile phone at (⬛⬛⬛⬛⬛⬛⬛⬛).

You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com.

You understand that any Advertising and Telemarketing Text Messages we send you may be accessed by anyone with access to your Text Messages and your mobile phone service provider may charge you fees for Advertising and Telemarketing Text Messages that we send you, and you agree that we shall have no liability for the cost of any Advertising and Telemarketing Text Messages.

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

**PAYMENT METHOD OPTIONS (select only one):**

**Option #1** ☑**CONVENIENT ELECTRONIC DEBITS** – By checking this box, you agree to make your payments by automatic recurring electronic debits, in accordance with this authorization ("Payment Authorization").

**Only check this box and sign this Payment Authorization if you want to make your loan payments by automatic recurring electronic debits.**

**Bank Account.** By checking the box above and signing this Agreement, you voluntarily authorize us, and our successor and assigns, to initiate automatic electronic funds transfers by Debit Card entries (if provided) and/or Automated Clearinghouse debit entries ("ACH") as set forth below for scheduled payments in accordance with this Payment Authorization and your Payment Schedule (including as modified) from the following bank account (your "Bank Account"):

Bank Name: BANK OF AMERICA N A; Bank ABA routing number:⬛⬛⬛⬛; Bank Account number:⬛⬛⬛⬛

Debit Card number (if provided): No Authorized Card

If you have provided us with a Debit Card, then you represent that the Debit Card is linked to your Bank Account.

**Debit Entries and Re-initiation:** You authorize us to initiate payments to be debited from your Bank Account on each payment due date or thereafter for the amount owed, or any lesser amount you owe under your Agreement with us. The funds may be debited by Debit Card or ACH as set forth below. You authorize us to re-initiate any debit entry up to two additional times (unless otherwise limited by applicable law) for the same amount if the debit entry is dishonored.

**Correction of Errors:** You also authorize us to make debits or credits to your Bank Account to correct any error we make in crediting or debiting funds.

**Payment Method Order:** We will always initiate debit entries first through ACH (if available). If funds are not collected or ACH is not available, then we will initiate debit entries for the same payment to the Debit Card. No more than three (3) debit entries will be submitted for each payment.

**Transfers of Varying Amounts:** You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The range of any debit will be in an amount up to the scheduled payment amount owed under the Agreement plus $75. For any recurring debit entry outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this Payment Authorization you choose to receive notice only when a recurring debit entry amount exceeds the range specified. You agree that the debit entries authorized herein are voluntary, and that the scheduled entries will recur at substantially regular intervals.

**Verification:** If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card (if provided), then you authorize us to verify and correct such information.

**Revocation:** You may revoke this Payment Authorization or request a change to the timing of scheduled electronic debits by contacting us in writing at cs@greenlineloans.com, or by phone at 1-877-596-1337. You must contact us at least three (3) business days prior to when you wish to revoke the Payment Authorization. You acknowledge that your Payment Authorization will remain in effect until the earlier of the following occurs: (1) You pay in full or, (2) You revoke the Payment Authorization. If you revoke the Payment Authorization you are still responsible for making your payment and you must make arrangement with us to do so. If you revoke this Payment Authorization, such revocation will not adversely affect our decision to extend credit to you in the future.

You acknowledge that the debit entries you authorize comply with U.S. law.

**Optional EFT Authorization**: PLEASE NOTE - YOU ARE NOT REQUIRED TO SELECT THIS METHOD OF PAYMENT TO OBTAIN A LOAN FROM US. THIS PAYMENT AUTHORIZATION IS FOR YOUR CONVENIENCE IN MAKING PAYMENTS UNDER THE AGREEMENT. BY SELECTING THIS PAYMENT OPTION AND SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU ARE VOLUNTARILY CHOOSING TO PAY ELECTRONICALLY, AND YOU ARE CHOOSING ONLY TO RECEIVE NOTICE OF VARYING TRANSFERS WHEN A TRANSFER EXCEEDS THE RANGE SPECIFIED ABOVE.

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

**Option #2** ☐ **MAIL A CERTIFIED CHECK OR MONEY ORDERTO PAY** – By checking this box, you agree to make your payments by mailing a certified check or money order to Greenline Loans each time your payment is due.

If you choose to make your payments by certified check or money order, then you must ensure that we receive the certified check or money order on or before the Payment Due Date, in order for us to credit your payment on the Payment Due Date. Payments must be mailed to: Greenline Loans, 597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538.

**Privacy Policy:** By signing this Agreement, you acknowledge and agree to the Greenline Loans Privacy Policy as stated on our website or as contained below and further agree that you have reviewed and are in possession of a copy of the Privacy Policy.

**SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS**

BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL ITS TERMS INCLUDING BUT NOT LIMITED TO:

- TRIBAL LAW AND APPLICABLE U.S. FEDERAL LAW GOVERNS
- THE DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION
- THE CONSENT TO ELECTRONIC COMMUNICATIONS
- THE CONSENT TO RECEIVE MARKETING CALLS AND/OR TEXT MESSAGING (IF SELECTED)
- THE PAYMENT METHOD OPTIONS SELECTION

YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.

[I AGREE]
Date: 6/28/2021

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

| FACTS | WHAT DOES GREENLINE LOANS DO WITH YOUR PERSONAL INFORMATION? | | |
|---|---|---|---|
| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | | |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include, but is not limited to:<br><br>· Social Security number and checking account information<br><br>· Payment history and income<br><br>· Employment information and wire transfer instructions | | |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Greenline Loans chooses to share; and whether you can limit this sharing. | | |

| Reasons we can share your personal information | Does Greenline Loans share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes - to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | Yes |
| For our affiliates' everyday business purposes - information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes - information about your credit worthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For non-affiliates to market to you | Yes | Yes |

| To limit our sharing | Call 1-877-596-1337, or Login to into your account at https://www.greenlineloans.com.<br><br>**Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 1-877-596-1337 or go https://www.greenlineloans.com |

| Who we are | |
|---|---|

DocuSign Envelope ID: 33D23393-140E-4C02-96F2-FB460D9187AF

| Who is providing this notice? | Greenline Loans is providing this privacy policy. |
| --- | --- |
| **What we do** | |
| How does Greenline Loans protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings |
| How does Greenline Loans collect my personal information? | We collect your personal information, for example, when you<br>· Apply for a loan<br>· Give us your income information<br>· Tell us where to send the money<br>· Provide account information<br>· Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>· sharing for affiliates' everyday business purposes-information about your credit worthiness<br><br>· sharing for non-affiliates to market to you<br><br>· affiliates from using your information to market to you<br><br>Individual companies may give you additional rights to limit sharing. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account |
| **Definitions** | |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. Our affiliates include other business entities of the Big Valley Band of Pomo Indians of the Big Valley Rancheria. |
| **Non-affiliate** | Companies not related by common ownership or control. They can be financial and non-financial companies. |
| **Joint marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>· Greenline Loans does not jointly market. |

DocuSign Envelope ID: 3BE951D0-83EE-454F-A685-1264A5F0F043

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

You must consent to transact business with **Waawaatesi LLC d/b/a Greenline Loans** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.

- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.

- You may obtain a copy of any Communication by contacting us at cs@greenlineloans.com or by calling us at 1-877-596-1337. You can withdraw your consent to ongoing electronic communications in the same manner, and ask that Communications be sent to you in paper or non-electronic form. We will provide you with paper copies at no charge.

- You agree to provide us with your current email address for notices, which unless notified otherwise we assume is the email address indicated above. If your email address, telephone number(s), or residence address changes, you must send us a notice of the new address/telephone number(s) by sending us an email, using secure messaging, at least five (5) days before the change.

- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet.

- In order to access and retain electronic Communications, you will need the following computer or mobile device hardware and software:

  - a computer or mobile device with an Internet connection;
  - a current web browser that includes 128-bit encryption (e.g. Internet Explorer version 6.0 and above, Firefox version 2.0 and above, Chrome version 3.0 and above, or Safari 3.0 and above) with cookies enabled;
  - a valid email address; and
  - A current version of a program that accurately reads and displays Portable Document Format or "PDF" files (such as Adobe® Reader®); and Either sufficient computer memory, an external storage device or the ability to store past communications

- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.

- You agree that you are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to 597 Peace Pipe Road P.O. Box 294, Lac du Flambeau, WI 54538 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

[I AGREE] 
Date: 10/21/2020

**EXHIBIT H**

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

You must consent to transact business with **Waawaatesi LLC d/b/a Greenline Loans** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request, Loan Agreement (if approved) and any communications regarding your account with us (the "Consent").

By electronically signing this Consent, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.
- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth in the Loan Agreement, Privacy Policy, fee and transaction information, statements, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by posting the information at our website https://www.greenlineloans.com or by sending it to you by email from us or any vendor/servicer contracted through us at any time.

- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.
- You may obtain a copy of any Communication by contacting us at cs@greenlineloans.com or by calling us at 1-877-596-1337. You can withdraw your consent to ongoing electronic communications in the same manner, and ask that Communications be sent to you in paper or non-electronic form. We will provide you with paper copies at no charge.
- You agree to provide us with your current email address for notices, which unless notified otherwise we assume is the email address indicated above. If your email address, telephone number(s), or residence address changes, you must send us a notice of the new address/telephone number(s) by sending us an email, using secure messaging, at least five (5) days before the change.
- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet.
- In order to access and retain electronic Communications, you will need the following computer or mobile device hardware and software:
    - a computer or mobile device with an Internet connection;
    - a current web browser that includes 128-bit encryption (e.g. Internet Explorer version 6.0 and above, Firefox version 2.0 and above, Chrome version 3.0 and above, or Safari 3.0 and above) with cookies enabled;
    - a valid email address; and
    - A current version of a program that accurately reads and displays Portable Document Format or "PDF" files (such as Adobe® Reader®); and Either sufficient computer memory, an external storage device or the ability to store past communications
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You agree that you are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to 597 Peace Pipe Road P.O. Box 294, Lac du Flambeau, WI 54538 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

[I AGREE]
Date: 7/19/2021

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

**PLEASE REVIEW LOAN AGREEMENT CAREFULLY.**

**BY SIGNING, YOU ARE ENTERING INTO AN AGREEMENT GOVERNED BY THE LAWS OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS**

**INSTALLMENT LOAN AGREEMENT**

| | |
|---|---|
| Application Date: 07/19/2021 <br><br> Effective Date (you may get funds prior to this date): 07/21/2021 | Loan No.: 2708█ <br><br> Final Maturity Date: Friday December 31, 2021 |
| Waawaatesi LLC d/b/a Greenline Loans <br><br> 597 Peace Pipe Road P.O. Box 294 Lac du Flambeau, WI 54538 <br><br> Phone: 1-877-596-1337 <br><br> Email Address: cs@greenlineloans.com | Borrower Name: MARY SPURR <br><br> Borrower Address: ███████ <br><br> Phone: <br><br> Cell Phone: █████ <br><br> Email Address: █████ |

In order to complete your transaction with us, you must electronically sign and date this Agreement. A loan will not be made until your completed application is received and approved by us. Once you sign and submit this Agreement, the final approval for credit will be made from our office located on the Tribe's Reservation. If your information cannot be verified by the Effective Date, your request for credit will not be approved, we will not fund the loan, and you will not incur any finance charge or fees. If we approve your request, this Agreement will be consummated on the Tribe's Reservation.

**TRUTH-IN-LENDING DISCLOSURES**

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid after making all payments as scheduled. |
|---|---|---|---|
| 399.55% | $1136.74 | $1000.00 | $2136.74 |

**Payment Schedule:** Your Payment Schedule will be:

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $194.28 | 07/31/2021 |
| 1 | $194.28 | 08/15/2021 |
| 1 | $194.28 | 08/31/2021 |
| 1 | $194.28 | 09/15/2021 |
| 1 | $194.28 | 09/30/2021 |
| 1 | $194.28 | 10/15/2021 |
| 1 | $194.28 | 10/31/2021 |
| 1 | $194.28 | 11/15/2021 |
| 1 | $194.28 | 11/30/2021 |
| 1 | $194.28 | 12/15/2021 |
| 1 | $193.94 | 12/31/2021 |

**Security:** If you decide to authorize automatic payments from your bank account, then you are giving a security interest in the Payment Authorization.

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

**Late Charge:** If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment.

**Prepayment:** If you prepay in full or in part, you will not have to pay a penalty.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

**Itemization of Amount Financed**: Amount given to you directly: $1000.00

Amount paid on account with us: $0.00

**SPECIAL NOTICES:**

- THIS LOAN IS GOVERNED BY APPLICABLE TRIBAL AND U.S. FEDERAL LAW
- YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
- YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
- YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
- NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

**Definitions:** In this Installment Loan Agreement (the "Agreement") the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we," "us," "our," and "Lender" mean **Waawaatesi LLC d/b/a Greenline Loans,** an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Tribe"), and any authorized representative, agent, independent contractor, affiliate or assignee we use in the provision of your loan. The term "business day" means any calendar day, other than a Saturday, Sunday or a bank or federal holiday, between the hours of 9AM and 5PM CST. **PLEASE NOTE: This Agreement is governed by the laws of the Tribe and applicable federal laws.**

**Approval and Obtaining Loan Proceeds:** In order to complete your transaction with us, you must electronically sign this Agreement by clicking the acknowledgement button below. We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Reservation. Once you sign and submit this Agreement to us, we will confirm your information and either approve or deny the loan request from our office located on tribal land. If approved, then we will use commercially reasonable efforts to initiate a credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date listed above. We will deposit the loan proceeds directly to your Bank Account via an ACH Credit, unless the proceeds of this loan are used to repay an existing obligation to us.

**Consent to Credit Loan Proceeds:** You hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Bank routing and transit number:** ⬛⬛⬛⬛, **and Account Number:** ⬛⬛⬛⬛⬛ ("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. You also agree that if we credit any amount in error, we may debit the Bank Account to correct the error. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, the untimely receipt of borrower verification details (if required), inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit. If we are unable to verify your information by the Effective Date your loan request will not be approved, this agreement will not be consummated, we will not fund the loan, and you will not incur a finance charge or any fees.

**Promise to Pay:** You promise to pay Lender the principal sum of $1000.00 plus interest at a rate of 399.55% per year ("Contract Rate"). The daily rate of interest is the Contract Rate divided by 365. You agree to make payments on the dates and in the amounts shown in the Payment Schedule above, or as may be later modified ("Payment Due Dates") by agreement of the parties. You also promise to pay the Lender all other charges provided for under this Agreement.

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

**Interest:** Interest: Interest will accrue daily on the unpaid principal balance of this Loan, beginning on the Effective Date. Interest will accrue until you pay the unpaid principal balance in full. If a Loan is refinanced with a new loan from us, the effective date of the new loan is the date of the refinance. We calculate interest based on a 365-day year (unless otherwise required by state law). In calculating your payments, we have assumed you will make each payment on the day and in the amount due set forth in the Payment Scheduled. Late payments will increase interest owed while early payments will decrease interest owed. If any Payment Due Date falls on a non-banking business day, then you agree to pay on the next banking business day, and we will credit such payment as if it was received on the Payment Due Date. The amount of any decrease or increase in interest due will affect the amount of your final payment. If the amount of any payment is not enough to pay the interest due, the unpaid interest will be paid from your next payment(s), if any, and will not be added to the principal balance. Time is of the essence. Interest will continue to accrue on past due amounts in accordance with this Agreement and as permitted by applicable Tribal law. The interest rate and other charges under this Agreement will never exceed the highest rate or charge allowed by applicable Tribal law for this Loan. If the amount collected is found to have exceeded the highest rate or charge allowed, Lender will refund an amount necessary to comply with the law.

**Partial Prepayment, and Prepayment in Full:** You may prepay us in part or in full at any time, without incurring an additional charge, fee, or penalty. To make arrangements for prepayment, you must contact us by email at cs@greenlineloans.com or phone at 1-877-596-1337. We will then communicate with you to arrange an authorization to debit funds from your bank account or make other arrangements for the prepayment. If you make a partial prepayment, then you are still obligated to make the regular scheduled payment unless the outstanding balance is less than the regular scheduled payment.

**Application of Payments.** We credit all payments received first to any charges and fees owing, then earned but unpaid interest, and finally to principal. Any late payments may extend the term of your loan.

**Right to Cancel:** YOU MAY CANCEL THIS LOAN, WITHOUT FINANCE CHARGES OR ANY COSTS, NO LATER THAN 3:00 PM CENTRAL TIME OF THE NEXT BANKING DAY IMMEDIATELY FOLLOWING THE EFFECTIVE DATE ("CANCELLATION DEADLINE") BY EMAILING cs@greenlineloans.com. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **BEFORE** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, BOTH YOUR PAYMENT OBLIGATIONS AND OUR FUNDING OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED. IN THE EVENT THAT WE TIMELY RECEIVE YOUR NOTICE OF CANCELLATION ON OR BEFORE THE CANCELLATION DEADLINE BUT **AFTER** THE LOAN PROCEEDS HAVE BEEN CREDITED TO YOUR BANK ACCOUNT, THEN YOU AUTHORIZE US TO EFFECT A DEBIT ENTRY TO YOUR BANK ACCOUNT FOR THE PRINCIPAL AMOUNT OF YOUR LOAN SUBJECT TO THE FOLLOWING: (1) IF WE RECEIVE THE PAYMENT OF THE PRINCIPAL AMOUNT BY THE DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN YOUR PAYMENT OBLIGATIONS UNDER THIS AGREEMENT WILL BE CANCELED, OR (2) IF WE DO NOT RECEIVE PAYMENT OF THE PRINCIPAL AMOUNT OF YOUR LOAN BY DEBIT ENTRY TO YOUR BANK ACCOUNT, THEN THIS AGREEMENT WILL REMAIN IN FULL FORCE AND EFFECT.

**Payment Methods:** You are required to make the payments for each installment period on or before the Payment Due Dates and if on the final scheduled Payment Due Date you still owe amounts under this Agreement you will pay those amounts in full on that date. You can select your preferred payment option below in the "Payment Method Option" section. If you elect to make your payments electronically, such as by automatic electronic debits (ACH or debit card), then your payments plus any fees due to us (if applicable) will be automatically initiated by us in accordance with this Agreement. PLEASE NOTE: If you revoke your Payment Authorization, then you are still obligated to pay the amounts owed as scheduled. If you elect to mail your payments by certified check or money order (i) all payments must be mailed to: P.O. Box 294, Lac du Flambeau, WI 54538 and (ii) payment must reach this address by 4:00 pm Central Time on or before the scheduled Payment Due Date. Please contact us at 1-877-596-1337 for other payment methods that may be available. Regardless of the payment method used, a payment must be received by us on or before the scheduled Payment Due Date.

**Verification:** You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan determine Payment Due Dates and administer your account with us. **You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through electronic or telephone-initiated bank records** . You also give us consent to obtain information about you from consumer reporting agencies or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for bankruptcy relief.

**Security Interest:** If you decide to authorize automatic payments from your bank account, then for federal law purposes only we have disclosed that you are giving a security interest in the Payment Authorization. The disclosure is not intended to create a security interest under Tribal law.

**Late Charge:** If a payment is more than 10 days late, you may be charged $10.00 per late scheduled payment. The late charge may not be collected more than once for the same default.

**Returned Payment Charge:** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30.00. You authorize us to initiate a one-time ACH debit to your Bank Account for any returned payment charge. Your returned payment may also cause your payment to be late which could result in your having to also pay a late charge.

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

**Default.** You will be in default if you fail to make a scheduled payment on or before the due date or if you fail to comply with any of the terms of this Agreement. If you default, then we may declare the entire outstanding principal balance plus all accrued and unpaid interest that you owe under this Agreement at once due and payable. Additionally, we may submit your name to a collection agency, and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

**Our Rights and Remedies.** By choosing any one or more of the remedies provided, we do not give up our right to use another remedy later. By deciding not to use any remedy if you are in default for a particular event, we do not give up our right to consider the same event a default if it happens again. We may delay or refrain from enforcing any of its rights without waiving those rights. We reserve all other rights under Tribal law.

**Consumer Reports:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**Report of Negative Credit Information:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

**Assignment and Execution:** We may assign or transfer this Agreement or any of our rights hereunder. If this Agreement is consummated, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties.

**Governing Law:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**Sovereign Immunity and Preservation of Sovereign Immunity:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Agreement or your Disbursement and Payment Authorization. As set forth below, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe. As an economic development arm and instrumentality of the Tribe, we are entitled to sovereign immunity to the same extent as the Tribe. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Dispute Resolution Procedure and Arbitration Provision below and the complaint is limited by the Dispute Resolution Procedure and Arbitration Provision.

## DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION:

- **Dispute Resolution Procedure:** As an accommodation to consumers, we have established the following Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at customerservice@ldfcallcenter.com or by mail at P.O. Box 231, Lac du Flambeau, WI 54538 A consumer's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights. We will investigate the consumer's complaint and provide our initial determination as soon as is reasonably practicable. If the dispute is not resolved to your satisfaction, you and we agree that we shall arbitrate that dispute in accordance with the terms of the Arbitration Provision, described below.

- **Arbitration Provision:** PLEASE READ THE FOLLOWING CAREFULLY AS IT IMPACTS YOUR LEGAL RIGHTS.

WE, AS A WHOLLY OWNED ECONOMIC DEVELOPMENT ARM, INSTRUMENTALITY, AND LIMITED LIABILITY COMPANY OF THE TRIBE, AND OUR DIRECTORS, OFFICERS, AND EMPLOYEES ACTING WITHIN THE SCOPE OF THEIR AUTHORITY, ARE NOT SUBJECT TO SUIT IN ANY COURT IN ANY JURISDICTION, OR ANY OTHER FORUM, ABSENT A WAIVER OF SOVEREIGN IMMUNITY. In order to resolve a dispute that we

cannot resolve to your satisfaction as set forth above, we consent to a limited waiver of sovereign immunity as expressly set forth below, which is expressly limited by the Arbitration Provision in this Agreement. This limited waiver is strictly limited to individual arbitration claims set forth below and judicial actions to enforce such individual arbitration awards as strictly limited herein.

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

Definitions: The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Dispute Resolution Procedure and Arbitration Provision ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Agreement or Agreements between you and us (c) all counterclaims, cross claims and third-party claims (d) all common law claims, based upon contract, tort, fraud, or other intentional torts (e) all claims based upon a violation of any state or federal constitution, statute or regulation (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief (h) all claims asserted on your behalf by another person (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims") and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

Notice: Any party to a dispute, including you, us and/or related third parties, may send the other party(s) written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, the arbitration shall occur before the American Arbitration Association (1-800-778-7879; http://www.adr.org). However, the parties may mutually agree to select a different arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration shall respond in writing by certified mail return receipt requested within twenty (20) calendar days. All parties to such dispute will be governed by the rules and procedures of the American Arbitration Association applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement or this Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the American Arbitration Association (1-800-778-7879; http://www.adr.org).

Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the Governing Law set forth above, and the Federal Arbitration Act, 9 U.S.C. §§1-16 ("FAA") and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, unless you agree to a different location. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If the arbitrator renders a decision or an award in your favor resolving the dispute, the arbitrator shall award you reasonable attorneys' fees. If the arbitrator renders a decision or an award in your favor resolving the dispute then you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we will reimburse you for any Arbitration Fees you have previously paid. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we are not entitled to an award of attorneys' fees. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having competent jurisdiction.

You and we expressly acknowledge and agree that this Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision survives the termination of the relationship between you and us, and continues in full force and effect, even if your obligations have been cancelled by prepayment, paid or discharged through bankruptcy. This Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. You hereby acknowledge and expressly agree to the following by executing this Agreement, submitting it to us, and accepting the loan proceeds without cancelling your Loan:

**YOU AGREE TO THE TERMS OF THIS ARBITRATION PROVISION AND YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**WAIVER OF JURY TRIAL: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR AGAINST A RELATED THIRD PARTY.**

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

**CLASS-ACTION/REPRESENTATIVE WAIVER: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO PURSUE OR PARTICIPATE IN REPRESENTATIVE CLAIMS AND YOU THEREFORE WILL NOT BE ALLOWED TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

By electronically signing this Agreement, you hereby acknowledge that you have read the Agreement in its entirety, that you have carefully reviewed all of the terms and provisions contained in this Agreement, that you fully understand and comprehend the meaning of each and every word, phrase and provision contained in this Agreement and that you hereby agree to abide by and be bound by all of the terms and provisions in this Agreement, including the terms and provisions of this Agreement dealing with the limited waiver of sovereign immunity and the ARBITRATION PROVISION.

**Account-Related Telephone and Text Communications:** By providing us with your mobile number, you consent to receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message capable mobile phone; (2) an active mobile phone account with a communication service provider and (3) sufficient storage capacity on your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 1-877-596-1337

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend, and hold us harmless from and against all claims, losses, liability, costs, and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, or local law, or regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Agreement. You agree that Text Messages are provided for your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, nondelivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

**CONSENT TO RECEIVE MARKETING VIA CALLS AND/OR TEXT MESSAGING:**

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

☑ By clicking the box and signing the Agreement, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

Your mobile phone at

.

You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 1-877-596-1337 or emailing us at cs@greenlineloans.com.

You understand that any Advertising and Telemarketing Text Messages we send you may be accessed by anyone with access to your Text Messages and your mobile phone service provider may charge you fees for Advertising and Telemarketing Text Messages that we send you, and you agree that we shall have no liability for the cost of any Advertising and Telemarketing Text Messages.

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

**PAYMENT METHOD OPTIONS (select only one):**

**Option #1** ☑ **CONVENIENT ELECTRONIC DEBITS** – By checking this box, you agree to make your payments by automatic recurring electronic debits, in accordance with this authorization ("Payment Authorization").

**Only check this box and sign this Payment Authorization if you want to make your loan payments by automatic recurring electronic debits.**

**Bank Account.** By checking the box above and signing this Agreement, you voluntarily authorize us, and our successor and assigns, to initiate automatic electronic funds transfers by Debit Card entries (if provided) and/or Automated Clearinghouse debit entries ("ACH") as set forth below for scheduled payments in accordance with this Payment Authorization and your Payment Schedule (including as modified) from the following bank account (your "Bank Account"):

Bank Name: BANK OF AMERICA N A; Bank ABA routing number:          ; Bank Account number:

Debit Card number (if provided): No Authorized Card

If you have provided us with a Debit Card, then you represent that the Debit Card is linked to your Bank Account.

**Debit Entries and Re-initiation:** You authorize us to initiate payments to be debited from your Bank Account on each payment due date or thereafter for the amount owed, or any lesser amount you owe under your Agreement with us. The funds may be debited by Debit Card or ACH as set forth below. You authorize us to re-initiate any debit entry up to two additional times (unless otherwise limited by applicable law) for the same amount if the debit entry is dishonored.

**Correction of Errors:** You also authorize us to make debits or credits to your Bank Account to correct any error we make in crediting or debiting funds.

**Payment Method Order:** We will always initiate debit entries first through ACH (if available). If funds are not collected or ACH is not available, then we will initiate debit entries for the same payment to the Debit Card. No more than three (3) debit entries will be submitted for each payment.

**Transfers of Varying Amounts:** You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The range of any debit will be in an amount up to the scheduled payment amount owed under the Agreement plus $75. For any recurring debit entry outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this Payment Authorization you choose to receive notice only when a recurring debit entry amount exceeds the range specified. You agree that the debit entries authorized herein are voluntary, and that the scheduled entries will recur at substantially regular intervals.

**Verification:** If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card (if provided), then you authorize us to verify and correct such information.

**Revocation:** You may revoke this Payment Authorization or request a change to the timing of scheduled electronic debits by contacting us in writing at cs@greenlineloans.com, or by phone at 1-877-596-1337. You must contact us at least three (3) business days prior to when you wish to revoke the Payment Authorization. You acknowledge that your Payment Authorization will remain in effect until the earlier of the following occurs: (1) You pay in full or, (2) You revoke the Payment Authorization. If you revoke the Payment Authorization you are still responsible for making your payment and you must make arrangement with us to do so. If you revoke this Payment Authorization, such revocation will not adversely affect our decision to extend credit to you in the future.

You acknowledge that the debit entries you authorize comply with U.S. law.

**Optional EFT Authorization:** PLEASE NOTE - YOU ARE NOT REQUIRED TO SELECT THIS METHOD OF PAYMENT TO OBTAIN A LOAN FROM US. THIS PAYMENT AUTHORIZATION IS FOR YOUR CONVENIENCE IN MAKING PAYMENTS UNDER THE AGREEMENT. BY SELECTING THIS PAYMENT OPTION AND SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU ARE VOLUNTARILY CHOOSING TO PAY ELECTRONICALLY, AND YOU ARE CHOOSING ONLY TO RECEIVE NOTICE OF VARYING TRANSFERS WHEN A TRANSFER EXCEEDS THE RANGE SPECIFIED ABOVE.

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

---

**Option #2** ☐ **MAIL A CERTIFIED CHECK OR MONEY ORDER TO PAY** – By checking this box, you agree to make your payments by mailing a certified check or money order to Greenline Loans each time your payment is due.

If you choose to make your payments by certified check or money order, then you must ensure that we receive the certified check or money order on or before the Payment Due Date, in order for us to credit your payment on the Payment Due Date. Payments must be mailed to: Greenline Loans, P.O. Box 294 Lac du Flambeau, WI 54538.

---

**Privacy Policy:** By signing this Agreement, you acknowledge and agree to the Greenline Loans Privacy Policy as stated on our website or as contained below and further agree that you have reviewed and are in possession of a copy of the Privacy Policy.

### SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL ITS TERMS INCLUDING BUT NOT LIMITED TO:

- TRIBAL LAW AND APPLICABLE U.S. FEDERAL LAW GOVERNS
- THE DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION
- THE CONSENT TO ELECTRONIC COMMUNICATIONS
- THE CONSENT TO RECEIVE MARKETING CALLS AND/OR TEXT MESSAGING (IF SELECTED)
- THE PAYMENT METHOD OPTIONS SELECTION

YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.

[I AGREE]
Date: 7/19/2021

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

| FACTS | WHAT DOES GREENLINE LOANS DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include, but is not limited to: <br><br> · Social Security number and checking account information <br><br> · Payment history and income <br><br> · Employment information and wire transfer instructions |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Greenline Loans chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Greenline Loans share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes - to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | Yes |
| For our affiliates' everyday business purposes - information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes - information about your credit worthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For non-affiliates to market to you | Yes | Yes |

| To limit our sharing | Call 1-877-596-1337, or Login to into your account at https://www.greenlineloans.com. <br><br> **Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 1-877-596-1337 or go https://www.greenlineloans.com |

| Who we are |
|---|

DocuSign Envelope ID: DF57CB46-0BC7-421D-A0EF-DB0A0CA9D9AC

| Who is providing this notice? | Greenline Loans is providing this privacy policy. |
|---|---|
| **What we do** | |
| How does Greenline Loans protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings |
| How does Greenline Loans collect my personal information? | We collect your personal information, for example, when you<br>· Apply for a loan<br>· Give us your income information<br>· Tell us where to send the money<br>· Provide account information<br>· Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>· sharing for affiliates' everyday business purposes-information about your credit worthiness<br><br>· sharing for non-affiliates to market to you<br><br>· affiliates from using your information to market to you<br><br>Individual companies may give you additional rights to limit sharing. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. Our affiliates include other business entities of the Big Valley Band of Pomo Indians of the Big Valley Rancheria. |
| Non-affiliate | Companies not related by common ownership or control. They can be financial and non-financial companies. |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>· Greenline Loans does not jointly market. |

**EXHIBIT I**

## *Michelle M. Fox; Zoom People Information*

April 2023

## Personal Information

********** **PERSONAL INFORMATION** **********

**E-MAIL:** *michelle@ndncollective.org*

## Career Information

********** **CAREER INFORMATION** **********

**EMPLOYMENT HISTORY:**

04/30/2019

Managing Director,
*NDN Collective*

02/29/2020 to 12/14/2020

NDN Partners Managing Director,
*Navajo Power*

Enrolled Member,
*Fort Belknap Indian Community*

02/28/2018 to 03/31/2019

Executive Director,
*Pima Leasing and Financing* (Past)

10/31/2009 to 02/28/2018

Chief Executive Officer,
*Island Mountain Development Group* (Past)

**ADDITIONAL INFORMATION:**

Published on: 10/16/2021
*Michelle Fox - NDN Collective*

Michelle Fox NDN Partners Managing Director

Daniel Edelman

Michelle M. Fox; Zoom People Information

Published on: 10/16/2021
*Michelle Fox - NDN Collective*

Michelle Fox , NDN Partners Managing Director, is an enrolled member of the Fort Belknap Indian Community in Montana. With over 15 years of corporate experience, Fox brings an extensive background in strategic and financial management to NDN Collective . She has a Bachelor's degree from Dartmouth College, a Master's degree in Business Administration from Western Governor's University, and is pursuing a Juris Doctorate from Mitchell Hamline School of Law.

*CIIC Announces Promising Keynotes for 2019 National Conference - Native A+E*

For keynotes, CIIC has Indian Country Today's , Mark Trahant (Shoshone-Bannock Tribe) to moderate the Tribal Leaders Talking Circle; Indian Health Services (IHS) Principal Deputy Director, Rear Admiral (RADM) Michael D. Weahkee (Pueblo of Zuni); and NDN Collective's Managing Director, Michelle Fox (Fort Belknap Indian Community). Fox will share how NDN Collective is focused on development in a regenerative and sustainable manner based on values and connection to land, culture and identity.

*NDN Collective's Ambitious, Systemic Effort to Empower Indigenous Communities, and How SVC Can Take Part | Social Venture Circle*

Some members of the NDN Collective Team: NDN Collective President and CEO Nick Tilsen, NDN Director of Advancement Michael Johnson, Board Member Wahelah Johns, Director of NDN Fellowship and Prize Dr. PennElys Droz, NDN Partners Managing Director Michelle Fox , and NDN Climate Justice Organizer Cassandra Begay.

Published on: 12/14/2020
*About - Navajo Power*

Michelle Fox

Advisor

Michelle Fox , NDN Partners Managing Director, is an enrolled member of the Fort Belknap Indian Community in Montana. With over 15 years of corporate experience, Fox brings an extensive background in strategic and financial management to NDN Collective . She has a Bachelor's degree from Dartmouth College, a Master's degree in Business Administration from Western Governor's University, and is pursuing a Juris Doctorate from Mitchell Hamline School of Law. Michelle is an Advisor at Navajo Power .

Michelle Fox

Advisor

*NDN Collective Responds to Inauguration of President Joe Biden | NDN Collective*

"Two weeks ago, we watched as domestic terrorists attempted a coup on the sacred order of the democracy we hold dear," said Michelle Fox , Managing Director of NDN Partners .

Published on: 10/21/2020
*People | NDN Collective*

Michelle Fox NDN Partners Managing Director

Finance & Operations

Published on: 11/21/2019
*Staff | NDN Collective*

Daniel Edelman

Michelle M. Fox; Zoom People Information

Michelle Fox NDN Partners Managing Director Michelle Fox NDN Partners Managing Director Michelle Fox , NDN Partners Managing Director, is an enrolled member of the Fort Belknap Indian Community in Montana. With over 15 years of corporate experience, Fox brings an extensive background in strategic and financial management to NDN Collective . She has a Bachelor's degree from Dartmouth College, a Master's degree in Business Administration from Western Governor's University, and is pursuing a Juris Doctorate from Mitchell Hamline School of Law.

Published on: 04/30/2020
*NDN Collective Announces RFI for Indigenous Contractors to Provide Support to Indigenous Communities Dealing w/ COVID-19 | NDN Collective*

Michelle Fox , NDN Partners Managing Director "The purpose of this RFI is to ensure that tribal communities and Indigenous organizations have the technical support and capacity building resources readily available to them to access current and future federal stimulus packages," says Michelle Fox , NDN Collective Managing Director who will be overseeing the RFI. Michelle Fox NDN Partners Managing Director michelle@ndncollective.org

*Indigenous communities ripe for wave of capital for good | Sun-Connect-News*

From renewable energy to traditional handicrafts, investing in indigenous ventures is bound to create social impact because their communities have so little, said Michelle Fox , managing director of NDN Partners , which supports indigenous ventures.

"Tribal community projects are often underfunded.Basic infrastructure is lacking.I'm talking housing, water, street lights, energy," Fox told the Thomson Reuters Foundation this week at the sidelines of the annual SOCAP conference in San Francisco.

"And 19% of the Navajo nation does not have electricity," said Fox , a former tribal CEO who splits her time between Phoenix and Montana, where she is an enrolled member of the Fort Belknap Indian Community .

Published on: 05/29/2019
*MIBA Board - MIBA*

Michelle M. Fox , Board Member, Gros Ventre

Island Mountain Development Group

PO BOX 526

Hays, MT 59527

Phone: (406) 353-4350

Cell: (406) 788-4258 (TEXT)

Published on: 05/29/2019
*Who We Are | Montana Indian Business Alliance*

Michelle M. Fox , Board Member, Island Mountain Development Group, Gros Ventre

Published on: 04/27/2019
*admin*

Michelle Fox Executive Director Gros Ventre michelle.fox@theplfc.com

Published on: 04/22/2018
*Meet the Team | Island Mountain Development Group*

Michelle M. Fox , C.E.O.

Daniel Edelman

Michelle M. Fox; Zoom People Information

As CEO of Island Mountain Development Group , Michelle is responsible for running all facets of the economic development and new business creation on the Fort Belknap Indian Reservation. Michelle has a proven executive management track record and over 10 years of experience in corporate strategy and development.

Prior to joining IMDG , Michelle worked for a large Northwest advertising agency responsible for design and implementation of all internet based sales and marketing strategies and in institutional development at the tribal college level. An enrolled member of the Fort Belknap Indian Community , she also holds a BA from Dartmouth College in Hanover, New Hampshire and a MBA from Western Governor's University.

She resides on her family ranch in People's Creek with her husband Stephen and their four children.

Published on: 01/03/2017
Contact Us | Island Mountain Development Group

Michelle Fox Cell: (406) 788-4258

Published on: 01/03/2017
Meet the Team | Island Mountain Development Group

Michelle M. Fox , C.E.O.

Michelle@islandmtn.com

With almost fifteen years of experience working throughout Indian country, Michelle M. Fox has played a key role in business growth and retention on the Fort Belknap Indian Reservation. Her ability to consistently deliver mission-critical results is further driven by a visceral need to strategize and innovate. Michelle is gifted with vision, determination and the skills needed for high level revenue building strategies and tactics. Prior to taking over as the CEO of Island Mountain Development Group (IMDG), an economic development corporation owned and operated by the Fort Belknap Indian Community, she worked as a Development Director for Blackfeet Community College , a Communications Director for the National Tribal Development Association and was a web producer for the Interactive team of Miller-Whiterunkle , a large Northwest advertising agency. Michelle has owned and operated her own consulting business since graduating from college in 1998 and, since 2009, she has focused on strategic economic development on the Fort Belknap Indian Reservation.Through her efforts she has assisted in the creation in over 54 new jobs and continued employment opportunities for tribal members. She is a regular speaker at both regional and national conferences on topics related to Indian economic development and tourism, and she is a recognized expert on doing business on Indian lands.

Michelle has strong orientations in operations and finance and have participated in high level operational initiatives, including infrastructure design, management, and reorganization. She attributes IMDG's success to her ability to motivate, mentor, and lead her talented team of professionals and her ability to respect and leverage human capital.

Michelle is an enrolled member of the Gros Ventre Tribe and a 1998 graduate of Dartmouth College . Outside of the economic development arena you can often find her riding her horses and honing her skills in the roping arena. She is the mother of four children and lives on her family's cattle ranch on the Fort Belknap Reservation, with her husband, Stephen, who is a teacher.

Published on: 11/23/2014
Administration | Island Mountain Development Group

STAFF - Michelle M. Fox - Michelle M. Fox STAFF - Michelle M. Fox - Michelle M. Fox Michelle M. Fox , C.E.O.

With almost fifteen years of experience working throughout Indian country, Michelle M. Fox has played a key role in business growth and retention on the Fort Belknap Indian Reservation. Her ability to consistently deliver mission-critical results is further driven by a visceral need to strategize and innovate. Michelle is gifted with vision, determination and the skills needed for high level revenue building strategies and tactics.

Prior to taking over as the CEO of Island Mountain Development Group (IMDG), an economic development corporation owned and operated by the Fort Belknap Indian Community , she worked as a Development Director for

Daniel Edelman

Michelle M. Fox; Zoom People Information

Blackfeet Community College , a Communications Director for the National Tribal Development Association and was a web producer for the Interactive team of Miller-Whiterunkle , a large Northwest advertising agency.

Michelle has owned and operated her own consulting business since graduating from college in 1998 and, since 2009, she has focused on strategic economic development on the Fort Belknap Indian Reservation.Through her efforts she has assisted in the creation in over 54 new jobs and continued employment opportunities for tribal members. She is a regular speaker at both regional and national conferences on topics related to Indian economic development and tourism, and she is a recognized expert on doing business on Indian lands.

Michelle has strong orientations in operations and finance and have participated in high level operational initiatives, including infrastructure design, management, and reorganization. She attributes IMDG's success to her ability to motivate, mentor, and lead her talented team of professionals and her ability to respect and leverage human capital.

Michelle is an enrolled member of the Gros Ventre Tribe and a 1998 graduate of Dartmouth College . Outside of the economic development arena you can often find her riding her horses and honing her skills in the roping arena. From volume 125 issue #3 Wednesday, May 7, 2014 Steve Edwards 4-25-2014 Michelle Fox , the Chief... more»

### *About Us | Island Mountain Development Group*

At the inception of IMDG , the sitting Fort Belknap Indian Community Council entrusted the current C.E.O, Michelle Fox with developing a plan to encourage economic development and growth within the Fort Belknap Indian Reservation. Since the inception, IMDG has developed a stable and viable economic platform that has enabled the continued growth from a single employee, Mrs. Fox to over 125 employees currently.

### *2016 Native American Development Corporation 8th Annual Conference Presents: Nation Building Empowering Economic Development - Schedule, Speaker bio*

Michelle Fox

Executive Director , Island Mountain Development Group

### *Shannon Poole | Island Mountain Development Group*

From volume 125 issue #3 Wednesday, May 7, 2014 Steve Edwards 4-25-2014 Michelle Fox , the Chief Executive Officer of Island Mountain Development Group , is enthusiastic when describing the work of the "economic development arm" of the Fort Belknap Community. From volume 125 issue #3 Wednesday, May 7, 2014 Steve Edwards 4-25-2014 Michelle Fox , the Chief... more»

Published on: 07/21/2014
### *Success Stories | Island Mountain Development Group*

"You have generations of family here who have never known what it was like to get up and go to work," said Michelle Fox , a 37-year-old Dartmouth College graduate and member of the Gros Ventre tribe who returned home to Fort Belknap to help start the lending business. Revenue from the reservation's lending businesses subsequently fell 40% and hasn't fully recovered, Ms. Fox said.

High fees are key to making short-term lending profitable.On one Fort Belknap site, Greenline Loans, a customer borrowing $300 agrees to make six payments of $113.52 over three months, which works out to more than $680.If the loan isn't paid, the lender can send it to a collections agency.Fort Belknap loans have a 10% default rate, Ms. Fox said. Michelle Fox , Chief Executive Officer, has been chosen to receive the "Native American 40 Under 40 Award" at the 38th Annual Indian Progress in Business Awards Gala (INPRO).

The National Center for American Indian Enterprise Development (NCAIED) is honored to notify the Fort Belknap community that Michelle Fox has been selected as a recipient of our prestigious "Native American 40 Under 40" award.As you know, this very special award recognition was created 5 years ago to acknowledge those emerging

Daniel Edelman

Native American, Alaska Native and First Nation citizens between 18 and 39 years of age, who have demonstrated leadership, initiative and dedication to achieve significant contributions to Native communities throughout North America.On behalf of the Board of Directors and the NCAIED organization we are proud to present Michelle with this award, as she is a true embodiment of what the NCAIED stands for, and a shining example of the economic future and advancement of Indian country. Michelle Fox , the Chief Executive Officer of Island Mountain Development Group , is enthusiastic when describing the work of the "economic development arm" of the Fort Belknap Community. She is in her fifth year as head of Island Mountain having worked in "non-profit, for profit, government and corporate settings and running my own consulting business for 15 years."

Fox has been recognized, nationally, for her efforts by receiving a National Center for American Indian Enterprise "40 under 40" award.The award recognizes Native leaders between 18 and 39 who "have demonstrated leadership, initiative and dedication to achieve significant contributions to Native communities throughout North America. Fox grew up in Hays and still ranches there with her husband.

Describing the role of Island Mountain Development Group (IMDG) at Fort Belknap she explained " IMDG is a corporation to create a self-sustaining economy and provide opportunities for the Fort Belknap community. The Tribal Council deals with the political and policy issues and we focus on economic development."

Fox explained the span of IMDG's activities. She said "we have 17 enterprises currently operating or in development stages.We are always looking for ways to collaborate with other existing businesses and find new opportunities to start our own enterprises.The most visible activities include the Smokehouse Grille and Trading Post adjacent to Highway 2 in Fort Belknap , the Little River Smokehouse which processes meats into jerky, and the Hays Call Center , in Hays.

She added "our most profitable enterprises are our online lending companies.They generate most of the capital we use for new projects. Fox described how experience gained with technology at the Call Center is being used to work with other technology-based Native companies. She said there were many opportunities to expand technology services to the Great Plains."We are exploring ways" she said, "to use the same process for bidding on government construction contracts."

The current entrepreneurial activity creates about 65-70 local jobs.The tribes also receive a percentage of the revenues each year. Fox said "in 2013 we paid about $160,000 to the tribes. Fox had explained earlier that the facility makes its own jerky but is working to do some "private labeling" products for another company. And in case you are wondering about the name " Island Mountain " and how it was chosen, Fox had explained the name choice earlier. She said "the Native language for the Little Rockies is 'Island Mountains.'" I was wondering how that name fit into the prairie landscape. From volume 125 issue #3 Wednesday, May 7, 2014 Steve Edwards 4-25-2014 Michelle Fox , the Chief... more»

Published on: 05/09/2014
//islandmtn.com/blaine-county-journal-feature-story-island-mountain-promoting-economic-development/

Michelle Fox , the Chief Executive Officer of Island Mountain Development Group , is enthusiastic when describing the work of the "economic development arm" of the Fort Belknap Community. She is in her fifth year as head of Island Mountain having worked in "non-profit, for profit, government and corporate settings and running my own consulting business for 15 years."

Fox has been recognized, nationally, for her efforts by receiving a National Center for American Indian Enterprise "40 under 40" award.The award recognizes Native leaders between 18 and 39 who "have demonstrated leadership, initiative and dedication to achieve significant contributions to Native communities throughout North America. Fox grew up in Hays and still ranches there with her husband.

Describing the role of Island Mountain Development Group (IMDG) at Fort Belknap she explained " IMDG is a corporation to create a self-sustaining economy and provide opportunities for the Fort Belknap community. The Tribal Council deals with the political and policy issues and we focus on economic development."

Fox explained the span of IMDG's activities. She said "we have 17 enterprises currently operating or in development stages.We are always looking for ways to collaborate with other existing businesses and find new opportunities to start our own enterprises.The most visible activities include the Smokehouse Grille and Trading

Michelle M. Fox; Zoom People Information

Post adjacent to Highway 2 in Fort Belknap , the Little River Smokehouse which processes meats into jerky, and the Hays Call Center , in Hays.

She added "our most profitable enterprises are our online lending companies.They generate most of the capital we use for new projects. Fox described how experience gained with technology at the Call Center is being used to work with other technology-based Native companies. She said there were many opportunities to expand technology services to the Great Plains."We are exploring ways" she said, "to use the same process for bidding on government construction contracts."

The current entrepreneurial activity creates about 65-70 local jobs.The tribes also receive a percentage of the revenues each year. Fox said "in 2013 we paid about \$160,000 to the tribes. Fox had explained earlier that the facility makes its own jerky but is working to do some "private labeling" products for another company. And in case you are wondering about the name " Island Mountain " and how it was chosen, Fox had explained the name choice earlier. She said "the Native language for the Little Rockies is 'Island Mountains.'" I was wondering how that name fit into the prairie landscape. From volume 125 issue #3 Wednesday, May 7, 2014 Steve Edwards 4-25-2014 Michelle Fox , the Chief... more»

**Email:** *michelle@ndncollective.org*

## Educational Information

Bachelor of Arts - Bachelor of Arts, Dartmouth College



Zoom People Information
Copyright 2023 Zoom Information, Inc. All Rights          Reserved

End of Document

Daniel Edelman

**EXHIBIT J**



BBB.

**Not BBB Accredited**

**Business Profile**
## Greenline Loans

Consumer Finance Companies

⬦ Multi Location Business

### ⚠ CURRENT ALERTS FOR THIS BUSINESS

**Alert:**
On August 10, 2020, Greenline Loans informed BBB that they have relocated to Lac Du Flambeau, WI. A separate BBB Business Profile under Quick Help Loans, which also includes Greenline Loans in Lac Du...

## Contact Information

📍 PO Box 507
Hays, MT 59527-0507

🌐 Visit Website

📞 (877) 596-1337

## Customer Reviews

⭐⭐☆☆☆ 2/5

Average of 4 Customer Reviews

Read Reviews | Start a Review

## BBB Rating & Accreditation

# NR

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited Businesses in this category

## Customer Complaints

Years in Business: 11

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

File a Complaint

Reasons for BBB Rating

Related Categories

Consumer Finance Companies  •  Loans  •  Loan Originator

Overview

Greenline Loans is a Native American owned business operating within the interior boundaries of the Ft. Belknap reservation, a sovereign nation located in the United States. Greenline Loans, is an instrumentality and limited liability company which abides by all applicable federal laws and regulations as established by the Fort Belknap Indian Tribe of Montana.
Greenline Loans does not lend to residents of Arkansas, Colorado, Georgia, New Hampshire, New York, North Carolina, Pennsylvania, Maryland, Minnesota, Montana, Puerto Rico, Vermont, Virginia, Washington, and West Virginia. Availability of installment loans are subject to change at any time at the sole discretion of Greenline Loans.

Products & Services

Short Term Installment Loans

Business Details
This is a multi-location business.

**Location of This Business**
PO Box 507, Hays, MT 59527-0507

**BBB File Opened:** 10/17/2017

**Years in Business:** 11

**Business Started:** 9/10/2012

**Type of Entity:** Limited Liability Company (LLC)

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

Ft. Belknap Indian Community

Customer Complaints

0 Customer Complaints

Customer Reviews

4 Customer Reviews

**What do you think? Share your review.**
How BBB Processes Complaints and Reviews

Start a Review

**Most Recent Customer Review**

Candice D

☆☆☆☆☆ 12/08/2023

I received an email stating that the funds would be deposited into my account on the same day. After I completed the application and electronically signed everything, I attempted to log back into my account to check the status. My account stated that I needed to "finish applying" and when I clicked the Botton, I was told that there is an error in processing. When I called the...

Read More

Read 3 More Customer Reviews

Local BBB

BBB Great West + Pacific

More Info on Local BBB

BBB Reports On

BBB reports on known marketplace practices

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

© 2024, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

**EXHIBIT K**

## Loan History                                                    Back

All of your previous loans will be displayed below

### Account 2751243

Canceled                                                    $700.00

Last Payment Date: N/A


### Account 2708347

Paid Off                                                    $1000.00

Date Paid Off: 2021-09-03


### Account 2695857

Paid Off                                                    $1000.00

Date Paid Off: 2021-07-20


### Account 2695849

Withdrawn                                                   $1000.00

Last Activity: 2021-06-28


### Account 2614232

Canceled                                                    $300.00

Last Payment Date: N/A


### Account 2556279

Canceled                                                    $700.00

Last Payment Date: N/A

### Account 2515124

Paid Off

$300.00

Date Paid Off: 2021-03-18

### Account 2509260

Withdrawn

$1000.00

Last Activity: 2021-01-15

### Account 2435833

Paid Off

$1000.00

Date Paid Off: 2021-01-06

### Account 2409859

Paid Off

$400.00

Date Paid Off: 2020-10-05

### Account 2398430

Paid Off

$600.00

Date Paid Off: 2020-10-05

### Account 2333223

Paid Off

$1000.00

Date Paid Off: 2020-07-24

### Account 2297926

Paid Off

$600.00

Date Paid Off: 2020-06-19

### Account 2202101

Paid Off

$300.00

Date Paid Off: 2020-05-13

### Account 1852142

Paid Off

$400.00

Date Paid Off: N/A

### Account 1823587

Paid Off

$600.00

Date Paid Off: N/A

### Account 1750225

Paid Off

$1000.00

Date Paid Off: 2018-12-24

### Account 1727992



MS  ≡

### Account 1669424

Paid Off

$1000.00

Date Paid Off: 2018-07-16

### Account 1637504

Paid Off

$1000.00

Date Paid Off: 2018-05-07

### Account 1607923

Paid Off

$1000.00

Greenline Portal

Date Paid Off: 2018-03-20

## Account 1583212

Paid Off

$1000.00

Date Paid Off: 2018-01-29

## Account 1536388

Paid Off

$1000.00

Date Paid Off: 2017-12-22

## Account 1443315

Paid Off

$1000.00

Date Paid Off: 2017-10-11

## Account 1399263

Paid Off

$500.00

Date Paid Off: 2017-04-06

## Account 1377216

Paid Off

$500.00

Date Paid Off: 2017-04-06

## Account 1357256

Paid Off

$500.00

Date Paid Off: 2016-12-20

## Account 1348409

Paid Off

$500.00

Date Paid Off: 2016-12-20

## Account 1300320

Paid Off

$500.00

Date Paid Off: 2016-12-27

## Account 1275115

Paid Off

$500.00

Date Paid Off: 2016-10-06

## Account 1213835

Paid Off

$500.00

Date Paid Off: 2016-04-05

## Account 1203794

Withdrawn

$250.00

Last Activity: 2015-12-31

## Account 1173308

Paid Off

$300.00

Date Paid Off: 2015-12-29

## Account 1015200

Withdrawn

$250.00

Last Activity: 2015-01-22

**EXHIBIT L**

## LinkedIn Profile of Jessi Lorenzo,
## Accessed April 30, 2020



https://www.linkedin.com/in/jessi-phillips-lorenzo-bb56774/  Accessed April 30, 2020, 15:41

**EXHIBIT M**

# ABOUT LDF HOLDINGS

http://ldf-holdings.com/



*Our Community*

LDF Holdings is a wholly-owned subsidiary of the **Lac du Flambeau Business Development Corporation (LDF BDC)**, a wholly owned and operated economic arm and instrumentality of the **Lac du Flambeau Band of Lake Superior Chippewa Indians,** a federally recognized Indian Tribe.



The LDF BDC is the non-gaming business arm of the Lac du Flambeau Band of Lake Superior Chippewa Indians.

We place the highest value on integrity, respect, honesty and ethics. We practice these values in deed and word while working for and serving the best interest of the Waaswaaganing Ojibwe Nation.

Created in 2012, our focus is to create profitable business enterprises and sustainable jobs for our community members today and the next seven generations.

LDF Holdings owns and manages the entire online lending business, which currently includes 19 Tribal Lending Entities (TLEs). We are governed by the LDF Tribal Financial Services Regulatory Authority (TFSRA) as well as applicable federal laws.

LDF Holdings strives to offer the best customer service and loan product to our consumers by managing manages the relations with our partners and vendors. LDF Holdings is responsible for keeping up with the latest rules and regulations and ensuring our TLEs are operating in full compliance. We perform monthly compliance checks on all TLEs as well as annual audits.



**COMPANY**
Our Team
Careers
Contact

**SERVICES**
TLE Services
Testimonials

Lac du Flambeau Tribe

01



——— Our Offer ———  — Our Commitment —  — Our Affiliations —

**Our Offer:**

- Call Center Solutions
- Loan Processing
- Collections
- ACH Processing
- Quality Assurance
- Retention
- Customer Service
- Compliance
- Vendor Relations
- Dispute Resolution

**We deliver confidence to Tribal Lending Entities. Trust is earned, and LDF Holdings stands on a foundation of trust-building bedrock.**

- Compliance: Rigorous adherence to Tribal and applicable federal laws
- Oversight: Diligent review by Tribal Financial Regulation Authority
- Reliability: Leading technology platforms trusted by financial services industry
- Performance: Proven processes producing year-over-year growth since 2013
- Connectivity: Extensive banking and ACH relationships

**Proud Members of:**





ldf-holdings.com/

## Our Portfolios

    

    

   

  



003

## Operations Team



### Jessi Lorenzo

President

Jessi Lorenzo, President of LDF Holdings, has been in the short-term lending industry for more than eight years.

Before coming to LDF Holdings in January of 2017, Jessi worked for Triax Management, the management company that LDF Holdings was utilizing to help grow their lending business. Prior to this industry she spent many years in advertising sales.

Jessi grew up in New England, attended the University of New Hampshire where she played Division 1 Tennis. She resides in in Tampa, Florida, with her wife Lily and their three small children Warren, Drew and Lucia.





### Kemberlar Smith

Compliance Director

Kemberlar Smith is an Operational Risk Professional with over 20 years of banking experience in the fields of financial planning, budgeting, operations, Quality Assurance, Auditing, Mortgage Processing and Underwriting, Compliance Training/Implementation & Risk and Control Management.

Kemberlar moved to Florida in 2002 from New York where she had worked for notable companies such as the Wall Street Stock Exchange, CitiFinancial at 1 World Trade Center, JP Morgan Chase and Xerox Corporation. In the 15 years that she has been in Florida, she worked for Bank of America for three years and Wells Fargo Bank, N.A. for 12 years, holding several positions in Process Implementation, Quality Assurance, Risk Management and Compliance.

Kemberlar's greatest joys in life is God, her wonderful son, Dr, Josh, her 4-legged daughter Sasha, her family, travelling, writing, shopping, mentoring women and spending quality time alone to refresh, renew and revive herself.



**004**



## Melinda Walker

Vendor Relations Coordinator

Melinda began with LDF Holdings in 2015 as a Customer Service Representative. Through hard work, dedication and expanding her knowledge, she advanced quickly to Vendor Relations Manager. She continues to strive for excellence and is a key player in streamlining the onboarding process. Prior to joining LDF Holdings, Melinda worked for Lake of the Torches Resort Casino as an Executive Assistant, as well as various Tribal departments.

Melinda is a Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Member. She grew up on the Lac du Flambeau reservation and remains close to her traditions and culture. She is the mother of three wonderful children - Lauryn, Charlie and Averi. In her off time, she enjoys spending quality time with her husband, Joe, and children whether it be at the movies, on a road trip or in the comfort of their cabin in the woods. She enjoys disc golfing, hiking, video gaming and making custom furniture, but most importantly, adventure.



### Crysta Williams

Compliance Coordinator



## Brittany Allen

Executive Assistant

Brittany joined LDF Holdings in 2019 as the Executive Assistant to LDF Holdings President. A Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Member, she's the mother of two wonderful little boys, ages 1 and 5. She holds a tribal management degree from Nicolet College. And, she has studied hospitality business management with a minor in casino industry management at Michigan State University.

005

Case: 5:21-cv-50307 Document #: 1-2 Filed: 08/02/21 Page 27 of 48 PageID #:56







Tracy Whitman
Operations Manager

Antoinette Beaudry
Operations Supervisor

Dan TwoCrow
Call Center Supervisor

Joe Walker
Trainer

Alan Moore
Tech Support



Our Dedicated Call Center Staff

# View Our Employee Spotlights



COMPANY
Our Team
Careers
Contact

SERVICES
TLE Services
Testimonials

LDF
Business Development Corp.

Lac du Flambeau Tribe

© 2019 LDF Holdings. All Rights Reserved.

P-3

006

**EXHIBIT N**

## July 2013 *Inwewin* Article

| INWEWIN | July 2013 | Page 8 |
| --- | --- | --- |

## Internet Lending Business

In late May, the Tribe launched an exciting new business that has unlimited potential - Internet Lending. While the business model has been around for years, and is sometimes confused with payday lending, there are many differences between the two types of businesses. Internet lending is done strictly online, as opposed to the traditional "brick and mortar" (store) payday loan operations. Some view payday loan and internet lending businesses as predatory, with companies taking advantage of individuals already in unpleasant financial situations. The Tribe's business model is proven, and offers safeguards against individuals defaulting. To avoid conflict, Tribal Members and residents of the state of Wisconsin will not be eligible for lending services.

More than a year of research and much work has been done. In December 2012, the Tribal Council approved an Internet Lending Ordinance. The Ordinance sets forth the rules and regulations for internet lending operations, and the Tribal Council is now in the process of creating an Internet Lending Commission that will develop and implement regulatory standards and procedures, and ensure compliance to the standards and procedures.

Initially the Internet Lending business is set to employ three full time staff to work in the call center and process loan applications. Projections indicate significant growth for the business within two years. Similar models currently in operation have added upwards of 100 positions within the first 12 to 18 months. The Tribe's landing model expects to add at least 40 jobs within the first year of operation. "Our growth projects are modest and grounded in reality," said Brent McFarland, Director of Business and Economic Development for the Tribe. "We want to make sure we do everything right from the beginning. We don't want to grow too fast, and we want our staff to have all of the proper training and skills, which will create a lasting foundation for years to come."

The Tribe has partnered with one of the largest and most experienced lending companies - and the company has successfully helped other tribes enter into the internet lending business. The Rocky Boy Cree Tribe entered the internet lending industry, and has experienced enormous growth in less than three years - now employing more than 100 people. *Inwewin* will continue to update you on this exciting Tribal business venture.

## Inwewin
Lac Du Flambeau Lake Superior Band of Chippewa Indians
Communications Office
Post Office Box 67

**EXHIBIT O**

Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

**milwaukee**
**journal sentinel**   Home   News   Sports   Packers   **Business**   Communities

# Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

*By Cary Spivak of the Journal Sentinel*

Dec. 29, 2013     ●0  f 𝕐 ✉ 🖶

Need cash fast? The Lac du Flambeau Chippewa's online payday loan centers are there for you. Want to place an online bet? The tribe soon hopes to handle that for you as well.

Three years after the Lac du Flambeau defaulted on a $50 million bond — a move that remains the subject of a court fight — and five years after it considered mortgaging portions of its reservation, the Vilas County tribe is aggressively looking at the Internet for ways to increase its revenue.

Tom Maulson, the tribe's blunt-talking president, dismisses critics who see gambling and high-interest, short-term lending as businesses that prey on the poor. "It's legal to do, and we're doing it legally," Maulson said.

Tribal governments across the nation are looking at online businesses because they offer tribes the opportunity to tap revenue from consumers who might not travel to reservations, which are often in remote areas.

"The Internet is a robust environment to grow our economy, and we're looking for ways to leverage (the tribe's) sovereignty in a responsible manner," said Brent McFarland, the Lac du Flambeau's director of business development. "We see the Internet as a tremendous opportunity to do that."

Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

Since May the tribe has launched three online payday lending companies, two of which came online this month, and set up the infrastructure for an Internet casino. If online gambling were legalized throughout the country or in Wisconsin, "we could just flip a switch" and turn the online casino, which currently uses play money, into one that takes bets using real money, Maulson said.

The tribe may not wait for a law change before taking online bets on a limited basis — only via Internet connections available within the boundaries of the tribe's reservation — as it is a driving force in the Tribal Internet Gaming Alliance, a group hoping to launch a multi-tribe online casino.

Because that dreamed-of casino would offer only poker, bingo and high-speed video slots linked to bingo — games known in federal law as Class II gaming — it could be offered on the grounds of reservations without a change in the law, said Jeffrey Nelson, the Washington-based attorney for the alliance.

The Chippewa tribe is not alone in looking at cyberspace for revenue. About two dozen tribes across the country have launched short-term lending operations online, and the potential of online gaming is being talked about by tribes, states and Congress.

Barry Brandon, executive director of the Native American Financial Services Association, the trade group for the fledgling online tribal short-term lending industry, sees similarities between Indian gaming and tribal lending.

The same type of legal and political battles that tribes fought some 25 or 30 years ago when Indian casinos were first popping up are being fought today, said Brandon, who noted that most of the tribal lenders went online in the past three years.

In both cases, the tribes sought to exert their sovereign powers to enter an industry.

Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

"Tribes that are looking for economic development opportunities frequently find that businesses that ... are heavily regulated by a state are often a great fit for Indian country," said Brandon, a member of the Muscogee (Creek) Nation.

As sovereign governments, tribes seek to operate the businesses in accordance with tribal law and federal law, he said.

Both of the Lac du Flambeau's online ventures involve controversial, emerging online industries, where laws are murky and are just beginning to be interpreted by courts and regulators.

## Legal Battle Over Lending

The New York Department of Financial Services and the Center for Responsible Lending, a nonprofit watchdog group, see the tribal online payday lenders as a blatant attempt to dodge state regulators.

In October, a federal judge in New York ruled that regulators in that state could oversee online tribal lenders making loans to state residents, a ruling that would effectively put the lenders out of business in the state, which has caps on interest that lenders may charge. The ruling came in a lawsuit filed by two tribes that argued their online lending operations were immune from state regulation. The tribes have appealed.

"Payday lenders have pursued various schemes for evading state law, of which partnering with tribes is the latest iteration," the Center for Responsible Lending wrote last month in a friend of the court brief filed in New York lawsuit. "New York rightly seeks to stop this abuse."

The Lac du Flambeau's three lenders — one of which offers loans that carry an annual interest rate of more than 400% — will not make loans in Wisconsin or several other states. Tribal lenders frequently avoid making loans in their home states or states that have particularly aggressive regulators.

"It keeps our relationship with the state of Wisconsin healthy," said the Lac du Flambeau's McFarland, who objects to calling the lending operation "payday lending," preferring the term "short-term lending."

Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

Wisconsin regulators are trying to determine what jurisdiction they may have over the tribe's three lenders — Bright Star Cash, RadiantCredit and Blue Frog Cash — said George Althoff, spokesman for the Department of Financial Institutions.

Peter Bildsten, secretary of the department, met with tribal representatives in August, but no decisions were made at the meeting, Althoff said. The secretary did not sign off on the tribe's website claims that it was subject to tribal and federal law only.

"The Secretary certainly did not and would not offer any determination of DFI's regulatory authority over tribal lending in such an informal setting," Althoff said in a follow-up email. "With the recent growth in tribal, online and offshore lending, state and federal regulators are reviewing the extent of their regulatory jurisdiction in this area."

Despite that, McFarland said the tribe plans to continue launching new loan operations, each of which is backed by individual pools of private equity investors.

The lending operations create jobs on the reservation for tribal members and nonmembers, McFarland said. The tribe's three lenders employ about eight people, a figure McFarland hopes grows to 120 in a year as the call center expands.

McFarland added that the "number one reason" for launching the pay centers is simple: "There is a market for it ... people need it," he said. "If you don't have a credit card and you need $400 or you're going to be evicted, where else are you going to go?"

### 'Flip The Switch'?

While the online lending operations are up and running, creating a casino that could take bets online is much more of a long shot.

The tribe could launch an online casino if the federal government or Wisconsin legalized the games — a proposition that is not even being talked about in Madison. There has been some debate over online gambling in Congress, but so far only Nevada, New Jersey and Delaware

have approved it for their states. No tribes are offering online gambling, said Christinia Thomas, deputy chief of staff at the National Indian Gaming Commission.

The more likely scenario is to offer online Class II games on reservation grounds similar to the fast-moving slot machines offered at the Ho-Chunk tribe's casino near Madison, which offers more than 1,100 slot machines.

The Lac du Flambeau "can flip the switch (to launch a Class II online casino) without any change in state or federal law," said Nelson, the attorney for the tribal alliance.

A Class II online casino would be limited to reservation land, Nelson said. Gamblers would be able to travel around a reservation and continue playing casino games on laptops, smartphones or other mobile devices.

It could particularly appeal to "the growing demographic of younger generation gamblers who are more interested in online play," Nelson said. "They won't have to even walk into the brick-and-mortar casino."

In order for a Class II casino to rake in large profits, numerous other tribes would have to join the Tribal Internet Gaming Alliance, Nelson said, explaining that more members would improve the games for the bettors. He predicted the alliance would not offer online casino gambling of any sort until at least 2015.

One possible complication to the Lac du Flambeau's casino effort is the role that Maulson's son, Kevin Maulson, is playing as a consultant to the association, trying to persuade other tribes to join the group and define its duties. Kevin Maulson pleaded guilty to three felonies in 2010 after being charged in a securities scheme that prosecutors said cost investors more than $1 million. He declined to comment for this article. Nelson noted the younger Maulson does not need a gaming license to work for the association.

Although the lending and casino efforts are separate, there is some synergy between the two.

Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

Common sense says that borrowing money to play the slots is a losing proposition. In fact, the websites for the tribal lending business each warn borrowers that the loans are expensive and should be use be used only for emergencies.

Still, Maulson, the tribal president, said he would have no problem if some of the tribe's lending customers used the fast cash to feed tribal slot machines.

"I can't play the morality police," said Brandon, the head of the Indian payday lending trade group.

The tribes, he said, can't say to customers, "Are you going to use this for gambling, and if so I'm not going to lend you the money."



**About Cary Spivak**
Cary Spivak does investigative business projects and covers the casino industry. He has won numerous state and national awards.

🐦 @cspivak   ✉ cspivak@journalsentinel.com   📞 414-223-5467

💬 0          **f** Share          🐦 Tweet          ✉ Email          🖨 Print

Help · Terms of Service · Your California Privacy Rights/Privacy Policy · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · **Do Not Sell My Info/Cookie Policy**

   

© Copyright Gannett 2021

**EXHIBIT P**



Apply    Login    ≡

Let Us Assist You. Call **(877) 596-1337** →

# Welcome to Greenline Loans

Our friendly agents are trained to quickly identify the best lending solutions for you. Our process is simple. **We will walk you through it, every step of the way.**

Apply Now



**Outstanding customer reviews**

Read reviews from past satisfied customers who have benefited from our services.

**See what our customers say →**

**Mobile-Friendly**

Our online application is mobile-friendly for on-the-go convenience.

**Experienced Lender**

Choose an experienced and trusted lender for your financial needs.

# Take your first step here.

For more than a decade, Greenline Loans have built our reputation as a trusted lender known for flexibility and working closely with your financial circumstances to provide the best solutions. We take pride in our fast processing, and a dedication to exceptional customer service. If you're in need of a same-day loan from a lender that truly cares about your financial needs, don't hesitate to apply with us today!

First name

Last name

Email

Phone

Submit



## About Greenline Lending

Greenline Loans is a well established online lender. We have set ourselves apart from other online lenders through our transparency and friendly customer service. We work with our customers to find out what loan amounts and payment options will work best for them. If you have questions regarding your loan or need to make adjustments, our staff is ready and willing to help!

Greenline Loans is a fast and simple solution for your short-term cash needs. Applying for a loan takes just a few minutes, and you can know within a few minutes if your application is approved. In most cases, your loan can be electronically deposited into your bank account the next business day!

## What Our Customers Say

We have all gone through ups and downs, Greenline Loans has been there through it all. The application process is quick and easy and there was no hassle when needing to update any or all of my information. Their customer service team is awesome and I have a great experience each time I call. Greenline Loans has repayment options that will fit all your needs. Anytime I need them they are there and I would refer them to anyone in need as I truly enjoy their service. Thank you for all that you do.

Erica
Houston, TX

## Why Choose Us
## Advantages

- Great Friendly Service
- Simple Verification
- Easy to Qualify
- No Paperwork[1]
- Get the Cash You Need Tomorrow[2]

Please note: This is an expensive form of borrowing, and it is not intended to be a long-term financial solution. Greenline Loans' loans are designed to assist you in meeting your short-term borrowing needs and are not intended to be a long term financial solution. Examples of emergency reasons why these loans might be used include but not limited to: unexpected emergencies, car repair bills, medical care, or essential travel expenses.

Home    About Us    Testimonials    Rates & Terms    FAQS    Apply Now    Contact Us

Communication Policy    CS@GreenLineLoans.com

Customer Advisory    Privacy Policy    Financial Wellness    Federal Law    Tribe

Responsible Lending    Terms of Use

Copyright © 2024   GreenlineLoans.com   All Rights Reserved   (877) 596-1337

Greenline Loans are offered by Waawaatesi LLC, dba Greenline Loans. Waawaatesi LLC is a Native American owned business created by and for the Lac Du Flambeau Band of Chippewa Indians, a Federally Chartered Sovereign American Indian tribe. Learn more about the tribe. Greenline Loans is operated on the Lac Du Flambeau reservation located in Wisconsin.

This is an expensive form of borrowing. Greenline Loans are designed to help you meet your short-term borrowing needs. Appropriate emergencies might be a car repair, medical care for you or your family, or travel expenses in connection with your job. This service is not intended to provide a solution for longer-term credit or other financial needs. Alternative forms of credit, such as a credit card cash advance, personal loan, home equity line of credit, existing savings or borrowing from a friend or relative, may be less expensive and more suitable for your financial needs. Refinancing may be available and is not automatic. Late fees and non-sufficient funds/returned item fees may apply as described in your Loan Agreement.

If we extend credit to a consumer, we will consider the bank account information provided by the consumer as eligible for us to process payments against. In addition, as part of our information collection process, we may detect additional bank accounts under the ownership of the consumer. We will consider these additional accounts to be part of the application process.

[1] - Faxing is accepted, however typically most customers are able to complete the application without faxing.

[2] Loan Applications processed and approved before 5pm MST Monday-Friday are typically funded on the next business day. Example: If your loan is processed and approved on Friday before 5pm MST, the loan will typically be funded on the following Monday. Deposit times may vary depending on your bank.

Greenline Loans LLC, does not lend to residents of Arkansas, Colorado, Connecticut, Georgia, Illinois, Maryland, Massachusetts, Minnesota, Montana, New Hampshire, New Mexico, New York, North Carolina, Pennsylvania, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Puerto Rico.




