IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY SPURR, ) <br> on behalf of Plaintiff and the class members ) <br> described below, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GREENLINE LOANS; ) <br> WAAWAATESI LLC; ) <br> LDF HOLDINGS, LLC; ) <br> JESSI LEE PHILLIPS LORENZO, ) <br> also known as Jessi Phillips Lorenzo, ) <br> formerly known as Jessi Lee Phillips; ) <br> and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No. 1:24-cv-3614 <br><br> Honorable Jeffrey I. Cummings |

## STIPULATION TO DISMISS

Now come the Parties, Plaintiff Mary Spurr ("Plaintiff") and Defendants Greenline Loans, Waawaatesi LLC, LDF Holdings, LLC, Jessi Lee Phillips Lorenzo, and John Does 1-20 (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ *Tara L. Goodwin* <br> Daniel A. Edelman <br> Tara L. Goodwin <br> **EDELMAN, COMBS, LATTURNER** <br> **& GOODWIN, LLC** <br> 20 S. Clark Street, Suite 1800 | s/ *Patrick McAndrews (with consent)* <br> Bryant Todd Lamer <br> Patrick McAndrews <br> **Spencer Fane Britt & Browne LLP** <br> 1000 Walnut Suite 1400 <br> Kansas City, MO 64106 |

1

Chicago, IL 60603  (816) 474-8100
(312) 739-4200  blamer@spencerfane.com
courtecl@edcombs.com  pmcandrews@spencerfane.com

## **CERTIFICATE OF SERVICE**

I, Tara Goodwin, hereby certify that on January 6, 2025, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

*s/ Tara L. Goodwin*
Tara L. Goodwin